**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

|  |  |
|---|---|
|  | **PLACEHOLDER FOR** *Declaration of Julia Dayton Klein and Exhibit 1* |
| Fair Isaac Corporation; and myFICO Consumer Services, Inc., | |
|  | Civil Action No: 06 CV 4112 ADM/JSM |
| Plaintiffs, | |
| v. | |
| Equifax Inc.; Equifax Information Services LLC; Experian Information Solutions Inc.; TransUnion, LLC; and VantageScore Solutions, LLC ; Does I through X, | |
| Defendants. | |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

>   **Declaration of Julia Dayton Klein
>   and Exhibit 1**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_   Voluminous Document\* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_   Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_   Physical Object (description):

1

- 2 -

___  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X   Item Under Seal pursuant to a court order* (Docket No. of Order:  144)

___  Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
     (Document number of redacted version: ___ )

___  Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).