# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc., | **PLACEHOLDER FOR DECLARATION OF LORIE COUCH** |
| Plaintiff(s) |  |
| v. | Case Number: 06-cv-04112 (ADM/JSM) |
| Equifax Inc.; Equifax Information Services LLC; Experian Information Solutions Inc.; TransUnion LLC; VantageScore Solutions LLC; and Does I through X, |  |
| Defendant(s) |  |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*PLACEHOLDER FOR DECLARATION OF LORIE COUCH*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Document number of protective order: [144])

___ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
    (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).