# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR
DECLARATION OF TERESA T. BONDER
AND EXHIBITS 1 and 2**

Fair Isaac Corporation; and myFICO
Consumer Services, Inc.,

      Plaintiff(s)

v.                Case Number: 06-cv-04112 (ADM/JSM)

Equifax Inc.; Equifax Information Services
LLC; Experian Information Solutions Inc.;
TransUnion LLC; VantageScore Solutions
LLC; and Does I through X,

      Defendant(s)

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*DECLARATION OF TERESA T. BONDER AND EXHIBITS 1 and 2*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Document number of protective order: [144])

___ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
   (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).