CASE 0:06-cv-04112-ADM -JSM   Document 194-2   Filed 08/15/07   Page 1 of 1

# Document Removed

# Filed In Error