# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc., | ) ) ) |
| Plaintiffs, | ) ) Civil Action No: |
| | ) 0:06-cv-04112-ADM-JSM |
| v. | ) ) |
| Equifax Inc.; Equifax Information Services LLC; Experian Information Solutions Inc.; TransUnion, LLC; VantageScore Solutions LLC, and Does I through X, | ) ) ORDER ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Local Rules of this Court, to avoid rendering moot the Defendant's appeal of the July 27, 2007, Order of Magistrate Judge Mayeron, it is hereby ordered that Defendants need not produce their algorithm-related information, as defined by the Amended Protective Order [Docket No. 144] and as discussed in the Magistrate's Order of July 27, 2007 [Docket No. 152], until further order of this Court.  Nothing in this Order prevents otherwise proper discovery of outputs of the Algorithm, such as specific scores or testing or validation data.

Dated: August 22, 2007

                                                                                   s/Ann D. Montgomery
                                                                                   _____
                                                                                   ANN D. MONTGOMERY
                                                                                    United States District Judge