# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Fair Isaac Corporation; and myFICO
Consumer Services, Inc.,

        Plaintiffs,

v.

Equifax Inc.; Equifax Information Services
LLC; Experian Information
Solutions, Inc.; Trans Union LLC; and
VantageScore Solutions, LLC, and Does I
through X,

        Defendants.

Civil Action No: 06 CV 4112 ADM/JSM

**STIPULATION**

Plaintiffs Fair Isaac Corporation and myFICO Consumer Services, Inc. (collectively "Fair Isaac" or "Plaintiffs") and Defendants Equifax Inc.; Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC; and VantageScore Solutions, LLC (collectively, "Defendants") hereby jointly submit this Stipulation and separate Proposed Order regarding compliance with the District Court's Memorandum Opinion and Order dated September 25, 2007 (ECF Document #210) (the "September 25 Order") and this Court's Order dated July 27, 2007 (ECF Document #151) (the "July 27 Order") denying Defendants' Motion for a Protective Order (ECF Document #82, filed April 25, 2007) and granting Fair Isaac's Motion to Compel (ECF Document #93, filed April 25, 2007).

**Recitals**

1. On July 27, 2007, this Court issued its July 27 Order denying Defendants' April 25, 2007 Motion for a Protective Order and granting Fair Isaac's April 25, 2007 Motion to Compel concerning the production of Algorithm-Related Materials, as defined in those Motions.

2. On August 10, 2007, Defendants filed their Consolidated Objections to Magistrate Judge's July 27, 2007 Order and July 3, 2007 Amended Protective Order and their Motion to Stay Production of Algorithm-Related Information, seeking to stay enforcement of the July 27 Order.

3. On August 22, 2007, the District Court granted Defendants' Motion to Stay Production of Algorithm-Related Information and stayed enforcement of the July 27 Order pending Defendants' appeal of that Order.

4. On September 25, 2007, the District Court overruled Defendants' consolidated objections to the July 27 Order and the July 3, 2007 Amended Protective Order.

5. The District Court's September 25 Order did not provide a date by which Defendants must comply with that Order or this Court's July 27 Order.

**Stipulation**

Plaintiffs and Defendants, by and between their counsel below, stipulate and agree as follows:

1. Defendants will comply with the District Court's September 25 Order and this Court's July 27 Order by October 8, 2007. The procedures and protections set forth in

the July 3, 2007 Amended Protective Order, and any additional protections agreed to by the parties, shall govern such production.

IT IS SO STIPULATED AND AGREED:

Dated: 10/3/07          **ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**

By: s/ Michael V. Ciresi
    Michal V. Ciresi (MN Bar #16949)
    Ronald J. Schutz (MN Bar #130849)
    Randall M. Tietjen (MN Bar #214474)
    Michael A. Collyard (MN Bar #302569)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Tel: (612) 349-8500
Fax: (612) 339-4181

-and-

Charles F. (Rick) Rule
Ngoc Pham Hulbig
Joseph J. Bial
**Cadwalader, Wickersham & Taft LLP**
1201 F Street, N.W.
Washington, D.C. 20004
Tel: (202) 862-2200
Fax: (202) 862-2400

**Attorneys for Plaintiffs Fair Isaac Corporation and myFICO Consumer Services, Inc.**

Dated: 10-3-07          **BRIGGS AND MORGAN, P.A.**

By: s/ Jay W. Schlosser
    Jeffrey J. Keyes (MN Bar #55505)
    Jay W. Schlosser (MN Bar #204353)

2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157

Tel: (612) 977-8400
Fax: (612) 977-8650

-and-

Peter Kontio
Michael P. Kenny
Teresa T. Bonder
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7172
Fax: (404) 881-7777

**Attorneys for Defendant Equifax Inc. and Equifax Information Services LLC**

Dated: 10/3/07             **LINDQUIST & VENNUM P.L.L.P.**

By: s/ Mark A. Jacobson
       Mark A. Jacobson (MN Bar #188943)
       Mark H. Zitzewitz (MN Bar #0289073)

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-3211
Fax: (612) 371-3207

– and –

M. Elaine Johnston
Robert A. Milne
Christopher J. Glancy
Jack E. Pace III
**White & Case LLP**
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Fax: (212) 354-8113

**Attorneys for Defendant
Experian Information Solutions, Inc.**

Dated: 10/4/07           **BASSFORD REMELE**

By: s/ Christopher R. Morris
    Lewis A. Remele, Jr. (MN Bar #90724)
    Christopher R. Morris (MN Bar #230613)

33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Tel: (612) 376-1601
Fax: (612) 333-8829

– and –

James K. Gardner
Ralph T. Russell
**Neal, Gerber & Eisenberg LLP**
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Tel: (312) 269-8030
Fax: (312) 269-1747

**Attorneys for Defendant
Trans Union LLC**

Dated: 10/3/07           **KELLY & BERENS**

By: s/ Justi R. Miller
    Barbara Podlucky Berens (MN Bar #209788)
    Justi R. Miller (MN Bar #0387330)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 349-6171
Fax: (612) 349-6416

**Attorneys for Defendant
VantageScore Solutions, LLC**