## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fair Isaac Corporation; and myFICO
Consumer Services, Inc.,

          Plaintiffs,

v.

Equifax Inc.; Equifax Information Services
LLC; Experian Information Solutions, Inc.;
Trans Union LLC; and VantageScore
Solutions, LLC, and Does I through X,

          Defendants.

Civil Action No: 06 CV 4112 ADM/JSM

**<u>Order</u>**

The above matter came on before the undersigned on a Stipulation [Docket No. 213], to which all of the parties have agreed. The Court, being duly advised in the premises, upon all of the files, records, and proceedings herein, now makes and enters the following Order:

**IT IS HEREBY ORDERED:**

1. Defendants shall comply with the District Court's Memorandum Opinion and Order dated September 25, 2007 (ECF Document #210) and this Court's Order dated July 27, 2007 (ECF Document #151) by October 8, 2007. The procedures and protections set forth in the Amended Protective Order dated July 3, 2007, and any additional protections agreed to by the parties, shall govern such production.

                                            **BY THE COURT:**

Dated: October 4, 2007                 *s/ Janie S. Mayeron*
                                                 Honorable Janie S. Mayeron
                                                 United States Magistrate Judge