# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **FAIR ISAAC CORPORATION**; and **myFICO CONSUMER SERVICES**, Inc., | ) ) ) |
| **Plaintiffs**, | ) ) |
| v. | ) ) |
|  | ) **Civil Action No. 06-cv-4112-ADM-JSM** |
| **EQUIFAX, INC**; **EQUIFAX INFORMATION SERVICES LLC**; **EXPERIAN INFORMATION SOLUTIONS INC.**; **TRANS UNION, LLC**; **VANTAGESCORE SOLUTIONS, LLC**; **and DOES I through X,** | ) ) ) ) ) ) |
| **Defendants**. | ) ) ) |

## MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT IN RESPECT OF ANTITRUST CLAIMS

Defendants Equifax, Inc.; Equifax Information Services LLC; Experian

Information Solutions, Inc.; Trans Union, LLC; and VantageScore Solutions, LLC hereby

move this Court pursuant to Rules 12(c) and 56(b) of the Federal Rules of Civil

Procedure and Rule 7.1(b) of the Local Rules of the United States District Court for the

District of Minnesota for partial judgment on the pleadings or, alternatively, partial

summary judgment, dismissing Counts Eight, Nine, Ten, and Eleven of Plaintiffs Fair

Isaac Corporation and myFICO Consumer Services, Inc.'s Second Amended Complaint

(Docket Number 81).


Respectfully submitted this 4th day of October, 2007.


**Lindquist & Vennum PLLP**


By: _s/ Mark A. Jacobson_

Mark A. Jacobson (MN Bar #188943)
Mark H. Zitzewitz (MN Bar #0289073)

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-3211
Fax: (612) 371-3207

– and –

M. Elaine Johnston
Robert A. Milne
Christopher J. Glancy
Jack E. Pace III
**White & Case LLP**
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*


**Briggs and Morgan, P.A.**


By:  s/ Jay W. Schlosser
        Jeffrey J. Keyes (MN Bar #55505)
        Jay W. Schlosser (MN Bar #204353)

2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 977-8400
Fax: (612) 977-8650

– and –

Peter Kontio
Michael P. Kenny
Teresa T. Bonder
**Alston & Bird LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777

*Attorneys for Defendants Equifax Inc. and*
*Equifax Information Services LLC*

**Bassford Remele**


By:  s/ Christopher R. Morris
        Lewis A. Remele, Jr. (MN Bar #90724)
        Christopher R. Morris (MN Bar #230613)

33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Tel: (612) 376-1601
Fax: (612) 333-8829


– and –

James K. Gardner
Ralph T. Russell
**Neal, Gerber & Eisenberg LLP**
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Tel: (312) 269-8030
Fax: (312) 269-1747

*Attorneys for Defendant*
*Trans Union LLC*


**Kelly and Berens, P.A.**


By:  s/ Justi Rae Miller
        Barbara Podlucky Berens (MN Bar #209788)
        Justi Rae Miller (MN Barr #0387330)

3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 349-6171
Fax: (612) 349-6416

*Attorneys for Defendant*
VantageScore Solutions, LLC