UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc., </br></br>  Plaintiffs, </br></br> v. </br></br> Equifax Inc.; Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC; VantageScore Solutions, LLC; and Does I through X, </br></br> Defendants. | Civil Action No: </br> 0:06-cv-04112 (ADM/JSM) |

## RULE 7.1(C) WORD COMPLIANCE CERTIFICATE

I, Mark A. Jacobson, certify that Memorandum in Support of Defendants' Motion for Partial Judgment on the Pleadings Or, Alternatively, for Partial Summary Judgment in Respect of Antitrust Claims complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, Microsoft Word 97-2003 was used, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 9,252 words, inclusive of Tables.

**Lindquist & Vennum PLLP**

By:  s/ Mark A. Jacobson
       Mark A. Jacobson (MN Bar #188943)
       Mark H. Zitzewitz (MN Bar #0289073)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-3211
Fax: (612) 371-3207
– and -

M. Elaine Johnston
Robert A. Milne
Christopher J. Glancy
Jack E. Pace III
**White & Case LLP**
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Fax: (212) 354-8113
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*


Jeffrey J. Keyes (MN Bar #55505)
Jay W. Schlosser (MN Bar #204353)
**Briggs and Morgan, P.A.**
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 977-8400
Fax: (612) 977-8650
– and –
Peter Kontio
Michael P. Kenny
Teresa T. Bonder
**Alston & Bird LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
*Attorneys for Defendants Equifax Inc. and*
*Equifax Information Services LLC*


Lewis A. Remele, Jr. (MN Bar #90724)
Christopher R. Morris (MN Bar #230613)
**Bassford Remele**
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Tel: (612) 376-1601
Fax: (612) 333-8829
– and –
James K. Gardner
Ralph T. Russell
**Neal, Gerber & Eisenberg LLP**

Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Tel: (312) 269-8030
Fax: (312) 269-1747
*Attorneys for Defendant*
*Trans Union LLC*


Barbara Podlucky Berens (MN Bar #209788)
Justi Rae Miller (MN Barr #0387330)
**Kelly and Berens, P.A.**
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 349-6171
Fax: (612) 349-6416
*Attorneys for Defendant*
*VantageScore Solutions, LLC*