## **VOLUME 1**

| Exhibit | Description | Date |
|---|---|---|
| 1 | Second Amended Complaint | April 19, 2007 |
| 2 | Pretrial Scheduling Order | Jan. 17, 2007 |
| 3 | Amended Pretrial Scheduling Order | Aug. 28, 2007 |
| 4 | Letter from the Department of Justice | Jan. 24, 2007 |
| | **FAIR ISAAC SEC FILINGS** | |
| 5 | Quarterly Report (Form 10-Q) | Feb. 08, 2006 |
| 6 | Report of Unscheduled Material Events or Corporate Changes (Form 8-K) | April 26, 2006 |
| 7 | Quarterly Report (Form 10-Q) | May 09, 2006 |
| 8 | Report of Unscheduled Material Events or Corporate Changes (Form 8-K) | July 26, 2006 |
| 9 | Quarterly Report (Form 10-Q) | Aug. 08, 2006 |
| 10 | Quarterly Report (Form 10-QA) | Aug. 09, 2006 |
| 11 | Report of Unscheduled Material Events or Corporate Changes (Form 8-K) | Nov. 01, 2006 |
| 12 | Annual Report (Form 10-K) | Dec. 08, 2006 |
| 13 | Report of Unscheduled Material Events or Corporate Changes (Form 8-K) | Jan. 24, 2007 |
| 14 | Quarterly Report (Form 10-Q) | Feb. 07, 2007 |
| 15 | Report of Unscheduled Material Events or Corporate Changes (Form 8-K) | April 16, 2007 |
| 16 | Report of Unscheduled Material Events or Corporate Changes (Form 8-K) | April 25, 2007 |
| 17 | Quarterly Report (Form 10-Q) | May 07, 2007 |
| 18 | Quarterly Report (Form 10-Q) | Aug. 06, 2007 |

## VOLUME 2

| Exhibit | Description | Date |
|---|---|---|
| | **EARNINGS CALL TRANSCRIPTS/ ASSOCIATED PRESENTATIONS** | |
| 19 | Q2 2006 Fair Isaac Corporation Earnings Conference Call | April 26, 2006 |
| 20 | Fair Isaac Corporation: Mid-Year Update | May 16, 2006 |
| 21 | Fair Isaac Corporation at JPMorgan 34th Annual Technology Conference (and accompanying slides) | May 23, 2006 |
| 22 | Fair Isaac Corporation at Stephens Information Tech. and Services Conference 2006 (and accompanying slides) | June 08, 2006 |
| 23 | Q3 2006 Fair Isaac Corporation Earnings Conference Call | July 26, 2006 |
| 24 | Q4 2006 Fair Isaac Corporation Earnings Conference Call | Nov. 01, 2006 |
| 25 | Fair Isaac Year-End Update (and accompanying slides) | Nov. 14, 2006 |
| 26 | CEO letter to Stockholders, Clients and Employees as part of Fair Isaac's 2006 Annual Report to Investors | Undated |
| 27 | Q1 2007 Fair Isaac Corporation Earnings Conference Call | Jan. 24, 2007 |
| 28 | Q2 Preliminary 2007 Fair Isaac Corporation Earnings Conference Call | April 16, 2007 |
| 29 | Q2 2007 Fair Isaac Corporation Earnings Conference Call | April 25, 2007 |
| 30 | Fair Isaac Corporation Shareholders Meeting (and accompanying slides) | May 15, 2007 |
| 31 | Fair Isaac Corporation at Deutsche Bank Securities 2007 Technology Conference | May 16, 2007 |
| 32 | Q3 2007 Fair Isaac Corporation Earnings Conference Call | July 25, 2007 |
| | **ARTICLES** | |
| 33 | *Credit Agencies Adopt Common Reporting Score*, NEW YORK TIMES | Mar. 14, 2006 |
| 34 | Eileen Alt Powell, *Agencies Adopt New Credit Scoring System*, INT'L BUS. TIMES | Mar. 14, 2006 |
| 35 | Andrea Coombes, *A Simpler Score?*, MARKETWATCH | Mar. 14, 2006 |
| 36 | Liz Pulliam Weston, *What the New Credit Score Means to You*, MSN MONEY | Undated |
| 37 | Kathy M. Kristof, *Standardized Credit Score is Unveiled*, L.A. TIMES, at 3 | Mar. 15, 2006 |
| 38 | Matthew Quinn, *Bureaus Take Another Run at Fair Isaac*, AM. BANKER, vol. 171 | Mar. 15, 2006 |

| Exhibit | Description | Date |
|---|---|---|
| 39 | Peralte C. Paul, *Credit Bureaus Agree on Scoring: Equifax, Rivals Take on Industry Giant Fair Isaac*, ATLANTA J.-CONST., at C1 | Mar. 15, 2006 |
| 40 | Peter Coy, *Giving Credit Where Credit is Due*, BUS. WEEK | Mar. 15, 2006 |
| 41 | Sandra Block, *Credit Scores Soon May Get Less Confusing*, USA TODAY | Mar. 15, 2006 |
| 42 | Thomas Lee, *Credit Firms Challenge FICO Score's Dominance*, STAR TRIB. (Minneapolis) | Mar. 15, 2006 |
| 43 | Eileen Alt Powell, *Major Credit Agencies Unveil New Credit Scoring System*, SUN HERALD (Biloxi), at F5 | Mar. 15, 2006 |
| 44 | Caroline E. Mayer, *Credit Bureaus Join to Remake Scoring*, WASH. POST | Mar 15, 2006 |
| 45 | David Lazarus, *Dissecting New Credit Scoring*, SAN FRAN. CHRON. | Mar. 17, 2006 |
| 46 | Amy Baldwin, *Who's Got Your Number? Credit Bureaus Tout Clarity of New Scoring System, but Critics Predict Confused Customers*, CHARLOTTE OBSERVER, at 1D. | Mar. 19, 2006 |
| 47 | *Will Credit Scoring System Make the Grade?*, KANSAS CITY STAR, at 15 | Apr. 23, 2006 |
| 48 | Tamara E. Holmes, *Making the Grade*, BLACK ENTER., vol. 36 issue 1 | July 2, 2006 |
| 49 | *Fair Isaac's Profits Tumble on Sluggish Domestic Growth*, CARDLINE, vol. 6, issue 30 | July 28, 2006 |
| 50 | Thomas Lee, *Fair Isaac Sues Credit Reporting Agencies*, STAR TRIB. (Minneapolis), at 1D | Oct. 13, 2006 |
| 51 | Kate Berry, *Fair Isaac: VantageScore Practices Anticompetitive*, AM. BANKER | Oct. 13, 2006 |
| 52 | Harry Terris, *A Year On, Bureaus Tout VantageScores's Progress*, AM. BANKER, vol. 172, at 18 | May 7, 2007 |