# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
*Declaration of Randall Tietjen and Exhibit 1 - Exhibit 23*

Fair Isaac Corporation; and myFICO
Consumer Services, Inc.,

        Plaintiffs,

v.

Equifax Inc.; Equifax Information Services LLC; Experian Information Solutions Inc.; TransUnion, LLC; and VantageScore Solutions, LLC ; Does I through X,

        Defendants.

Civil Action No: 06 CV 4112 ADM/JSM

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

> **Declaration of Randall Tietjen**
> **Exhibit 1, Exhibit 2, Exhibit 3, Exhibit 4, Exhibit 5, Exhibit 6, Exhibit 7, Exhibit 8, Exhibit 9, Exhibit 10, Exhibit 11, Exhibit 12, Exhibit 13, Exhibit 14, Exhibit 15, Exhibit 16, Exhibit 17, Exhibit 18, Exhibit 19, Exhibit 20, Exhibit 21, Exhibit 22, and Exhibit 23**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

1

2

\_\_\_   Physical Object (description):

\_\_\_   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_   Item Under Seal pursuant to a court order\* (Docket No. of Order:  144)

\_\_\_   Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
       (Document number of redacted version: \_\_\_ )

\_\_\_   Other (description):

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).