IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fair Isaac Corporation; and myFICO
Consumer Services, Inc.,

        Plaintiffs,

v.

Equifax Inc.; Equifax Information
Services LLC; Experian Information
Solutions Inc.; TransUnion LLC;
VantageScore Solutions, LLC, and Does I
through X,

        Defendants.

Civil Action No: 06 CV 4112
ADM/JSM

**Defendants' Motion to Compel Document for *In Camera* Review and for Production of Non-Privileged Document**

---

Pursuant to Rules 26(b)(3) and 37(a)(3)(B) of the Federal Rules of Civil Procedure, Defendants Equifax Inc., Equifax Information Services LLC, Experian Information Solutions Inc., TransUnion LLC, and VantageScore Solutions, LLC hereby move this Court to compel Plaintiffs Fair Isaac Corp. and myFICO Consumer Services, Inc. to produce a document Bates numbered FIC0793513-27 for *in camera* review so that the Court may evaluate the propriety of Plaintiffs' privilege claim relating to that document. Because the document Bates numbered FIC0793513-27 is not privileged, Defendants move this Court to compel Plaintiffs to produce the document to Defendants.

For these and other reasons as set forth in the accompanying Memorandum, Defendants request that this Court grant their Motion.

## **LOCAL RULE 37.1 CERTIFICATE**

The undersigned movants have, in good faith, conferred with other affected parties in an effort to resolve the matter without Court action.

Respectfully submitted this 4th day of April, 2008.

**Briggs and Morgan, P.A.**

By: s/ Jay W. Schlosser
     Jay W. Schlosser (MN Bar #204353)

2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 977-8400
Fax: (612) 977-8650

– and –

Peter Kontio
Michael P. Kenny
Teresa T. Bonder
**Alston & Bird LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777

*Attorneys for Defendants Equifax Inc. and Equifax Information Services LLC*

2

**Lindquist & Vennum PLLP**

By: s/ Mark A. Jacobson
    Mark A. Jacobson (MN Bar #188943)
    Mark H. Zitzewitz (MN Bar #0289073)

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-3211
Fax: (612) 371-3207

– and –

M. Elaine Johnston
Robert A. Milne
Christopher J. Glancy
**White & Case LLP**
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorneys for Defendant Experian Information Solutions Inc.*

**Bassford Remele**

By: s/ Christopher R. Morris
    Lewis A. Remele, Jr. (MN Bar #90724)
    Christopher R. Morris (MN Bar #230613)

33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Tel: (612) 376-1601
Fax: (612) 333-8829

– and –

3

James K. Gardner
Ralph T. Russell
**Neal, Gerber & Eisenberg LLP**
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Tel: (312) 269-8030
Fax: (312) 26
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Tel: (312) 269-8030
Fax: (312) 269-1747

*Attorneys for Defendant TransUnion LLC*


**Kelly & Berens**


By:   s/ Barbara Podlucky Berens
      Barbara Podlucky Berens (MN Bar #209788)
      Justi Rae Miller (MN Bar #0387330)

3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 349-6171
Fax: (612) 349-6416

*Attorneys for Defendant VantageScore Solutions, LLC*

4