# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

FAIR ISAAC CORPORATION and
MYFICO CONSUMER SERVICES, INC.,

               Plaintiff(s),

v.

EQUIFAX INC., EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN INFORMATION
SOLUTIONS INC., TRANSUNION, LLC,
VANTAGESCORE SOLUTIONS LLC and
DOES I THROUGH X,

               Defendant(s).

**COURT MINUTES**
BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CIVIL NO. 06-4112 (ADM/JSM) |
| Date: | June 4, 2008 |
| Court Reporter: | Deb Beauvais |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 11:30 a.m. |
| Time in Court: | 1 Hour |

APPEARANCES:

Mary Kiedrowski, Esq. and Randall Tietjen, Esq. appeared on behalf of plaintiffs; Teresa T. Bonder, Esq. and Greg Mauldin, Esq. appeared on behalf of defendant Equifax Inc.; Martin Toto, Esq., Heather Burke, Esq. and Mark A. Jacobson, Esq. appeared on behalf of defendant Experian Information Solutions Inc.; John Sharkey, Esq. appeared on behalf of defendant Trans Union, LLC; and Justi Rae Miller, Esq. on behalf of defendant VantageScore Solutions, LLC.

Interpreter / Language: NA

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☒ **COURT**  ☐ **PLAINTIFF**  ☐ **DEFENDANT**

Plaintiffs Motion to Compel Production of Documents Clawed Back by Defendant or in the alternative for an *In Camera* Review [Docket No. 337]- **TAKEN UNDER ADVISEMENT**

Motions taken under advisement as of: June 4, 2008

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

                                                                                s/sk
                                                        Signature of Law Clerk