UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION; and
myFICO CONSUMER SERVICES, INC.,

Civil File No. 06-4112 (ADM/JSM)

Plaintiffs,

v.

ORDER

EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC; and
VANTAGESCORE SOLUTIONS, LLC,

Defendants.

JANIE S. MAYERON, U.S. Magistrate Judge

The above matter came on before the undersigned upon Plaintiffs' Motion to Compel Production of Three Clawed-Back Documents or, in the Alternative, for an In-Camera Review of the Documents [Docket No. 357].

Randall Tietjen, Esq. and Mary E Kiedrowski appeared on behalf of plaintiffs; Mark A. Jacobson, Esq., Christopher Sullivan, Esq., and Robert Milne, Esq. appeared on behalf of defendant Experian Information Solutions Inc.; Christopher R. Morris, Esq. and James Gardener, Esq. appeared on behalf of defendant Trans Union, LLC; and Justi Rae Miller, Esq. appeared on behalf of defendant VantageScore Solutions, LLC.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED:** Plaintiffs' Motion to Compel Production of Three Clawed-Back Documents or, in the Alternative, for an In-Camera Review of the Documents [Docket No. 357] is **DENIED** for the reasons stated forth on the record at the June 25, 2008 hearing on the underlying motion.

**IT IS FURTHER ORDERED** that the following shall be redacted from Plaintiffs' Memorandum of Law in Support of their Motion to Compel Production of Three Clawed-Back Documents or, in the Alternative, for an In-Camera Review of the Documents [Docket No. 359]:

Page 1, numbered paragraph 1, Line 5, last three words;

Page 1, numbered paragraph 1: Line 6;

Page 1, numbered paragraph 1: Line 7, first two words, parentheses and comma before the word "from";

Page 3, Line 7, last two words;

Page 3, Line 8;

Page 3, Line 9, first word, period and quotation mark;

Page 4, Line 13, last 4 words;

Page 4, Line 14;

Page 4, Line 15, first 5 words and period;

Page 7, Lines 11-15;

Page 7, Line 16, first five words and footnote 11.

On or before July 3, 2008, plaintiffs shall serve on defendants a substitute Memorandum of Law reflecting the above redactions.  In addition, on or before July 3, 2008, plaintiffs shall take remove Docket No. 359 currently on file with the Clerk's office and file in its place the substitute Memorandum of Law with the above redactions.

Dated:      June 27, 2008

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge