# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc.;<br><br>    Plaintiffs,<br><br>v.<br><br>Equifax Inc.; Equifax Information Services LLC; Experian Information Solutions Inc.; TransUnion, LLC; VantageScore Solutions LLC; and Does I through X;<br><br>    Defendants. | Civil Action No:<br>0:06-cv-04112 ADM/JSM<br><br>***PLACEHOLDER FOR***<br>*Memorandum in Support of Defendants' Joint Motion (I) to Modify Scheduling Order to Permit Defendants to Move for Leave to Amend Pleadings and (II) for Leave to Amend Answers to Assert Counterclaims for Cancellation of Registration for "300-850" Trademark* |

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Memorandum in Support of Defendants' Joint Motion (I) to Modify Scheduling Order to Permit Defendants to Move for Leave to Amend Pleadings and (II) for Leave to Amend Answers to Assert Counterclaims for Cancellation of Registration for "300-850" Trademark**

If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

| | |
|---|---|
|         | Voluminous Document*  (Document number of order granting leave to file conventionally: ___) |
| | Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned) |
| | Physical Object (description): |
| | Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| X | Item Under Seal pursuant to a court order* (Docket No. of Order: 139; Docket No of Amended Order: 144) |
| | Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53) (Document numbered of redacted version: _____) |
| | Other (description): |

*Filing of these items requires Judicial Approval.
E-file this Placeholder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Doc# 2722388\2

Doc# 2722388\2