## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fair Isaac Corporation; and myFICO
Consumer Services, Inc.,

                              Civil Action No: 06 CV 4112 ADM/JSM

          Plaintiffs,

v.

                                   **STIPULATION**

Equifax Inc.; Equifax Information Services
LLC; Experian Information
Solutions, Inc.; Trans Union LLC; and
VantageScore Solutions, LLC, and Does I
through X,

          Defendants.

---

      Plaintiffs Fair Isaac Corporation and myFICO Consumer Services, Inc.

(collectively, "Plaintiffs") and Defendants Experian Information Solutions, Inc.; Trans

Union LLC; and VantageScore Solutions, LLC (collectively, "Defendants"), hereby

jointly submit this Stipulation and separate Proposed Order regarding proposed

amendments to the parties' pleadings.

### Recitals

      1.     The Court's Fifth Amended Pretrial Scheduling Order set the following

dates with respect to the submission of expert reports:

          §    August 26, 2008: By Plaintiffs

          §    October 27, 2008: By Defendants

          §    November 19, 2008: Rebuttal by Plaintiffs

2.      On September 5, 2008, Defendants served the Expert Report of Robert M. Anderson (the "Anderson Report") in support of Defendants' defenses and proposed counterclaims in this matter.

3.      Defendants have proposed to amend the Fifth Amended Pretrial Scheduling Order to establish a schedule for the exchange of expert reports related to the Anderson Report.

**Stipulation**

Plaintiffs and Defendants, by and between their counsel below, stipulate and agree that:

1.      Plaintiffs may file an expert report in response to the Anderson Report no later than November 21, 2008.

2.      Defendants may file a rebuttal expert report by Mr. Anderson no later than December 15, 2008.

3.      Plaintiffs shall have up to and including January 23, 2009 to depose Mr. Anderson.  Defendants shall have up to and including January 23, 2009 to depose any expert who submits a report on behalf of Plaintiffs in response to the Anderson Report.

4.      Defendants do not intend at this time to request any other amendments to the Pretrial Scheduling Order related to expert reports.

IT IS SO STIPULATED AND AGREED:

Dated:  November 4, 2008          **ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**

By:     s/ Randall M. Tietjen
          Ronald J. Schutz (MN Bar #130849)
          Randall M. Tietjen (MN Bar #214474)
          Michael A. Collyard (MN Bar #302569)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Tel: (612) 349-8500
Fax: (612) 339-4181

-and-

Charles F. (Rick) Rule
Ngoc Pham Hulbig
Joseph J. Bial
**Cadwalader, Wickersham & Taft LLP**
1201 F Street, N.W.
Washington, D.C. 20004
Tel: (202) 862-2200
Fax: (202) 862-2400

Dated: November 4, 2008          **LINDQUIST & VENNUM P.L.L.P.**

By:     s/ Mark A. Jacobson
          Mark A. Jacobson (MN Bar #188943)
          Mark H. Zitzewitz (MN Bar #0289073)

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-3211
Fax: (612) 371-3207

– and –

M. Elaine Johnston
Robert A. Milne
Jack E. Pace III
**White & Case LLP**
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Fax: (212) 354-8113

**Attorneys for Defendant
Experian Information Solutions, Inc.**


Dated: <u>November 4, 2008</u>           **BASSFORD REMELE**

By:   <u>  s/ Christopher R. Morris          </u>
        Lewis A. Remele, Jr. (MN Bar #90724)
        Christopher R. Morris (MN Bar #230613)

33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Tel: (612) 376-1601
Fax: (612) 333-8829

– and –

James K. Gardner
Ralph T. Russell
**Neal, Gerber & Eisenberg LLP**
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Tel: (312) 269-8030
Fax: (312) 269-1747

**Attorneys for Defendant
Trans Union LLC**

Dated: <u>November 4, 2008</u>      **KELLY & BERENS, P.A.**

By: <u>      s/ Justi R. Miller      </u>
      Barbara Podlucky Berens (MN Bar #209788)
      Justi R. Miller (MN Bar #0387330)

3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 349-6171
Fax: (612) 349-6416

**Attorneys for Defendant**
**VantageScore Solutions, LLC**