IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc.; <br><br> Plaintiffs, <br><br> v. <br><br> Experian Information Solutions Inc.; TransUnion, LLC; VantageScore Solutions LLC; and Does I through X; <br><br> Defendants. | Civil Action No.: 0:06-cv-04112 <br> (ADM/JSM) |

**DEFENDANTS' MOTION TO COMPEL THIRD PARTY
OLSON TO PRODUCE DOCUMENTS RESPONSIVE
TO DEFENDANTS' SUBPOENA DUCES TECUM**

Defendants Experian Information Solutions, Inc., Trans Union LLC, and VantageScore Solutions, LLC (collectively "Defendants") hereby move this Court pursuant to Rules 34, 37(a)(2), and 45(c)(2) of the Federal Rules of Civil Procedure and Rules 37.1 and 37.2 of the Local Rules of the United States District Court for the District of Minnesota for an Order compelling third party OLSON to produce documents in response to Defendants' Subpoena Duces Tecum.

Pursuant to Local Rule 37.1, the undersigned certify that they have, in good faith, conferred with other affected parties but have been unable to resolve this matter without Court action.

Respectfully submitted this 21st day of November, 2008.

**Lindquist & Vennum PLLP**

By: s/ Mark A. Jacobson
    Mark A. Jacobson (MN Bar #188943)
    Mark H. Zitzewitz (MN Bar #0289073)

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-3211
Fax: (612) 371-3207
mjacobson@lindquist.com
mzitzewitz@lindquist.com

– and –

**White & Case LLP**
M. Elaine Johnston
Robert A. Milne
Jack E. Pace III
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Fax: (212) 354-8113
mejohnston@ny.whitecase.com
rmilne@whitecase.com
cglancy@whitecase.com
jpace@whitecase.com

*Attorneys for Defendant Experian Information Solutions, Inc. (Authorized to sign on behalf of all Defendants)*

**Bassford Remele**
Lewis A. Remele, Jr. (MN Bar #90724)
Christopher R. Morris (MN Bar #230613)
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Tel: (612) 376-1601
Fax: (612) 333-8829
lewr@bassford.com
chrism@bassford.com

– and –

**Neal, Gerber & Eisenberg LLP**
James K. Gardner
Ralph T. Russell
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Tel: (312) 269-8030
Fax: (312) 269-1747
jgardner@ngelaw.com
rrussell@ngelaw.com

*Attorneys for Defendant*
*Trans Union LLC*

**Kelly and Berens, P.A.**
Barbara Podlucky Berens (MN Bar #209788)
Justi Rae Miller (MN Bar #0387330)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 349-6171
Fax: (612) 349-6416
bberens@kellyandberens.com
jmiller@kellyandberens.com

*Attorneys for Defendant*
*VantageScore Solutions, LLC*