# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc.;<br><br>    Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc.; Trans Union LLC; VantageScore Solutions, LLC; and Does I through X;<br><br>    Defendants. | Civil Action No:<br>0:06-cv-04112 (ADM/JSM) |

## SECOND DECLARATION OF BRYAN GANT

Pursuant to 28 U.S.C. § 1746, I, Bryan Gant, declare and say as follows:

1. I am an associate with White & Case LLP, counsel for Experian Information Solutions, Inc. ("Experian") in this matter. I submit this declaration on behalf of Defendants Experian Information Solutions, Inc., Trans Union LLC, and VantageScore Solutions, LLC (collectively "Defendants") in support of Defendants' Motion to Compel Third Party OLSON to Produce Documents Responsive to Defendants' Subpoena Duces Tecum. The facts stated herein are to the best of my recollection and understanding.

2. Attached hereto as Exhibit 1 is a true and correct copy of an E-mail from Thomas Olson to Bryan Gant, dated November 19, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on December 3, 2008.

                                                       /s/ Bryan Gant

                                                         Bryan Gant