**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Experian Information Solutions Inc.; TransUnion, LLC; and VantageScore Solutions, LLC ; Does I through X, <br><br> Defendants. | **PLACEHOLDER FOR** <br> *Declaration of Randall Tietjen and Exhibits 1-97* <br><br> Civil Action No: 06 CV 4112 ADM/JSM |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Declaration of Randall Tietjen**
**and Exhibits 1 – 97**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_   Voluminous Document* (Document number of order granting leave to file conventionally:  \_\_\_ )

\_\_\_   Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_   Physical Object (description):

1

2

___     Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

X     Item Under Seal pursuant to a court order* (Docket No. of Order:  139; Docket No. of Amended Order:  144)

___     Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: ___ )

___     Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).