**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION; and myFICO CONSUMER SERVICES, Inc., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-cv-4112 (ADM-JSM) |
| v. | ) ) | |
| EXPERIAN INFORMATION SOLUTIONS INC.; TRANS UNION, LLC; VANTAGESCORE SOLUTIONS, LLC; and DOES I through X, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION OF TRANS UNION LLC AND VANTAGESCORE SOLUTIONS, LLC**
**FOR SUMMARY JUDGMENT DISMISSING CONTRACT RELATED COUNTS**
**(COUNTS 13 AND 14)**

Defendants Trans Union LLC ("TU") and VantageScore Solutions, LLC ("VSS") hereby move this Court pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule 7.1(b) of the Local Rules of the United States District Court for the District of Minnesota for an Order granting TU and VSS summary judgment on the breach of contract and tortious interference with contract counts of Plaintiffs' Third Amended Complaint and dismissing Counts 13 and 14 of Plaintiffs' Third Amended Complaint with prejudice. TU further requests that the Court enter an Order awarding TU its attorneys' fees and costs, as provided for in § 13.8 of Trans Union LLC's and Fair, Isaac Company, Inc.'s Agreement for Precision Credit Risk Score Services, and establishing a schedule for the Court's consideration of TU's fee request.

Respectfully submitted this 30th day of January, 2009.

**Bassford Remele**

By:   /s/Christopher R. Morris
          Lewis A. Remele, Jr. (MN Bar #90724)
          Christopher R. Morris (MN Bar #230613)
          33 South Sixth Street, Suite 3800
          Minneapolis, MN 55402
          Tel: (612) 376-1601
          Fax: (612) 333-8829

          – and –

          James K. Gardner
          Ralph T. Russell
          Dao L. Boyle
          **Neal, Gerber & Eisenberg LLP**
          Two North LaSalle Street, Suite 2200
          Chicago, IL 60602
          Tel: (312) 269-8030
          Fax: (312) 269-1747

          *Attorneys for Defendant*
          *Trans Union LLC*

NGEDOCS: 1598462.1