# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| _____ ) | |
| Fair Isaac Corporation; and myFICO ) | |
| Consumer Services, Inc.; ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 0:06-cv-04112 |
| ) | (ADM/JSM) |
| v. ) | |
| ) | ***PLACEHOLDER FOR*** |
| Experian Information Solutions Inc.; ) | *Declaration of* |
| TransUnion, LLC; VantageScore ) | *Don Robert* |
| Solutions LLC; and Does I through X; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

### Declaration of Don Robert

If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

| | |
|---|---|
| _____ | Voluminous Document*  (Document number of order granting leave to file conventionally:  ___) |
| _____ | Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned) |
| _____ | Physical Object (description): |
| _____ | Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| __X__ | Item Under Seal pursuant to a court order* (Docket No. of Order:  139; Docket No of Amended Order:  144) |
| _____ | Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53) (Document numbered of redacted version:  _____) |
| _____ | Other (description): |

*Filing of these items requires Judicial Approval.E-file this Placeholder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).