**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc.; <br><br> Plaintiffs, <br><br> v. <br><br> Experian Information Solutions Inc.; TransUnion, LLC; VantageScore Solutions LLC; and Does I through X; <br><br> Defendants. | Civil Action No.: 0:06-cv-04112 (ADM/JSM) <br><br> ***PLACEHOLDER FOR*** <br> *Declaration of* <br> *Stanley Oliai* |

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Declaration of Stanley Oliai**

If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

| | |
|---|---|
| | Voluminous Document* (Document number of order granting leave to file conventionally: ___) |
| | Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned) |
| | Physical Object (description): |
| | Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| X | Item Under Seal pursuant to a court order* (Docket No. of Order: 139; Docket No of Amended Order: 144) |
| | Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53) (Document numbered of redacted version: _____) |
| | Other (description): |

*Filing of these items requires Judicial Approval. E-file this Placeholder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Doc# 2845113\1