IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc.;<br><br>   Plaintiffs,<br><br>v.<br><br>Experian Information Solutions Inc.; TransUnion, LLC; VantageScore Solutions LLC; and Does I through X;<br><br>   Defendants. | Civil Action No.: 0:06-cv-04112<br>(ADM/JSM) |

## ORDER

This matter came before the Court on Plaintiffs' request to claw back an inadvertently produced document which may be subject to the attorney-client privilege. The Defendants do not oppose this request. The Plaintiffs will produce a redacted version of the document.

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall remove from the file record Exhibit 1(b) (Bates Numbers MCK-0005750-5785) to the Declaration of Bryan Gant (Docket No. 588);

2. Exhibit 1(b) shall also be removed from all courtesy copies filed with the Court.

Dated: February 17, 2009       s/Ann D. Montgomery

                  Ann D. Montgomery
                  United States District Court Judge