IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc.;<br><br>Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc.; Trans Union LLC; VantageScore Solutions, LLC; and Does I through X;<br><br>Defendants. | Civil Action No:<br>0:06-cv-04112 (ADM/JSM) |

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF JAMES T. BERGER REGARDING HIS SURVEYS

Defendants Experian Information Solutions, Inc., Trans Union LLC, and VantageScore Solutions, LLC (collectively "Defendants") hereby move this Court pursuant to Rules 403 and 702 of the Federal Rules of Evidence and Rule 16.6 of the Local Rules of the United States District Court for the District of Minnesota for an Order excluding the surveys prepared by James T. Berger, and all testimony related thereto, from the trial of this action.

Respectfully submitted this 21st day of September, 2009.

                                    **Lindquist & Vennum PLLP**

                                    By:   /s/ Mark A. Jacobson
                                    Mark A. Jacobson (MN Bar #188943)
                                    Christopher Sullivan (MN Bar #0343717)
                                    LINDQUIST & VENNUM, P.L.L.P.

4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 (facsimile)

M. Elaine Johnston
Robert A. Milne
Christopher J. Glancy
Jack E. Pace III
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200
(212) 354-8113 (facsimile)

*Attorneys for Defendant Experian
Information Solutions, Inc. (and authorized
to sign on behalf of all Defendants)*

Lewis A. Remele, Jr. (MN Bar #90724)
Christopher R. Morris (MN Bar #230613)
BASSFORD REMELE
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Tel: (612) 376-1601
Fax: (612) 333-8829

James K. Gardner
Ralph T. Russell
Dao L. Boyle
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Tel: (312) 269-8030
Fax: (312) 269-1747

*Attorneys for Defendant
Trans Union LLC*

Barbara Podlucky Berens (MN #209788)
Justi R. Miller (MN #0387330)
KELLY & BERENS

        3720 IDS Center
        80 South Eighth Street
        Minneapolis, MN 55402
        Tel: (612) 349-6171
        Fax: (612) 349-6416

        *Attorneys for Defendant*
        *VantageScore Solutions, LLC*