# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc.; | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No: |
| Experian Information Solutions, Inc.; Trans Union LLC; VantageScore Solutions, LLC; and Does I through X; | ) ) ) ) | 0:06-cv-04112 (ADM/JSM) |
| Defendants. | ) ) | |
| _____ | ) | |

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
## THIRD PARTY STATEMENTS AS HEARSAY AND IRRELEVANT

Defendants Experian Information Solutions, Inc., Trans Union LLC, and VantageScore Solutions, LLC (collectively "Defendants") hereby move this Court pursuant to Rules 402, 403, and 802 of the Federal Rules of Evidence and Rule 16.6 of the Local Rules of the United States District Court for the District of Minnesota for an Order excluding the following Plaintiffs' exhibits from evidence: PX021, PX445, PX462, PX874, PX875, PX1044, PX1142, PX1152, PX1153, PX873, PX667, PX1043, PX019, PX466, PX862, PX863, PX864, PX865, PX866, PX867, PX868, PX869, PX870, PX899, PX931, PX1113, PX1114, PX1115, and PX1141.

Respectfully submitted this 21st day of September, 2009.

                                                         **Lindquist & Vennum PLLP**

By:   /s/ Mark A. Jacobson
Mark A. Jacobson (MN Bar #188943)
Christopher Sullivan (MN Bar #0343717)
LINDQUIST & VENNUM, P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 (facsimile)

M. Elaine Johnston
Robert A. Milne
Christopher J. Glancy
Jack E. Pace III
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200
(212) 354-8113 (facsimile)

*Attorneys for Defendant Experian Information Solutions, Inc. (and authorized to sign on behalf of all Defendants)*

Lewis A. Remele, Jr. (MN Bar #90724)
Christopher R. Morris (MN Bar #230613)
BASSFORD REMELE
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Tel: (612) 376-1601
Fax: (612) 333-8829

James K. Gardner
Ralph T. Russell
Dao L. Boyle
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Tel: (312) 269-8030
Fax: (312) 269-1747

*Attorneys for Defendant Trans Union LLC*

3

Barbara Podlucky Berens (MN #209788)
Justi R. Miller (MN #0387330)
KELLY & BERENS
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 349-6171
Fax: (612) 349-6416

*Attorneys for Defendant*
*VantageScore Solutions, LLC*