IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Fair Isaac Corporation and myFICO Consumer Services, Inc.; | Case No. 06-cv-4112 (ADM-JSM ) |
| Plaintiffs, | |
| v. | |
| Experian Information Solutions Inc.; Trans Union, LLC; VantageScore Solutions, LLC; and Does I through X; | |
| Defendants. | |

---

**Fair Isaac's Motion in Limine to Preclude Experian from Offering Evidence Regarding its NCAC Center that is Inconsistent with Experian's Testimony**

Plaintiffs Fair Isaac Corporation and myFICO Consumer Services, Inc. (together, "Fair Isaac") move this Court to Preclude Experian from Offering Evidence Regarding its NCAC Center that is Inconsistent with Experian's Testimony.

Fair Isaac's Motion is based upon the accompanying Memorandum of Law and all pleadings, documents, and files in the above captioned matter.

- 2 -

| | |
|---|---|
| Date: September 21, 2009 | **Robins, Kaplan, Miller & Ciresi, L.L.P.** |
| | **By:** s/Randall Tietjen |
| | Ronald J. Schutz (MN Bar #130849) |
| | Randall Tietjen (MN Bar #214474) |
| | Michael A. Collyard (MN Bar #302569) |
| | Laura E. Nelson (MN Bar #0342798) |
| | 2800 LaSalle Plaza |
| | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| | Tel: (612) 349-8500 |
| | Fax: (612) 339-4181 |
| | |
| | and |
| | |
| | Charles F. (Rick) Rule |
| | Joseph J. Bial |
| | **Cadwalader, Wickersham & Taft LLP** |
| | 1201 F Street, N.W. |
| | Washington, D.C. 20004 |
| | Tel: (202) 862-2200 |
| | Fax: (202) 862-2400 |
| | |
| | **Attorneys for Plaintiffs** |

81035198.1