IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Fair Isaac Corporation and myFICO  Case No. 06-cv-4112 (ADM-JSM )
Consumer Services, Inc.;

        Plaintiffs,

v.

Experian Information Solutions Inc.;
Trans Union, LLC; VantageScore
Solutions, LLC; and Does I through
X;

        Defendants.

**Fair Isaac's Motion in Limine to Preclude the Defendants from Seeking Credit Information and Scores for Prospective Jurors and Court Personnel**

Plaintiffs Fair Isaac Corporation and myFICO Consumer Services, Inc. (together, "Fair Isaac") move this Court to Preclude the Defendants from Seeking Credit Information and Scores for Prospective Jurors and Court Personnel.

Fair Isaac's Motion is based upon the accompanying Memorandum of Law and all pleadings, documents, and files in the above captioned matter.

- 2 -

Date: September 21, 2009	**Robins, Kaplan, Miller & Ciresi, L.L.P.**

          **By:** s/Randall Tietjen
             Ronald J. Schutz (MN Bar #130849)
             Randall Tietjen (MN Bar #214474)
             Michael A. Collyard (MN Bar #302569)
             Laura E. Nelson (MN Bar #0342798)
             2800 LaSalle Plaza
             800 LaSalle Avenue
             Minneapolis, MN 55402
             Tel: (612) 349-8500
             Fax: (612) 339-4181

             and

             Charles F. (Rick) Rule
             Joseph J. Bial
             **Cadwalader, Wickersham & Taft LLP**
             1201 F Street, N.W.
             Washington, D.C. 20004
             Tel: (202) 862-2200
             Fax: (202) 862-2400

             **Attorneys for Plaintiffs**

81035212.1