## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc.; | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No: 0:06-cv-04112 (ADM/JSM) |
| Experian Information Solutions Inc.; TransUnion, LLC; VantageScore Solutions LLC; and Does I through X | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## **MOTION FOR SUPPLEMENTAL JUROR QUESTIONNAIRE**

Defendants Experian Information Solutions, Inc., Trans Union LLC, and VantageScore Solutions, LLC hereby move this Court pursuant to Rule 47 of the Federal Rules of Civil Procedure and Rule 39.2 of the Local Rules for the District of Minnesota for an Order allowing Defendants to submit a supplemental juror questionnaire to the petit jury venir panel prior to the Court administering voir dire in open court. This motion is based upon the Memorandum in Support of Supplemental Juror Questionnaire, the Declaration of Dr. John Gilleland and attachment, the Affidavit of Barbara Podlucky Berens and attachment, and based upon all the files, records and proceedings herein.

Dated: September 21, 2009        By:   s/Justi R. Miller
                                       Barbara Podlucky Berens (MN #209788)
                                       Justi R. Miller (MN #0387330)
                                       Catherine McEnroe (MN#0219587)
                                       KELLY & BERENS
                                       3720 IDS Center
                                       80 South Eighth Street
                                       Minneapolis, MN 55402
                                       Tel: (612) 349-6171
                                       Fax: (612) 349-6416

                                       *Attorneys for Defendant*
                                       *VantageScore Solutions, LLC*

                                       *(Authorized to sign on behalf of all*
                                       *Defendants)*

                                       Mark A. Jacobson (MN Bar #188943)
                                       Mark H. Zitzewitz (MN Bar #0289073)
                                       LINDQUIST & VENNUM, P.L.L.P.
                                       4200 IDS Center
                                       80 South 8th Street
                                       Minneapolis, MN 55402
                                       (612) 371-3211
                                       (612) 371-3207 (facsimile)

                                       M. Elaine Johnston
                                       Robert A. Milne
                                       Jack E. Pace III
                                       WHITE & CASE LLP
                                       1155 Avenue of the Americas
                                       New York, NY 10036-2787
                                       (212) 819-8200
                                       (212) 354-8113 (facsimile)

                                       *Attorneys for Defendant Experian*
                                       *Information Solutions, Inc.*

                                       Lewis A. Remele, Jr. (MN Bar #90724)
                                       Christopher R. Morris (MN Bar #230613)
                                       BASSFORD REMELE
                                       33 South Sixth Street, Suite 3800
                                       Minneapolis, MN 55402

Tel: (612) 376-1601
Fax: (612) 333-8829

James K. Gardner
Ralph T. Russell
Dao L. Boyle
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Tel: (312) 269-8030
Fax: (312) 269-1747

*Attorneys for Defendant*
*Trans Union LLC*