# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation and myFICO Consumer Services, Inc.; | Case No. 06-cv-4112 (ADM-JSM ) |
| Plaintiffs, | |
| v. | **Fair Isaac's Proposed Verdict Form** |
| Experian Information Solutions Inc.; Trans Union, LLC; VantageScore Solutions, LLC; and Does I through X; | |
| Defendants. | |

Plaintiffs Fair Isaac Corporation and myFICO Consumer Services, Inc. submit the attached Verdict Form for use in this case.

Date: Sept. 14, 2009      **Robins, Kaplan, Miller & Ciresi, L.L.P.**


**By:**   s/Randall Tietjen
Ronald J. Schutz (130849)
Randall Tietjen (214474)
Christopher K. Larus (226828)
Michael A. Collyard (302569)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Tel: (612) 349-8500
Fax: (612) 339-4181

**Attorneys for Plaintiffs Fair Isaac Corporation and myFICO Consumer Services, Inc.**

81022727.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation and myFICO Consumer Services, Inc.; | Case No. 06-cv-4112 (ADM-JSM ) |
| Plaintiffs, | |
| v. | **Verdict Form** |
| Experian Information Solutions Inc.; Trans Union, LLC; VantageScore Solutions, LLC; and Does I through X; | |
| Defendants. | |

We, the jury in the case captioned above, find the following verdict on the questions submitted to us:

**Question No. 1:** Did any of the defendants infringe one or more of Fair Isaac's trademarks? If so, indicate which defendant(s):

❐ Experian

❐ Trans Union

❐ VantageScore

**Question No. 2:** For the defendant(s) who infringed Fair Isaac's trademarks, what amount of money would fairly and adequately compensate Fair Isaac?

Experian          $_____

Trans Union       $_____

VantageScore      $_____

**Question No. 3:** Did any of the defendants pass off their goods or services as those of Fair Isaac? If so, indicate which defendant(s):

❒ Experian

❒ Trans Union

❒ VantageScore

**Question No. 4:** For the defendant(s) who passed off their goods and services as those of Fair Isaac, what amount of money would fairly and adequately compensate Fair Isaac?

Experian          $_____

Trans Union       $_____

VantageScore      $_____

**Question No. 5:** If you found that a defendant infringed one or more of Fair Isaac's trademarks or passed off its goods or services as those of Fair Isaac, did the defendant act willfully? If so, indicate which defendant(s) acted willfully:

❒ Experian

❒ Trans Union

❒ VantageScore

**Question No. 6:** Did the defendants prove by clear-and-convincing evidence that Fair Isaac obtained its 300-850 trademark (U.S. Registration No. 3,083,563) from the United States Patent and Trademark Office by fraud?

❒ Yes            ❒ No

[Date and sign this verdict, and return it.]

Date: _____          _____
                                Foreperson