IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fair Isaac Corporation; and myFICO
Consumer Services, Inc.,

        Plaintiffs,

v.

Experian Information Solutions Inc.;
Trans Union, LLC; and VantageScore
Solutions, LLC; and Does I through X,

        Defendants.

Civil Action No: 06 CV 4112
ADM/JSM

**Fair Isaac's Exhibit List**

Plaintiffs Fair Isaac Corporation and myFICO Consumer Services, Inc. ("Fair Isaac") hereby files its Exhibit List, which is attached as Exhibit A. Fair Isaac reserves the right to offer any exhibit on any defendants' trial exhibit list and reserves the right to offer any exhibit not on its list for impeachment or rebuttal purposes. Fair Isaac also reserves the right to offer a better or more legible copy, if possible, of any exhibit on Fair Isaac's exhibit list. Fair Isaac also reserves the right to identify demonstrative exhibits, at a time and place agreed to by the parties. Fair Isaac will make physical exhibits available for inspection at dates and times agreed to by the parties.

Date: September 21, 2009         **Robins, Kaplan, Miller & Ciresi, L.L.P.**

                                        **By:**   s/Randall Tietjen
                                                  Ronald J. Schutz (MN Bar #130849)
                                                  Randall Tietjen (MN Bar #214474)
                                                  Christopher K. Larus (MN Bar# 226828)
                                                  Michael A. Collyard (MN Bar #302569)
                                                  Laura E. Nelson (MN Bar #0342798)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Tel: (612) 349-8500
Fax: (612) 339-4181

**Attorneys for Plaintiffs**