# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Fair Isaac Corporation; and myFICO
Consumer Services, Inc.,

                              Civil Action No: 06 CV 4112 ADM/JSM

        Plaintiffs,

v.

                                    **Plaintiff Fair Isaac's**
Equifax Inc.; Equifax Information Services        **Deposition Designations**
LLC; Experian Information
Solutions, Inc.; Trans Union LLC; and
VantageScore Solutions, LLC; and Does I
through X,

        Defendants.

---

*To the extent any testimony contains the first line of any transcript and that line contains only a page header, Plaintiffs do not intend to designate the header.

### VantageScore Solutions, LLC, Barrett Burns Dated October 11, 2007

| From | | To | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 6 | 20 | 6 | 23 |
| 20 | 18 | 20 | 20 |
| 22 | 20 | 23 | 6 |
| 23 | 10 | 23 | 16 |
| 49 | 17 | 50 | 3 |
| 53 | 5 | 53 | 8 |
| 57 | 21 | 57 | 25 |
| 59 | 14 | 59 | 25 |
| 60 | 19 | 60 | 22 |
| 75 | 24 | 76 | 2 |
| 76 | 4 | 76 | 25 |
| 78 | 13 | 78 | 17 |
| 251 | 6 | 252 | 16 |
| 252 | 18 | 252 | 23 |
| 252 | 25 | 255 | 12 |
| 255 | 14 | 256 | 3 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 262 | 7 | 262 | 13 |
| 263 | 19 | 264 | 6 |

**VantageScore Solutions, LLC, Sarah Davies 30(b)(6) Dated July 16, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 5 | 23 | 6 | 14 |
| 6 | 17 | 6 | 20 |
| 63 | 3 | 63 | 5 |
| 63 | 7 | 63 | 8 |
| 63 | 14 | 64 | 12 |
| 67 | 15 | 67 | 25 |
| 68 | 3 | 68 | 9 |
| 68 | 11 | 68 | 11 |
| 68 | 14 | 68 | 22 |

**Mercer Oliver Wyman, Peter Carroll Dated April 8, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 6 | 17 | 6 | 23 |
| 7 | 4 | 7 | 6 |
| 8 | 8 | 8 | 17 |
| 22 | 14 | 22 | 16 |
| 22 | 18 | 23 | 5 |
| 25 | 2 | 25 | 4 |
| 25 | 9 | 25 | 12 |
| 41 | 3 | 41 | 5 |
| 41 | 11 | 41 | 19 |
| 42 | 10 | 42 | 16 |
| 48 | 20 | 48 | 25 |
| 49 | 3 | 49 | 3 |
| 49 | 9 | 49 | 10 |
| 49 | 14 | 49 | 17 |
| 50 | 6 | 51 | 8 |

| From | | To | |
|:---:|:---:|:---:|:---:|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 51 | 11 | 51 | 11 |
| 51 | 16 | 51 | 18 |
| 52 | 18 | 53 | 3 |
| 53 | 7 | 53 | 12 |
| 53 | 14 | 53 | 16 |
| 53 | 19 | 53 | 21 |
| 53 | 25 | 54 | 2 |
| 54 | 6 | 55 | 23 |
| 56 | 2 | 56 | 6 |
| 56 | 15 | 56 | 18 |
| 56 | 21 | 56 | 24 |
| 57 | 5 | 57 | 7 |
| 57 | 9 | 57 | 13 |
| 57 | 16 | 57 | 17 |
| 57 | 20 | 58 | 9 |
| 58 | 15 | 58 | 18 |
| 58 | 21 | 58 | 24 |
| 59 | 4 | 59 | 6 |
| 59 | 11 | 59 | 14 |
| 59 | 21 | 59 | 21 |
| 60 | 10 | 60 | 13 |
| 60 | 17 | 60 | 17 |
| 60 | 19 | 60 | 24 |
| 61 | 3 | 61 | 3 |
| 61 | 7 | 61 | 10 |
| 61 | 16 | 61 | 17 |
| 61 | 20 | 61 | 25 |
| 62 | 4 | 62 | 4 |
| 62 | 16 | 62 | 18 |
| 63 | 14 | 63 | 23 |
| 64 | 2 | 64 | 5 |
| 64 | 18 | 64 | 21 |
| 66 | 18 | 66 | 20 |
| 66 | 23 | 66 | 25 |
| 69 | 23 | 70 | 7 |
| 74 | 20 | 75 | 18 |
| 75 | 20 | 76 | 25 |
| 77 | 5 | 77 | 9 |
| 77 | 12 | 77 | 15 |
| 77 | 19 | 77 | 23 |
| 78 | 2 | 78 | 4 |
| 78 | 7 | 78 | 7 |

| From | | To | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 135 | 16 | 136 | 6 |
| 136 | 9 | 136 | 21 |
| 136 | 23 | 137 | 2 |
| 137 | 4 | 137 | 22 |
| 138 | 18 | 139 | 3 |
| 139 | 6 | 139 | 10 |
| 139 | 13 | 139 | 19 |
| 144 | 19 | 145 | 19 |
| 145 | 22 | 145 | 22 |
| 189 | 23 | 191 | 15 |
| 191 | 24 | 192 | 8 |
| 193 | 9 | 193 | 12 |
| 193 | 14 | 193 | 19 |
| 193 | 23 | 194 | 8 |
| 194 | 11 | 194 | 20 |
| 194 | 25 | 195 | 23 |
| 196 | 4 | 196 | 11 |
| 196 | 13 | 196 | 17 |
| 202 | 17 | 202 | 19 |
| 202 | 23 | 202 | 23 |
| 203 | 2 | 203 | 13 |
| 207 | 9 | 207 | 12 |
| 207 | 14 | 208 | 6 |
| 208 | 16 | 209 | 5 |
| 209 | 9 | 209 | 12 |
| 209 | 20 | 209 | 23 |
| 210 | 2 | 210 | 3 |
| 210 | 9 | 210 | 11 |
| 210 | 13 | 210 | 15 |
| 210 | 19 | 211 | 3 |
| 211 | 6 | 211 | 10 |
| 211 | 12 | 211 | 12 |
| 211 | 16 | 211 | 20 |
| 211 | 25 | 212 | 8 |
| 215 | 5 | 215 | 16 |
| 215 | 18 | 215 | 20 |
| 215 | 23 | 217 | 3 |
| 217 | 5 | 217 | 18 |
| 218 | 8 | 218 | 11 |
| 218 | 14 | 218 | 16 |
| 218 | 20 | 220 | 8 |
| 220 | 10 | 220 | 13 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 220 | 15 | 220 | 20 |
| 221 | 24 | 222 | 3 |
| 222 | 13 | 222 | 17 |
| 225 | 5 | 225 | 6 |
| 225 | 12 | 226 | 9 |
| 227 | 19 | 227 | 23 |
| 228 | 5 | 228 | 9 |
| 228 | 24 | 229 | 4 |
| 229 | 8 | 229 | 13 |
| 285 | 24 | 286 | 13 |

**Mercer Oliver Wyman, Piyush Tantia Dated May 30, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 5 | 18 | 6 | 5 |
| 6 | 22 | 7 | 3 |
| 7 | 5 | 7 | 5 |
| 7 | 11, beginning with "The" | 7 | 17 |
| 7 | 19 | 7 | 25 |
| 8 | 3 | 8 | 12 |
| 8 | 15 | 8 | 17 |
| 9 | 6 | 9 | 20 |
| 19 | 23, beginning with "Do you" | 20 | 3 |
| 20 | 5 | 20 | 8 |
| 20 | 10 | 20 | 14 |
| 20 | 18 | 20 | 21 |
| 21 | 19 | 21 | 22 |
| 21 | 24 | 22 | 12 |
| 22 | 15 | 22 | 16 |
| 76 | 7 | 76 | 13 |
| 76 | 25 | 77 | 7 |
| 77 | 9 | 77 | 21 |
| 95 | 21 | 96 | 3 |
| 96 | 7 | 96 | 12 |
| 112 | 2 | 112 | 6 |

| From | | To | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 112 | 11 | 112 | 21 |
| 113 | 2 | 113 | 12 |
| 113 | 17 | 113 | 19 |
| 114 | 20 | 114 | 22 |
| 115 | 3 | 115 | 10 |
| 115 | 14 | 115 | 16 |
| 116 | 12 | 116 | 13 |
| 116 | 16 | 116 | 21 |
| 117 | 7 | 117 | 9 |
| 117 | 12 | 117 | 16 |
| 117 | 19 | 118 | 6 |
| 118 | 9 | 118 | 11 |
| 118 | 22 | 119 | 2 |
| 119 | 11 | 119 | 18 |
| 119 | 22 | 119 | 22 |
| 119 | 25 | 120 | 6 |
| 120 | 9 | 120 | 9 |
| 120 | 21 | 120 | 25 |
| 121 | 4 | 121 | 12 |
| 121 | 16 | 121 | 23 |
| 122 | 16 | 122 | 19 |
| 123 | 2 | 123 | 12 |
| 123 | 15 | 123 | 18 |
| 123 | 22 | 124 | 2 |
| 124 | 9 | 124 | 13 |
| 124 | 15 | 124 | 19 |
| 124 | 24 | 125 | 5 |
| 125 | 11 | 125 | 14 |
| 125 | 17 | 125 | 22 |
| 126 | 5 | 126 | 8 |
| 126 | 14 | 126 | 17 |
| 126 | 21 | 127 | 2 |
| 127 | 9 | 127 | 14 |
| 127 | 19 | 128 | 4 |
| 128 | 17 | 128 | 18 |
| 128 | 25 | 129 | 3 |
| 129 | 8 | 129 | 13 |
| 129 | 23 | 130 | 2 |
| 130 | 8 | 130 | 10 |
| 130 | 13 | 130 | 14 |
| 131 | 8 | 131 | 10 |
| 131 | 16 | 131 | 23 |

| From | | To | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 132 | 6 | 132 | 9 |
| 133 | 15 | 133 | 17 |
| 133 | 21 | 134 | 6 |
| 134 | 13 | 135 | 2 |
| 135 | 5 | 135 | 9 |
| 135 | 14 | 135 | 17 |
| 135 | 19 | 135 | 25 |
| 136 | 25 | 137 | 4 |
| 137 | 7 | 137 | 22 |
| 138 | 2 | 138 | 8 |
| 138 | 11 | 138 | 11 |
| 138 | 13 | 138 | 13 |
| 138 | 21 | 138 | 22 |
| 139 | 2 | 139 | 14 |
| 139 | 17 | 139 | 19 |
| 139 | 25 | 140 | 2 |
| 140 | 5 | 140 | 8 |
| 140 | 12 | 140 | 14 |
| 140 | 17 | 140 | 20 |
| 140 | 22 | 141 | 4 |
| 141 | 7 | 141 | 13 |
| 141 | 16 | 141 | 21 |
| 141 | 25 | 142 | 3 |
| 142 | 7 | 142 | 7 |
| 144 | 7 | 144 | 19 |
| 145 | 9 | 145 | 16 |
| 184 | 18 | 184 | 25 |
| 185 | 13 | 185 | 19 |
| 186 | 14 | 186 | 17 |
| 186 | 20 | 186 | 24 |
| 187 | 6 | 187 | 7 |
| 187 | 13 | 187 | 16 |
| 188 | 8 | 188 | 14 |
| 188 | 19 | 188 | 25 |
| 189 | 5 | 189 | 14 |
| 189 | 19 | 189 | 19 |
| 263 | 5 | 263 | 24 |
| 264 | 3 | 264 | 14 |
| 265 | 8 | 265 | 11 |
| 265 | 13 | 265 | 19 |
| 265 | 23 | 266 | 6 |
| 266 | 8 | 266 | 16 |

| *From* | | *To* | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 266 | 22 | 266 | 24 |
| 267 | 4 | 267 | 9 |

**TransUnion LLC, Chet Wiermanski 30(b)(6) Dated June 5, 2008**

| *From* | | *To* | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 5 | 12 | 5 | 20 |
| 7 | 16 | 8 | 22 |

**TransUnion LLC, Chet Wiermanski Dated June 5, 2008**

| *From* | | *To* | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 4 | 6 | 4 | 10 |
| 7 | 2 | 7 | 20 |
| 16 | 14 | 16 | 17 |
| 16 | 19 | 16 | 19 |
| 17 | 14 | 17 | 15 |
| 21 | 1 | 21 | 3 |
| 21 | 5 | 21 | 16 |
| 28 | 10 | 28 | 24 |
| 29 | 3 | 29 | 3 |
| 29 | 5 | 29 | 18 |
| 29 | 21 | 29 | 23 |
| 30 | 2 | 30 | 3 |
| 30 | 7 | 30 | 7 |
| 30 | 9 | 30 | 10 |
| 30 | 12 | 30 | 12 |
| 30 | 14 | 30 | 15 |
| 30 | 17 | 30 | 18 |
| 30 | 20 | 31 | 8 |
| 31 | 12 | 31 | 12 |
| 31 | 14 | 31 | 15 |
| 31 | 19 | 31 | 19 |

**TransUnion LLC, Chet Wiermanski 30(b)(6) Volume II Dated June 6, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 93 | 6 | 94 | 9 |
| 94 | 12 | 94 | 17 |
| 95 | 14 | 96 | 2 |
| 96 | 6 | 96 | 11 |
| 98 | 2 | 98 | 6 |
| 98 | 8 | 98 | 15 |
| 98 | 17 | 99 | 9 |
| 99 | 11 | 99 | 21 |
| 99 | 23 | 99 | 23 |
| 100 | 17 | 101 | 3 |
| 101 | 7 | 101 | 16 |
| 101 | 18 | 102 | 1 |
| 102 | 3 | 102 | 9 |
| 102 | 12 | 102 | 18 |
| 102 | 20 | 103 | 8 |
| 103 | 10 | 103 | 13 |
| 103 | 19 | 103 | 24 |
| 104 | 2 | 104 | 4 |
| 104 | 6 | 104 | 6 |
| 105 | 9 | 105 | 12 |
| 105 | 14 | 105 | 15 |
| 107 | 2 | 107 | 12 |
| 107 | 14 | 107 | 15 |
| 128 | 17 | 129 | 3 |
| 129 | 5 | 129 | 18 |
| 129 | 20 | 130 | 4 |
| 130 | 6 | 130 | 11 |
| 130 | 13 | 130 | 13 |
| 130 | 20 | 130 | 21 |
| 130 | 23 | 130 | 23 |
| 131 | 2 | 131 | 4 |
| 131 | 6 | 131 | 10 |
| 137 | 5 | 137 | 8 |
| 137 | 10 | 137 | 18 |
| 138 | 1 | 138 | 16 |
| 138 | 19 | 138 | 20 |
| 139 | 10 | 139 | 17 |
| 140 | 16 | 141 | 6 |
| 141 | 8 | 141 | 13 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 143 | 7 | 143 | 15 |
| 144 | 4 | 144 | 12 |
| 144 | 15 | 144 | 22 |
| 145 | 3 | 145 | 10 |
| 145 | 12 | 145 | 12 |
| 146 | 18 | 147 | 17 |
| 153 | 11 | 153 | 16 |
| 153 | 21 | 154 | 6 |
| 160 | 7 | 160 | 8 |
| 160 | 18 | 160 | 21 |
| 160 | 23 | 160 | 23 |
| 161 | 2 | 161 | 5 |
| 161 | 7 | 161 | 7 |
| 166 | 24 | 167 | 5 |
| 171 | 6 | 171 | 9 |
| 171 | 12 | 171 | 13 |
| 172 | 6 | 173 | 2 |
| 173 | 7 | 173 | 13 |
| 174 | 10 | 174 | 16 |
| 174 | 19 | 175 | 4 |
| 175 | 21 | 176 | 4 |
| 176 | 6 | 176 | 6 |
| 180 | 22 | 181 | 6 |
| 181 | 8 | 181 | 8 |
| 199 | 11 | 200 | 4 |
| 205 | 17 | 205 | 18 |
| 205 | 20 | 205 | 23 |
| 206 | 23 | 207 | 15 |
| 208 | 16 | 208 | 21 |
| 214 | 24 | 215 | 2 |
| 215 | 4 | 215 | 9 |
| 215 | 11 | 215 | 11 |
| 216 | 18 | 216 | 23 |
| 218 | 9 | 218 | 15 |
| 218 | 21 | 219 | 1 |
| 221 | 8 | 221 | 13 |
| 223 | 14 | 223 | 17 |
| 224 | 21 | 225 | 9 |
| 225 | 14 | 225 | 14 |
| 231 | 5 | 231 | 7 |
| 231 | 10 | 231 | 15 |
| 232 | 8 | 232 | 15 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 236 | 7 | 236 | 14 |
| 237 | 21 | 237 | 23 |
| 241 | 4 | 241 | 6 |
| 241 | 12 | 241 | 12 |
| 242 | 6 | 242 | 8 |
| 242 | 12 | 242 | 20 |
| 242 | 23 | 242 | 23 |
| 244 | 6 | 244 | 17 |
| 247 | 18 | 248 | 7 |
| 248 | 9 | 249 | 2 |
| 249 | 4 | 249 | 4 |
| 269 | 14 | 270 | 8 |
| 272 | 15 | 272 | 22 |
| 273 | 3 | 273 | 6 |
| 273 | 10 | 273 | 10 |

**TransUnion LLC, Kelly Roth 30(b)(6) Dated July 22, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 6 | 5 | 6 | 19 |
| 7 | 8 | 7 | 12 |
| 12 | 15 | 14 | 17 |
| 15 | 9 | 16 | 9 |
| 19 | 11 | 19 | 16 |
| 22 | 22 | 23 | 1 |
| 25 | 10 | 25 | 13 |
| 25 | 23 | 26 | 8 |
| 28 | 16 | 29 | 16 |
| 64 | 16 | 65 | 1 |
| 65 | 11 | 65 | 13 |
| 65 | 18 | 65 | 21 |
| 67 | 7 | 67 | 23 |
| 68 | 17 | 69 | 4 |
| 71 | 13 | 71 | 22 |

**TransUnion LLC, Jeffrey Hellinga 30(b)(6) Dated May 5, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 5 | 8 | 5 | 9 |
| 5 | 12 | 6 | 8 |
| 8 | 7 | 9 | 9 |
| 24 | 6 | 25 | 6 |
| 49 | 9 | 50 | 16 |
| 76 | 22 | 77 | 1 |
| 77 | 4 | 77 | 18 |
| 77 | 21 | 78 | 19 |
| 88 | 3 | 88 | 6 |
| 90 | 16 | 90 | 24 |
| 94 | 22 | 95 | 3 |
| 95 | 8 | 95 | 12 |
| 112 | 8 | 114 | 2 |
| 114 | 5 | 114 | 15 |
| 116 | 16 | 117 | 4 |
| 120 | 23 | 121 | 14 |
| 154 | 11 | 154 | 21 |
| 157 | 2 | 157 | 18 |

**TransUnion LLC, Jeffrey Hellinga 30(b)(6) Dated May 6, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 274 | 21 | 275 | 10 |
| 275 | 14 | 275 | 16 |
| 281 | 5 | 281 | 12 |
| 285 | 22 | 286 | 21 |
| 287 | 6 | 287 | 10 |
| 288 | 4 | 288 | 8 |
| 288 | 11 | 288 | 13 |

**TransUnion LLC, John Danaher 30(b)(6) Dated July 21, 2008**

| From | To | From | To |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |

| *From* | *To* | *From* | *To* |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 5 | 12 | 5 | 20 |
| 6 | 3 | 8 | 9 |
| 8 | 14 | 8 | 24 |
| 9 | 13 | 9 | 16 |
| 17 | 18 | 17 | 22 |
| 26 | 12 | 26 | 14 |
| 26 | 19 | 26 | 21 |
| 26 | 24 | 27 | 1 |
| 37 | 13 | 38 | 4 |
| 38 | 7 | 38 | 10 |
| 40 | 19 | 40 | 23 |
| 41 | 1 | 41 | 1 |
| 46 | 23 | 47 | 8 |
| 48 | 4 | 49 | 5 |
| 51 | 15 | 52 | 2 |
| 52 | 10 | 52 | 13 |
| 62 | 4 | 62 | 7 |
| 62 | 23 | 64 | 5 |
| 64 | 12 | 64 | 23 |
| 66 | 21 | 67 | 6 |
| 67 | 17 | 68 | 22 |
| 68 | 25 | 69 | 11 |
| 70 | 2 | 70 | 13 |
| 70 | 16 | 70 | 25 |
| 76 | 5 | 76 | 14 |
| 77 | 8 | 77 | 21 |
| 79 | 11 | 79 | 14 |
| 80 | 20 | 81 | 7 |
| 81 | 13 | 81 | 15 |
| 82 | 9 | 82 | 13 |
| 82 | 21 | 83 | 8 |
| 84 | 15 | 85 | 4 |
| 85 | 10 | 86 | 5 |
| 86 | 9 | 86 | 18 |
| 89 | 24 | 90 | 7 |
| 91 | 15 | 92 | 12 |
| 96 | 10 | 96 | 14 |
| 96 | 17 | 97 | 2 |
| 99 | 2 | 99 | 14 |
| 100 | 4 | 100 | 20 |
| 102 | 19 | 102 | 23 |
| 103 | 8 | 103 | 12 |

| *From* Beginning Page | *To* Line | *From* Ending Page | *To* Line |
|---|---|---|---|
| 108 | 20 | 109 | 16 |
| 109 | 20 | 109 | 25 |
| 110 | 4 | 110 | 13 |
| 115 | 1 | 115 | 8 |
| 115 | 24 | 116 | 15 |
| 120 | 9 | 121 | 15 |
| 121 | 18 | 121 | 25 |
| 122 | 5 | 122 | 25 |
| 124 | 12 | 124 | 13 |
| 124 | 16 | 126 | 4 |
| 126 | 20 | 127 | 16 |
| 128 | 5 | 130 | 1 |
| 130 | 5 | 130 | 20 |
| 131 | 14 | 132 | 2 |
| 134 | 21 | 137 | 11 |
| 139 | 6 | 139 | 8 |
| 139 | 11 | 139 | 19 |
| 139 | 23 | 139 | 25 |
| 141 | 21 | 142 | 1 |
| 142 | 4 | 142 | 11 |
| 142 | 23 | 143 | 1 |
| 143 | 4 | 143 | 4 |
| 143 | 22 | 143 | 24 |
| 144 | 2 | 144 | 24 |
| 145 | 2 | 145 | 5 |
| 145 | 15 | 145 | 20 |
| 145 | 22 | 145 | 24 |
| 146 | 24 | 147 | 5 |
| 147 | 9 | 147 | 23 |
| 148 | 25 | 149 | 15 |
| 149 | 23 | 150 | 6 |
| 150 | 15 | 150 | 22 |
| 151 | 23 | 153 | 3 |
| 153 | 6 | 153 | 11 |
| 153 | 14 | 153 | 19 |
| 153 | 22 | 154 | 8 |
| 159 | 8 | 159 | 23 |
| 162 | 4 | 162 | 24 |
| 163 | 6 | 163 | 18 |
| 164 | 11 | 165 | 4 |
| 165 | 7 | 165 | 23 |
| 166 | 1 | 167 | 4 |

| *From* Beginning Page | *To* Line | *From* Ending Page | *To* Line |
|---|---|---|---|
| 170 | 4 | 171 | 4 |
| 171 | 6 | 171 | 6 |
| 171 | 21 | 172 | 5 |
| 172 | 8 | 172 | 20 |
| 173 | 2 | 173 | 4 |
| 173 | 11 | 173 | 18 |
| 173 | 24 | 175 | 12 |
| 177 | 24 | 178 | 15 |
| 178 | 20 | 178 | 22 |
| 179 | 12 | 179 | 21 |
| 181 | 13 | 183 | 9 |
| 183 | 16 | 184 | 6 |
| 184 | 11 | 184 | 25 |
| 185 | 17 | 185 | 19 |
| 186 | 6 | 186 | 11 |
| 186 | 14 | 186 | 17 |
| 191 | 20 | 192 | 5 |
| 193 | 3 | 193 | 10 |
| 225 | 7 | 225 | 15 |
| 225 | 18 | 225 | 18 |
| 227 | 23 | 228 | 8 |
| 229 | 18 | 229 | 19 |
| 234 | 23 | 235 | 17 |
| 236 | 7 | 236 | 10 |
| 237 | 6 | 237 | 17 |
| 237 | 22 | 238 | 10 |
| 238 | 13 | 238 | 17 |
| 240 | 2 | 240 | 13 |
| 242 | 14 | 244 | 1 |
| 244 | 12 | 244 | 18 |
| 248 | 13 | 249 | 4 |
| 249 | 13 | 249 | 22 |
| 251 | 2 | 251 | 7 |
| 251 | 22 | 251 | 24 |
| 252 | 2 | 252 | 17 |
| 257 | 1 | 257 | 6 |
| 258 | 6 | 258 | 6 |
| 259 | 8 | 260 | 17 |
| 261 | 15 | 261 | 18 |
| 261 | 20 | 261 | 20 |
| 274 | 17 | 274 | 20 |
| 274 | 22 | 275 | 9 |

| From | To | From | To |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 275 | 20 | 275 | 24 |
| 276 | 1 | 276 | 5 |
| 276 | 8 | 276 | 15 |
| 276 | 18 | 276 | 18 |
| 279 | 1 | 279 | 11 |
| 279 | 14 | 279 | 22 |
| 279 | 24 | 279 | 24 |
| 280 | 2 | 280 | 5 |
| 280 | 25 | 281 | 22 |
| 281 | 25 | 282 | 1 |
| 282 | 3 | 282 | 3 |
| 282 | 14 | 282 | 17 |
| 290 | 3 | 290 | 6 |
| 290 | 9 | 290 | 16 |
| 290 | 20 | 290 | 20 |

**Experian Information Solutions, Inc., Stanley Oliai 30(b)(6) Dated April 24, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 6 | 21 | 7 | 2 |
| 7 | 6 | 7 | 12 |
| 8 | 9 | 8 | 16 |
| 8 | 19 | 8 | 22 |
| 8 | 24 | 8 | 25 |
| 10 | 12 | 10 | 15 |
| 10 | 23 | 11 | 16 |
| 11 | 18 | 11 | 23 |
| 14 | 15 | 15 | 4 |
| 152 | 16 | 152 | 21 |
| 153 | 14 | 153 | 15 |
| 155 | 8 | 155 | 25 |
| 156 | 17 | 157 | 7 |
| 157 | 10 | 157 | 11 |
| 159 | 11 | 157 | 18 |
| 159 | 23 | 160 | 4 |
| 160 | 6 | 160 | 12 |
| 160 | 14 | 160 | 23 |
| 161 | 10 | 161 | 18 |
| 161 | 20 | 161 | 21 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 162 | 19 | 163 | 10 |
| 163 | 13 | 163 | 17 |
| 163 | 21 | 163 | 22 |
| 164 | 10 | 164 | 18 |
| 164 | 25 | 165 | 11 |
| 165 | 15 | 165 | 24 |
| 166 | 12 | 166 | 22 |
| 181 | 7 | 181 | 11 |
| 182 | 12 | 182 | 17 |
| 189 | 2 | 189 | 12 |
| 231 | 20 | 231 | 22 |
| 231 | 24 | 232 | 18 |
| 233 | 6 | 233 | 13 |
| 233 | 15 | 233 | 15 |
| 234 | 2 | 234 | 4 |
| 234 | 9 | 234 | 16 |
| 234 | 19 | 234 | 21 |
| 234 | 23 | 235 | 9 |

**Experian Information Solutions, Inc., Stanley Oliai, 30(b)(6) Dated July 16, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 577 | 10 | 577 | 11 |
| 577 | 14 | 577 | 19 |
| 579 | 22 | 580 | 3 |
| 580 | 7 | 580 | 13 |
| 580 | 18 | 580 | 25 |
| 581 | 6 | 581 | 17 |
| 582 | 8 | 582 | 15 |
| 583 | 2 | 583 | 7 |
| 586 | 13 | 586 | 19 |
| 587 | 8 | 587 | 9 |
| 587 | 12 | 587 | 15 |
| 587 | 17 | 587 | 22 |
| 588 | 6 | 588 | 12 |
| 588 | 15 | 588 | 24 |
| 589 | 3 | 589 | 7 |
| 589 | 11 | 589 | 11 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 593 | 18 | 593 | 23 |
| 594 | 4 | 594 | 25 |
| 596 | 6 | 596 | 7 |
| 596 | 10 | 596 | 17 |
| 596 | 20 | 597 | 6 |
| 597 | 9 | 598 | 6 |
| 598 | 12 | 598 | 17 |
| 598 | 21 | 598 | 25 |
| 604 | 19 | 604 | 23 |
| 605 | 2 | 605 | 11 |
| 609 | 9 | 610 | 2 |
| 610 | 6 | 610 | 9 |
| 610 | 12 | 610 | 16 |
| 610 | 19 | 610 | 24 |
| 611 | 2 | 611 | 5 |
| 611 | 9 | 611 | 18 |
| 612 | 22 | 613 | 4 |
| 619 | 9 | 620 | 17 |
| 620 | 20 | 621 | 6 |
| 622 | 5 | 622 | 20 |
| 623 | 6 | 623 | 11 |
| 623 | 15 | 623 | 24 |
| 624 | 3 | 624 | 10 |
| 624 | 16 | 624 | 18 |
| 626 | 11 | 627 | 6 |
| 632 | 23 | 633 | 6 |
| 633 | 14 | 633 | 22 |
| 637 | 5 | 637 | 11 |
| 638 | 2 | 638 | 6 |
| 638 | 22 | 638 | 25 |
| 639 | 4 | 639 | 10 |
| 639 | 12 | 639 | 13 |
| 641 | 15 | 641 | 21 |
| 641 | 23 | 641 | 23 |
| 645 | 10 | 645 | 13 |
| 645 | 16 | 646 | 3 |
| 647 | 6 | 647 | 11 |
| 647 | 13 | 647 | 18 |
| 647 | 21 | 648 | 11 |
| 648 | 14 | 648 | 19 |
| 648 | 23 | 649 | 3 |
| 649 | 8 | 649 | 14 |

| From | | To | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 649 | 17 | 649 | 23 |
| 650 | 5 | 650 | 8 |
| 650 | 18 | 651 | 3 |
| 651 | 6 | 651 | 14 |
| 651 | 20 | 652 | 7 |
| 652 | 11 | 652 | 14 |
| 652 | 21 | 652 | 23 |
| 653 | 15 | 653 | 19 |
| 653 | 21 | 654 | 2 |
| 654 | 5 | 654 | 5 |
| 654 | 7 | 654 | 10 |
| 654 | 13 | 655 | 14 |
| 655 | 21 | 655 | 25 |
| 656 | 3 | 656 | 13 |
| 656 | 24 | 657 | 3 |
| 657 | 6 | 657 | 13 |
| 657 | 16 | 657 | 16 |
| 659 | 3 | 659 | 8 |
| 660 | 24 | 661 | 4 |
| 661 | 13 | 661 | 19 |
| 661 | 24 | 662 | 3 |
| 662 | 12 | 662 | 16 |
| 662 | 19 | 662 | 19 |
| 663 | 3 | 663 | 5 |
| 663 | 10 | 663 | 19 |
| 663 | 23 | 663 | 25 |
| 664 | 3 | 664 | 7 |
| 664 | 10 | 664 | 10 |
| 664 | 12 | 664 | 16 |
| 664 | 20 | 665 | 3 |
| 665 | 14 | 666 | 18 |
| 667 | 4 | 667 | 10 |
| 667 | 13 | 667 | 20 |
| 667 | 23 | 668 | 8 |
| 668 | 11 | 668 | 14 |
| 668 | 23 | 669 | 5 |
| 669 | 9 | 669 | 15 |
| 670 | 23 | 670 | 25 |
| 672 | 8 | 672 | 9 |
| 672 | 12 | 672 | 16 |
| 672 | 18 | 672 | 20 |
| 672 | 25 | 673 | 8 |

| From | | To | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 673 | 11 | 673 | 13 |
| 673 | 15 | 673 | 23 |
| 674 | 7 | 674 | 11 |
| 674 | 14 | 674 | 16 |
| 674 | 19 | 674 | 25 |
| 675 | 24 | 675 | 25 |
| 676 | 5 | 676 | 21 |
| 677 | 13 | 677 | 25 |
| 678 | 12 | 678 | 21 |
| 678 | 24 | 679 | 21 |
| 679 | 25 | 680 | 22 |
| 680 | 25 | 681 | 2 |
| 681 | 21 | 682 | 16 |
| 682 | 20 | 682 | 21 |
| 682 | 24 | 683 | 5 |
| 683 | 8 | 683 | 13 |
| 683 | 16 | 683 | 16 |
| 683 | 19 | 683 | 22 |
| 684 | 3 | 684 | 4 |
| 685 | 6 | 685 | 16 |
| 686 | 4 | 686 | 6 |
| 686 | 10 | 686 | 25 |
| 687 | 4 | 687 | 6 |
| 690 | 15 | 690 | 18 |
| 690 | 20 | 690 | 20 |
| 690 | 23 | 691 | 23 |
| 692 | 2 | 693 | 3 |
| 693 | 17 | 693 | 22 |
| 694 | 7 | 694 | 8 |
| 694 | 11 | 696 | 3 |
| 696 | 6 | 696 | 7 |
| 697 | 4 | 697 | 16 |
| 697 | 18 | 699 | 11 |
| 699 | 16 | 699 | 17 |
| 704 | 5 | 704 | 6 |
| 704 | 13 | 704 | 15 |
| 704 | 19 | 705 | 4 |
| 705 | 7 | 705 | 9 |
| 705 | 12 | 705 | 18 |
| 706 | 23 | 707 | 3 |
| 707 | 6 | 707 | 10 |
| 708 | 6 | 708 | 12 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 708 | 18 | 709 | 12 |
| 881 | 20 | 881 | 24 |
| 882 | 3 | 882 | 14 |
| 882 | 22 | 882 | 24 |
| 883 | 4 | 883 | 4 |
| 883 | 16 | 883 | 21 |
| 883 | 24 | 884 | 4 |

**Experian Information Solutions, Inc., Kerry Williams Dated June 30, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 7 | 18 | 7 | 22 |
| 8 | 19 | 9 | 8 |
| 9 | 13 | 9 | 18 |
| 10 | 11 | 10 | 20 |
| 10 | 24 | 10 | 25 |
| 11 | 2 | 11 | 3 |
| 11 | 18 | 11 | 20 |
| 11 | 22 | 12 | 8 |
| 13 | 20 | 14 | 1 |
| 14 | 7 | 14 | 10 |
| 14 | 13 | 15 | 9 |
| 23 | 22 | 24 | 1 |
| 24 | 3 | 24 | 14 |
| 212 | 2 | 212 | 5 |
| 212 | 7 | 212 | 9 |
| 217 | 19 | 218 | 2 |
| 218 | 4 | 218 | 8 |
| 218 | 15 | 219 | 4 |
| 219 | 7 | 219 | 14 |
| 219 | 19 | 220 | 5 |
| 220 | 20 | 220 | 21 |
| 220 | 25 | 221 | 11 |
| 221 | 18 | 221 | 23 |
| 223 | 22 | 224 | 6 |
| 242 | 21 | 243 | 9 |
| 243 | 12 | 243 | 16 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 244 | 13 | 245 | 1 |
| 245 | 6 | 245 | 9 |
| 245 | 11 | 245 | 22 |
| 246 | 2 | 246 | 4 |
| 246 | 6 | 246 | 11 |
| 246 | 19 | 246 | 20 |

**Experian Information Solutions, Inc., Charles J. Robida Dated May 13, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 8 | 19 | 9 | 11 |
| 9 | 15 | 9 | 20 |
| 14 | 20 | 14 | 22 |
| 16 | 5 | 16 | 9 |
| 16 | 12 | 16 | 14 |
| 17 | 14 | 17 | 18 |
| 18 | 9 | 18 | 12 |
| 183 | 21 | 183 | 23 |
| 184 | 1 | 184 | 2 |
| 184 | 8 | 184 | 19 |
| 184 | 23 | 185 | 5 |
| 185 | 10 | 185 | 11 |
| 328 | 24 | 329 | 1 |
| 329 | 6 | 330 | 8 |

**Experian Information Solutions, Inc., Matt Schwab Dated June 26, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 8 | 13 | 8 | 17 |
| 8 | 20 | 8 | 21 |
| 9 | 15 | 9 | 23 |
| 15 | 1 | 15 | 15 |
| 15 | 25 | 16 | 13 |
| 27 | 22 | 28 | 2 |
| 30 | 13 | 30 | 19 |

| From | | To | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 31 | 10 | 31 | 16 |
| 31 | 24 | 32 | 8 |
| 106 | 16 | 107 | 25 |
| 108 | 3 | 108 | 9 |
| 108 | 11 | 109 | 6 |
| 109 | 8 | 110 | 17 |
| 111 | 1 | 111 | 6 |
| 111 | 16 | 112 | 4 |
| 112 | 8 | 112 | 20 |
| 113 | 8 | 113 | 13 |
| 129 | 3 | 129 | 6 |
| 129 | 10 | 129 | 12 |
| 129 | 14 | 130 | 5 |
| 130 | 15 | 130 | 22 |
| 132 | 12 | 132 | 14 |
| 132 | 19 | 132 | 22 |
| 144 | 25 | 145 | 4 |
| 145 | 11 starting with "Looking" | 145 | 19 |
| 151 | 2 | 151 | 25 |
| 152 | 2 | 152 | 4 |
| 157 | 6 | 157 | 10 |
| 157 | 18 | 157 | 21 |
| 167 | 5 | 167 | 10 |
| 167 | 13 | 167 | 18 |
| 167 | 21 | 168 | 1 |
| 168 | 5 | 168 | 7 |
| 259 | 24 | 260 | 3 |
| 260 | 14 | 260 | 23 |

**Experian Information Solutions, Inc., Daniel Hartwig 30(b)(6) Dated July 8, 2008**

| From | | To | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 5 | 22 | 6 | 2 |
| 6 | 24 | 7 | 3 |
| 9 | 13 | 9 | 14 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 9 | 21 | 9 | 24 |
| 14 | 5 | 14 | 7 |
| 14 | 14 | 14 | 15 |
| 46 | 9 | 46 | 13 |
| 46 | 21 | 47 | 4 |
| 47 | 17 | 47 | 19 |
| 47 | 21 | 47 | 22 |
| 48 | 18 | 49 | 17 |
| 49 | 19 | 49 | 24 |
| 50 | 3 | 50 | 23 |
| 50 | 25 | 51 | 3 |
| 51 | 8 | 51 | 14 |
| 54 | 24 | 55 | 21 |
| 56 | 4 | 56 | 8 |
| 56 | 12 | 57 | 9 |
| 58 | 10 | 59 | 18 |
| 59 | 21 | 60 | 3 |
| 123 | 19 | 124 | 11 |
| 124 | 20 | 124 | 24 |
| 125 | 3 | 125 | 12 |
| 125 | 14 | 125 | 25 |
| 126 | 5 | 126 | 23 |
| 145 | 16 | 145 | 25 |
| 146 | 20 | 147 | 2 |

**Experian, David Williams 30(b)(6) Dated July 10, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 5 | 22 | 6 | 15 |
| 9 | 13 | 9 | 22 |
| 9 | 24 | 10 | 2 |
| 10 | 4 | 10 | 8 |
| 10 | 10 | 10 | 10 |
| 10 | 12 | 10 | 12 |
| 10 | 15 | 10 | 21 |
| 11 | 3 | 11 | 13 |
| 11 | 16 | 11 | 18 |
| 12 | 3 | 12 | 8 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 12 | 10 | 13 | 4 |
| 13 | 20 | 13 | 22 |
| 40 | 20 | 41 | 3 |
| 41 | 13 | 41 | 16 |
| 59 | 8 | 59 | 10 |
| 59 | 12 | 59 | 19 |
| 62 | 21 | 64 | 8 |
| 64 | 20 | 65 | 3 |
| 65 | 13 | 65 | 19 |
| 65 | 22 | 67 | 13 |
| 67 | 18 | 68 | 10 |
| 103 | 7 | 103 | 10 |
| 104 | 7, beginning with "—tell me" | 104 | 8 |
| 104 | 10 | 104 | 12 |
| 104 | 16 | 104 | 20 |
| 108 | 22 | 109 | 11 |
| 111 | 19 | 111 | 20 |
| 113 | 11 | 113 | 24 |
| 115 | 16 | 115 | 20 |
| 117 | 10 | 117 | 11 |
| 117 | 15 | 118 | 12 |
| 118 | 17 | 118 | 24 |
| 120 | 12 | 120 | 25 |
| 121 | 4 | 121 | 18 |
| 121 | 24 | 122 | 3 |
| 122 | 11 | 122 | 16 |
| 122 | 25 | 124 | 3 |
| 124 | 6 | 124 | 9 |
| 125 | 12 | 126 | 5 |
| 126 | 10 | 126 | 22 |
| 141 | 14 | 142 | 9 |
| 142 | 11 | 142 | 17 |
| 142 | 19 | 142 | 24 |
| 143 | 19 | 143 | 22 |
| 143 | 24 | 143 | 24 |
| 155 | 8 | 155 | 16 |
| 155 | 18 | 156 | 2 |
| 156 | 9 | 156 | 16 |
| 158 | 4 | 158 | 6 |
| 158 | 8 | 158 | 18 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 158 | 21 | 159 | 14 |
| 159 | 17 | 159 | 22 |
| 159 | 24 | 160 | 8 |
| 160 | 11 | 160 | 13 |
| 160 | 15 | 160 | 18 |
| 160 | 20 | 160 | 23 |
| 161 | 2 | 161 | 19 |
| 161 | 21 | 161 | 22 |
| 174 | 19 | 175 | 19 |
| 188 | 12 | 188 | 25 |
| 189 | 8 | 189 | 10 |
| 189 | 12 | 190 | 14 |
| 190 | 17 | 190 | 19 |
| 190 | 22 | 191 | 2 |
| 191 | 5 | 191 | 10 |
| 191 | 13 | 191 | 16 |
| 191 | 19 | 191 | 19 |
| 192 | 4 | 192 | 12 |
| 192 | 15 | 193 | 9 |
| 193 | 12 | 193 | 14 |
| 193 | 24 | 194 | 10 |
| 204 | 7 | 205 | 15 |
| 205 | 17 | 205 | 19 |
| 205 | 21 | 206 | 8 |
| 206 | 10 | 207 | 4 |
| 207 | 6 | 207 | 13 |
| 208 | 18 | 209 | 24 |
| 210 | 2 | 210 | 2 |
| 210 | 22 | 211 | 9 |
| 217 | 10 | 218 | 3 |
| 219 | 24 | 220 | 24 |
| 221 | 22 | 224 | 10 |
| 225 | 3 | 225 | 11 |
| 226 | 4 | 229 | 8 |
| 229 | 13 | 229 | 25 |
| 230 | 5 | 230 | 7 |
| 230 | 9 | 230 | 13 |
| 230 | 17 | 230 | 23 |
| 231 | 4 | 231 | 16 |
| 231 | 18 | 231 | 18 |
| 231 | 25 | 232 | 6 |
| 232 | 10 | 232 | 19 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 232 | 25 | 233 | 6 |
| 233 | 8 | 234 | 8 |
| 234 | 11 | 234 | 13 |
| 234 | 15 | 234 | 20 |
| 234 | 23 | 234 | 24 |
| 235 | 2 | 235 | 7 |
| 235 | 20 | 236 | 14 |
| 236 | 17 | 237 | 10 |
| 237 | 14 | 237 | 18 |
| 242 | 10 | 242 | 11 |
| 243 | 7 | 243 | 23 |
| 244 | 22 | 245 | 2 |
| 245 | 19 | 246 | 6 |
| 263 | 8 | 263 | 21 |
| 264 | 7 | 265 | 3 |
| 266 | 19 | 267 | 7 |
| 267 | 14 | 267 | 19 |
| 272 | 19 | 272 | 25 |
| 273 | 7 | 273 | 16 |
| 275 | 11 | 275 | 16 |
| 276 | 10 | 277 | 2 |
| 277 | 20 | 278 | 12 |
| 278 | 14 | 279 | 9 |
| 279 | 13 | 279 | 14 |
| 279 | 24 | 280 | 3 |
| 280 | 7 | 280 | 16 |
| 280 | 19 | 281 | 12 |
| 281 | 15 | 281 | 22 |
| 281 | 24 | 282 | 3 |
| 290 | 8 | 293 | 13 |
| 297 | 3 | 297 | 4 |
| 297 | 7 | 297 | 8 |
| 297 | 23 | 298 | 2 |
| 298 | 12 | 298 | 22 |
| 299 | 16 | 299 | 22 |
| 299 | 25 | 300 | 10 |
| 300 | 13 | 300 | 18 |
| 300 | 20 | 301 | 6 |
| 305 | 5 | 306 | 3 |
| 306 | 18 | 307 | 19 |
| 307 | 22 | 307 | 25 |
| 312 | 18 | 313 | 4 |

| From | | To | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 313 | 11 | 313 | 21 |
| 314 | 7 | 314 | 12 |
| 314 | 15 | 315 | 5 |
| 315 | 7 | 315 | 16 |
| 315 | 18 | 315 | 20 |
| 318 | 6, beginning with "let's see" | 318 | 11 |
| 318 | 22 | 319 | 5 |
| 319 | 7, beginning with "— can" | 319 | 10 |
| 319 | 14 | 320 | 15 |
| 320 | 17 | 321 | 22 |
| 322 | 25 | 323 | 4 |
| 323 | 7 | 323 | 7 |
| 323 | 10 | 323 | 18 |
| 323 | 20 | 323 | 20 |
| 323 | 23 | 324 | 6 |
| 324 | 9 | 325 | 2 |
| 325 | 23 | 326 | 2 |
| 326 | 4 | 326 | 5 |
| 334 | 11 | 335 | 4 |
| 335 | 6 | 335 | 8 |
| 347 | 4 | 347 | 12 |
| 347 | 15 | 347 | 16 |
| 348 | 4 | 348 | 6 |
| 348 | 9 | 348 | 9 |
| 348 | 17 | 349 | 6 |
| 349 | 18 | 350 | 6 |
| 350 | 12 | 350 | 13 |
| 350 | 16 | 351 | 14 |
| 351 | 17 | 351 | 19 |
| 351 | 21 | 351 | 21 |
| 351 | 24 | 352 | 2 |
| 352 | 7 | 352 | 13 |
| 352 | 15 | 52 | 15 |
| 353 | 6 | 353 | 9 |
| 353 | 11 | 353 | 22 |
| 354 | 9 | 354 | 17 |
| 356 | 17 | 356 | 22 |
| 357 | 22 | 357 | 23 |

| From | | To | |
|------|------|------|------|
| Beginning Page | Line | Ending Page | Line |
| 357 | 25 | 358 | 12 |
| 358 | 14 | 358 | 15 |
| 369 | 10 | 369 | 20 |
| 369 | 23 | 369 | 24 |
| 370 | 3 | 370 | 3 |
| 370 | 24 | 371 | 3 |
| 371 | 6 | 371 | 6 |
| 398 | 2, beginning with "You've" | 398 | 11 |
| 399 | 3 | 399 | 16 |
| 399 | 19 | 400 | 24 |
| 401 | 4 | 401 | 12 |
| 401 | 16 | 401 | 19 |
| 402 | 23 | 403 | 2 |
| 403 | 10 | 403 | 11 |
| 403 | 14 | 403 | 20 |
| 403 | 23 | 404 | 10 |
| 404 | 13 | 404 | 23 |
| 405 | 3 | 405 | 8 |
| 406 | 19 | 406 | 22 |
| 406 | 25 | 407 | 4 |
| 407 | 5, beginning with "Would" | 407 | 8 |
| 407 | 12 | 407 | 17 |
| 407 | 20 | 407 | 22 |
| 409 | 25 | 410 | 3 |
| 410 | 6 | 410 | 6 |
| 413 | 2 | 413 | 5 |
| 413 | 8 | 413 | 8 |
| 416 | 3 | 416 | 9 |
| 416 | 12 | 417 | 4 |
| 417 | 7 | 417 | 13 |
| 417 | 15, beginning with "let's" | 418 | 10 |
| 418 | 13 | 419 | 23 |
| 419 | 25 | 420 | 9 |
| 422 | 18 | 423 | 10 |
| 423 | 13 | 424 | 6 |
| 424 | 9 | 424 | 13 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 424 | 16 | 424 | 16 |
| 425 | 5 | 425 | 9 |
| 425 | 22 | 425 | 24 |
| 426 | 3 | 426 | 4 |
| 426 | 7 | 426 | 13 |
| 426 | 16 | 427 | 10 |
| 427 | 12 | 427 | 13 |
| 429 | 12 | 429 | 18 |
| 430 | 16 | 431 | 19 |
| 431 | 22 | 432 | 4 |
| 432 | 6 | 432 | 15 |
| 432 | 18 | 432 | 23 |
| 433 | 3 | 433 | 11 |
| 433 | 16 | 433 | 23 |
| 433 | 25 | 434 | 3 |
| 436 | 8 | 436 | 17 |
| 436 | 20 | 437 | 3 |
| 437 | 6 | 437 | 13 |
| 437 | 16 | 437 | 25 |
| 438 | 4 | 438 | 10 |
| 438 | 12 | 438 | 20 |
| 438 | 23 | 439 | 11 |
| 439 | 14 | 440 | 7 |
| 440 | 10 | 440 | 17 |
| 440 | 20 | 441 | 13 |
| 441 | 16 | 441 | 23 |
| 442 | 3 | 442 | 9 |
| 442 | 12 | 442 | 13 |

**Experian, David Williams 30(b)(6) Volume II Dated July 31, 2008**

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 457 | 18 | 458 | 21 |
| 459 | 5 | 459 | 6 |
| 459 | 8 | 459 | 10 |
| 465 | 20, beginning with "How" | 466 | 17 |

| From | | To | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 467 | 2, beginning with "—let's" | 469 | 3 |
| 469 | 6 | 469 | 22 |
| 472 | 20, beginning with "You said" | 473 | 2 |
| 475 | 18 | 475 | 22 |
| 475 | 24 | 476 | 17 |
| 477 | 14 | 477 | 15 |
| 477 | 18 | 477 | 19 |
| 479 | 25, beginning with "Mr. Williams" | 480 | 3 |
| 480 | 7 | 480 | 9 |
| 480 | 15 | 480 | 22 |
| 480 | 25 | 481 | 13 |
| 481 | 15 | 481 | 17 |
| 481 | 20 | 482 | 16 |
| 486 | 14 | 487 | 10 |
| 487 | 21 | 488 | 24 |
| 492 | 6 | 492 | 7 |
| 492 | 15 | 494 | 23 |
| 503 | 8 | 503 | 9, ending with "460" |
| 503 | 11, beginning with "Up" | 503 | 24 |
| 504 | 2 | 504 | 13 |
| 504 | 17 | 505 | 6 |
| 505 | 10 | 505 | 23 |
| 513 | 7 | 513 | 21 |
| 529 | 18, beginning with "Mr. Williams" | 530 | 11 |
| 530 | 14, beginning with "Ms. Ellington" | 531 | 12 |

| From | | To | |
|---|---|---|---|
| Beginning Page | Line | Ending Page | Line |
| 531 | 14 | 531 | 16 |
| 531 | 19 | 531 | 25 |
| 532 | 4 | 532 | 5 |
| 532 | 7 | 532 | 13 |
| 532 | 15 | 532 | 21 |
| 532 | 24 | 533 | 9 |
| 533 | 12 | 533 | 20 |
| 533 | 23 | 534 | 2 |
| 534 | 5 | 534 | 9 |
| 534 | 12 | 534 | 12 |
| 624 | 11 | 626 | 15 |
| 626 | 18 | 626 | 21 |
| 627 | 7 | 627 | 14 |
| 657 | 16 | 658 | 8 |
| 658 | 11 | 658 | 11 |

DATED:  September 21, 2009

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

**By:** /s Michael A. Collyard                .
       Ronald J. Schutz (MN Bar #130849)
       David W. Beehler (MN Bar #190792)
       Randall Tietjen (MN Bar #214474)
       Michael A. Collyard (MN Bar # 302569)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Phone:  612-349-8500
Fax:  612-339-4181

**ATTORNEYS FOR PLAINTIFF**
**FAIR ISAAC CORPORATION and**
**MYFICO CONSUMER SERVICES, INC.**