## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Fair Isaac Corporation; and myFICO<br>Consumer Services, Inc.; | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No:<br>0:06-cv-04112 (ADM/JSM) |
| Experian Information Solutions, Inc.;<br>Trans Union LLC; VantageScore<br>Solutions, LLC; and Does I through X; | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## TRANS UNION LLC'S EXHIBIT LIST

Defendant Trans Union LLC ("Trans Union") hereby serves its exhibit list, which is attached hereto as Appendix A, in the above-captioned proceeding. Trans Union reserves the right to (i) offer any exhibit on Plaintiffs' exhibit list or on any other Defendant's exhibit list and (ii) use any document not on its exhibit list for impeachment or rebuttal purposes. Trans Union further reserves the right to amend or supplement its exhibit list as necessary.

Respectfully submitted this 21st day of September, 2009.

**Bassford Remele**
By:  s/ Chris Morris
Lewis A. Remele, Jr.
Christopher R. Morris
BASSFORD REMELE
33 South Sixth Street, Suite 3800
Minneapolis, MN  55402-3707
(612) 333-3000
(612) 333-8829  Fax

– and –

**Neal, Gerber & Eisenberg LLP**
James K. Gardner
Ralph T. Russell
Dao L. Boyle
Two N. LaSalle St., Suite 2200
Chicago, IL  60602-3801
(312) 269-8000
(312) 578-2803  Fax

*Attorneys for Defendant Trans Union LLC*

**<u>APPENDIX A</u>**

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

FAIR ISAAC CORP., et al.

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.

**EXHIBIT LIST**

Civil No. 06-4112 ADM/JSM

PRESIDING JUDGE    THE HONORABLE ANN D. MONTGOMERY

TRIAL DATE: 10/5/09         COURT REPORTER: **MR. TIM WILLETTE**         COURTROOM DEPUTY:         **MS. GERTIE SIMON**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | BATES BEGIN | BATES END | DESCRIPTION OF EXHIBITS | FAIR ISAAC'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| | TX0001 | | | | FIC0000013 | FIC0000077 | USPTO Documents regarding Registration No. | None |
| | TX0002 | | | | FIC0000168 | FIC0000254 | USPTO Documents regarding Registration No. | None |
| | TX0003 | | | | FIC0000133 | FIC0000167 | USPTO Documents regarding Registration No. | None |
| | TX0004 | | | | FIC0000078 | FIC0000132 | USPTO Documents regarding Registration No. | None |
| | TX0005 | | | | FIC0721174 | FIC0721182 | Fair Isaac Trademarked & Registered | 402, 403, 602 |
| | TX0006 | | | | FIC0982048 | FIC0982048 | E-mail from Christine Peterson to Chiarelli, Dietrichs, Nelson, Panichelli, Quinn, Foster, and others regarding Scoring Product Trademarks and Name Changes | 105, 402, 403 |
| | TX0007 | | | | FIC0982049 | FIC0982068 | Fair Isaac Trademarks | 105, 402, 403, 602 |
| | TX0008 | | | | FIC0652415 | FIC0652416 | Fair, Isaac Trademark Usage Guidelines for myFICO Affiliates/Partners | 105, 402, 403, 602 |
| | TX0009 | | | | FIC0013520 | FIC0013527 | FI summary describing competitive products of Equifax, Experian, and TU | 402, 403, 602 |
| | TX0010 | | | | FIC0009529 | FIC0009546 | Bureau Product Matrix | 402, 403, 602 |
| | TX0011 | | | | FIC0452341 | FIC0452345 | FI's Bureau Product Summary | 402, 403, 602 |
| | TX0012 | | | | FIC0009561 | FIC0009570 | FI Bureau Management-Analysis Report for TU | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| | TX0013 | | | | FIC1005248 | FIC1005249 | Wal Mart document regarding How Credit Works | 402, 403, 602 |
| | TX0014 | | | | FIC0961786 | FIC0961788 | Fair Isaac Product Naming Process | 105, 402, 403 |
| | TX0015 | | | | FIC1063171 | FIC1063223 | The Fair Isaac Almanac | None |
| | TX0016 | | | | FIC0837951 | FIC0837962 | Draft myFICO Marketing Plan | 105, 402, 403 |
| | TX0017 | | | | FIC0309581 | FIC0309604 | Consumer Federation of America/FI Pamphlet re | 402, 403, 602, 802 |
| | TX0018 | | | | FIC0742743 | FIC0742928 | Printout from myFICO Website | 105, 106, 402, 403, 602, 611 |
| | TX0019 | | | | FIC0308862 | FIC0308871 | FI Pamphlet entitled Understanding Your Credit Score | None |
| | TX0020 | | | | FIC0980430 | FIC0980433 | Lexis Nexis Risk View | 402, 403, 602, 802 |
| | TX0021 | | | | FIC0315619 | FIC0315621 | myFICO Sample Report | None |
| | TX0022 | | | | FIC316053 | FIC0316055 | myFICO Sample Report | None |
| | TX0023 | | | | FIC317623 | FIC0317626 | myFICO Sample Report | None |
| | TX0024 | | | | FIC0005014 | FIC0005033 | myFICO pamphlet entitled Understanding Your FICO | None |
| | TX0025 | | | | FIC0290342 | FIC0290389 | myFICO's Understanding Credit & FICO Scores | 402, 403, 602 |
| | TX0026 | | | | FIC0008739 | FIC0008779 | FI's presentation Making the Most of Scoring Tools, Office of Comptroller of the Currency, Dallas, Texas | 105, 402, 403, 602 |
| | TX0027 | | | | FIC0005992 | FIC0006028 | NextGen FICO Risk Score Conversion FAQ | 105, 106, 402, 403 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TX0028 | | | | FIC0317485 | FIC0317488 | Printout from myFICO website | None |
| TX0029 | | | | FIC0317910 | FIC0317915 | myFICO Sample Score | None |
| TX0030 | | | | FIC0309076 | FIC0309079 | FICO Guide Analysis | None |
| TX0031 | | | | FIC0862506 | FIC0862538 | SS+K-Fair Isaac/FICO Brand Relevance Research | 402, 403, 602, 802 |
| TX0032 | | | | FIC0005907 | FIC0005931 | Deutsche Bank's Deciphering FICO, An ABS and MBS Investors' Guide to FICO Scores | 105, 402, 403, 602, 802 |
| TX0033 | | | | FIC1007583 | FIC1007600 | List of Credit Keywords | 105, 402, 403, 602 |
| TX0034 | | | | TU-FI-0006180 | TU-FI-0006210 | Agreement dated July 28, 1989 between Trans Union and Fair, Isaac | 402, 403 |
| TX0035 | | | | TU-FI-0006085 | TU-FI-0006092 | FI/TU Trademark Licensing Agreement | 402, 403, 602 |
| TX0036 | | | | TU-FI-0006114 | TU-FI-0006152 | Agreement, Fair Isaac/Transunion Consumer Solutions Score Explanation Service | 402, 403 |
| TX0037 | | | | TU-FI-1222076 | TU-FI-1222106 | Fair Isaac/Transunion Consumer Solutions Score Explanation Service | 402, 403, 602 |
| TX0038 | | | | FIC0700488 | FIC0700489 | Kramers-Dove  letter to TU (Jason Wright) regarding NextGen Promotional Pricing | 402, 403 |
| TX0039 | | | | FIC1008933 | FIC1008967 | Competitive Analyses: Credit Information Space | 402, 403, 802 |
| TX0040 | | | | FIC0962554 | FIC0962560 | E-mail string among  Jolls, Danaher and others regarding  TrueCredit myFICO Scores on Statements Partnership | 402, 403 |
| TX0041 | | | | FIC0962807 | FIC0962809 | E-mail between Jolls and Danaher regarding Term Sheet for Free Code Idea with Term Sheet for TrueCredit/Fair Isaac (myFICO) Relationship attached | 402, 403 |
| TX0042 | | | | FIC0962895 | FIC0962896 | E-mail string between Jolls and Danaher regarding idea of the day… | 402, 403 |
| TX0043 | | | | FIC0663201 | FIC0663202 | E-mail from Watts to St. John, Totaro, Dillon, Sullivan, Quinn, Foster, KKD, Dietrichs, Richardson, Panichelli, Huynh, Nelson and others regarding TU Searching For People with 850 Scores | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0044 | | | | FIC0962382 | FIC0962383 | E-mail string among Munn, Jolls, St. John, Watts and others regarding TU Searching for People with 850 Scores | 402, 403, 802 (confirm that this is a business record but maintain hearsay) |
| TX0045 | | | | FIC0664999 | FIC0665001 | E-mail string among Watts, St. John, Sullivan, Jolls, Quinn, Grudnowski, Dietrichs, and others regarding Experian's Plus Score, National Score Index | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0046 | | | | FIC0791035 | FIC0791040 | E-mail string among Watts, St. John, Jolls, and others regarding Experian's Plus Score | 402, 403, 602, 611, 802 (confirm that this is a business record but maintain hearsay) |
| TX0047 | | | | FIC0791095 | FIC0791098 | E-mail from Jolls to Watts and others regarding attached articles | 402, 403, 602, 611, 802 (confirm that this is a business record but maintain hearsay) |
| TX0048 | | | | FIC0218102 | FIC0218103 | E-mail string among Jolls, Quinn, Blue Hitt, Watts, Kramers-Dove and Barbari regarding Vantage Communication Plan-First Draft | 402, 403 |
| TX0049 | | | | FIC0962783 | FIC0962790 | E-mail string among  Munn, Jolls, St. John and others regarding e-mail from TrueCredit and TU use of the 300-850 Score Range | 402, 403, 802 (confirm that this is a business record but maintain hearsay) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TX0050 | | | | FIC0647892 | FIC0647893 | E-mail from Watts to St. John, Totaro, Dillon, Sullivan, Quinn, Dietrichs, Panichelli, Huyhn and others regarding WSJ article on Experian consumer study | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0051 | | | | FIC0452596 | FIC0452597 | E-mail string among St. John, Dillon, Kramers-Dove, Watts, Totaro, Quinn and others regarding Newsbreak article | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0052 | | | | FIC0461408 | FIC0461409 | E-mail from Watts to St. John, Totaro, Dillon, Sullivan, Quinn, Foster, Kramers-Dove, Dietrichs, Richardson, Panichelli, Huynh, Nelson and others regarding American Banker article | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0053 | | | | FIC1304771 | FIC1304781 | E-mail from Watts to St. John and others regarding revised Q&A for Cheri's pre-interview prep with attached draft "Fair Isaac Public Relations, Interview with PBS 'Frontline' and *The New York Times*" | 402, 403 |
| TX0054 | | | | FIC1202749 | FIC1202750 | E-mail string among St. John, Dillon, Jolls, Blue Hitt and others regarding Credco | 402, 403 |
| TX0055 | | | | FIC0647779 | FIC0647781 | email from Watts to St. John, Totaro, Dillon, Sullivan, Quinn, Foster, KKD, Dietrichs, Richardson, Panichelli, Huynh, Nelson and others regarding Trans Union goes Public with Perfect 850 Contest | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0056 | | | | FIC1318966 | FIC1318969 | Experian's Scorex Plus | 402, 403, 802 |
| TX0057 | | | | | | Credit & Collections World Web Site article  TrueCredit Launches National Hunt for Perfect [850] Credit Score | 402, 403, 602, 802, 901 |
| TX0058 | | | | FIC0647782 | FIC0647783 | email from Watts to St. John, Totaro, Dillon, Sullivan, Quinn, Foster, KKD, Dietrichs, Richardson, Panichelli, Huynh, Nelson and others re Total Credit Reports announcing it has joined True Credit in search for people with perfect credit score | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0059 | | | | FIC0288385 | FIC0288415 | St. John's "A Written Statement of [FIC] on Consumer Understanding and Awareness of the Credit Granting Process Before the United States Senate Committee on Banking, Housing, and Urban Affairs" | 402, 403, 602 |
| TX0060 | | | | FIC0836223 | FIC0836223 | E-mails from Sullivan to Watts and others regarding Score Protection Idea | 402, 403, 611 |
| TX0061 | | | | FIC1055950 | FIC1055969 | myFICO's Understanding Your FICO Score | None |
| TX0062 | | | | FIC0318195 | FIC0318196 | myFICO website document | None |
| TX0063 | | | | | | fairisaac.com website: Trademark Requirements | 105, 402, 403, 602 |
| TX0064 | | | | | | fairisaac.com website | 105, 402, 403, 602 |
| TX0065 | | | | FIC0489001 | FIC0489005 | E-mail exchange among Foster, KKD, Quinn, Dillon, Rosenberger, Watts and others regarding TU's new score for cable TV industry | 402, 403, 802 (confirm that this is a business record but maintain hearsay) |
| TX0066 | | | | FIC0223338 | FIC0223338 | E-mail from Karen Peiler to Quinn, Foster, Panichelli and others regarding Classic Risk Score Ranges | 402, 403 |
| TX0067 | | | | FIC0013655 | FIC0013656 | E-mail from Karen Peiler to Quinn, Foster, Panichelli and others regarding Score Ranges for USCB Risk Scores | 105, 402, 403, 602 |
| TX0068 | | | | FIC0787622 | FIC0787623 | E-mail exchange among Foster, Watts, Totaro, St. John, Dillon, Jolls and others regarding American Banker | 402, 403, 602, 611, 802 (confirm that this is a business record but maintain hearsay) |
| TX0069 | | | | FIC0960386 | FIC0960387 | E-mail exchange involving Foster, Watts, St. John, Panichelli, Quinn and others regarding Publicizing Range of FICO Scores | 105, 402, 403, 602 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TX0070 | | | | FIC0664809 | FIC0664809 | E-mail from Quinn to Panichelli, Dillon, Nelson, St. John and others regarding FES score range | 105, 402, 403, 602 |
| TX0071 | | | | FIC0720250 | FIC0720251 | E-mail exchange among Jolls, Rosenberger and others regarding VantageScore Ads | 402, 403 |
| TX0072 | | | | FIC0215676 | FIC0215677 | E-mail exchange involving Ken Harney, Watts, Quinn, Jolls and others regarding Ken Harney's interest in interviewing Fair Isaac | 402, 403, 602 |
| TX0073 | | | | FIC0994053 | FIC0994054 | E-mail exchange involving Huynh, Foster, Watts, Quinn, Blue Hitt, and others regarding Updated Vantage Response FAQ | 105, 402, 403 |
| TX0074 | | | | FIC0841151 | FIC0841173 | FICO Score PR Strategy, Discussion Guide | 105, 402, 403, 602 |
| TX0075 | | | | | | TU production disk labeled TU-FI-1242341 | 105, 402, 403, 602 |
| TX0076 | | | | | | Technology Guide to the Scorecard Module | 105, 402, 403, 602 |
| TX0077 | | | | FIC0898838 | FIC0898843 | FI email exchange regarding FI's corporate marketing efforts | 402, 403, 802 (confirm that this is a business record but maintain hearsay) |
| TX0078 | | | | | | SS+K's Settling the Score - An Integrated Marketing | 105, 402, 403 |
| TX0079 | | | | | | Screenshot from http://www.myfico.com/Default.aspx | 106, 402, 403, 602, 611, 703, 802, 901, 902 |
| TX0080 | | | | | | VantageScore Solutions LLC's Petition to Cancel Registration No. 3,083,563; 1/30/09 Decl. of McCurdy, Ex. 18 | 402, 403, 602, 802, 901 |
| TX0081 | | | | FIC0221268 | FIC0221271 | E-mail exchange among Panichelli, Quinn, Blue Hitt, Huynh and others regarding Data Difference Calculation | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0082 | | | | FIC0963107 | FIC0963115 | FI e-mail exchange regarding FICO Score Range Seal | 402, 403, 602 |
| TX0083 | | | | TU-FI-1100838 | | Replacing Neuristics with TransRisk | 402, 403, 602 |
| TX0084 | | | | TU-FI-1169630 | TU-FI-1169631 | TrueLink Credit Scoring Process Overview | 402, 403, 602 |
| TX0085 | | | | TU-FI-1100845 | TU-FI-1100846 | E-mail from Danaher to Wright regarding TransRisk Score Requirements | 105 |
| TX0086 | | | | TU-FI-1204508 | TU-FI-1204509 | TransUnion OmniTel Question Results | 106, 402, 403, 602, 802, 901, 1006 |
| TX0087 | | | | TU-FI-1204510 | TU-FI-1204517 | OmniTel Survey [attached to TU-FI-1204508 listed above] | 106, 402, 403, 602, 802, 901, 1006 |
| TX0088 | | | | FIC0220013 | FIC0220016 | The Basics<br>Beef Up Your credit Score in 5 Steps…<br>Article by Liz Pulliam | 402, 403, 602, 802 |
| TX0089 | | | | FIC0 219729 | FIC0219730 | US senators want credit scores disclosed, explained Reuters article | 402, 403, 602, 802 |
| TX0090 | | | | TU-FI-0424501 | TU-FI-0424569 | Master Methodology Document v.7 | 105, 402, 403, 602, 611 |
| TX0091 | | | | FIC0838860 | FIC0838886 | VantageScore FICO Score Feature Comparison | 402, 403 |
| TX0092 | | | | TU-FI-1128560 | TU-FI-1128561 | E-mail from Danaher to "Jim" regarding Corporate web site | 105, 402, 403 |
| TX0093 | | | | FIC0013655 | FIC00136556 | E-mail from Peiler to Quinn and others regarding Score Ranges for US CB Risk Scores | 105, 402, 403, 602 |
| TX0094 | | | | | | Gained a few over the holidays?<br>TrueCredit commercial advertisement with picture of | None |
| TX0095 | | | | | | TrueCredit commercial advertisement with picture of laptop | 105, 106, 402, 403, 602, 802, 901 |
| TX0096 | | | | | | TrueCredit commercial advertisement with picture of baseball game board | 105, 106, 402, 403, 602, 802, 901 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TX0097 | | | | | Fair Isaac's Answers to Equifax's Interrogatories | 402, 403 |
| TX0098 | | FIC1426067 | FIC1426068 | | Email from Watts to Dellinger and others regarding motge broker confusion over "FICO" | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0099 | | FIC1063300 | FIC1063300 | | Personal Credit Score Sample Report | None |
| TX0100 | | TU-FI-0630440 | TU-FI-0630440 | | Instant Credit Report + Score | 105, 106, 402, 403, 602 |
| TX0101 | | TU-FI-0911142 | TU-FI-0911143 | | TransUnion News | 402, 403, 602, 802 |
| TX0102 | | TU-FI-0633160 | TU-FI-0633161 | | February Newsletter 2005 | 402, 403, 602, 802, 901 |
| TX0103 | | TU-FI-0809563 | TU-FI-0809568 | | TrueCredit Launches National Hunt for Perfect Credit Score | 106, 402, 403, 602, 611, 802, 901, 1006 |
| TX0104 | | TU-FI-0633743 | TU-FI-0633743 | | TransUnion Personal Credit Score | 105, 106, 402, 403, 602 |
| TX0105 | | TU-FI-0629988 | TU-FI-0629989 | | E-mail from TrueCredit to Lucy Duni regarding Complimentary score just for Mary | 105, 106, 402, 403, 602 |
| TX0106 | | TU-FI-1242341 | TU-FI-1242341 | | Portions of TU Production Volume 19 | 105, 106, 402, 403, 602 |
| TX0107 | | TU-FI-1242341 | TU-FI-1242341 | | TU Production Volume 19, File KW Spreadsheet 5,1,7 | 105, 106, 402, 403, 602 |
| TX0108 | | GOOGLE000032 | GOOGLE000037 | | Google Adwords | 105, 106, 402, 403, 602 |
| TX0109 | | | | | Exhibit 9 to McCurdy Declaration in Support of Reply on MSJ:  Declaration of Suzanne Abbott+F23 | 402, 403, 602, 611, 802 (Fair Isaac withdraws its hearsay objection as to the ad words, it maintains its objection as to the declaration), 901 |
| TX0110 | | | | | Exhibit 4 to Cullis Declaration:  TrueCredit - Three Score Sample | 105, 106, 402, 403, 602, 802 |
| TX0111 | | TU-FI-1287818 | TU-FI-1287819 | | Production Update Release Announcement | 106, 402, 403, 602 |
| TX0112 | | TU-FI-1287820 | TU-FI-1287820 | | Production Update Release Announcement | 106, 402, 403, 602 |
| TX0113 | | TU-FI-1101221 | TU-FI-1101233 | | Replace Credit Score Analysis Scoring Engine Requirements | 106, 402, 403, 602, 802 |
| TX0114 | | TU-FI-1294204 | TU-FI-1294204 | | TrueCredit – Manage Your Credit | 106, 402, 403, 602, 802 |
| TX0115 | | TU-FI-0630449 | TU-FI-0630449 | | Instant Credit Report + Score | 105, 106, 402, 403, 602 |
| TX0116 | | TU-FI-0869451 | TU-FI-0869453 | | Credit Report Scores – Personal Score Sample Report | 105, 106, 402, 403, 602 |
| TX0117 | | FIC1426069 | FIC1426071 | | E-mails between Jolls, St. John, Munn, Forster, Dillon, Watts, KKD, Butler, and Dietrichs regarding TU Perfect 850 Score Contest | 105, 402, 403, 802 (confirm that this is a business record but maintain hearsay) |
| TX0118 | | FIC0790986 | FIC0790989 | | E-mail from Munn to Gustafson which attaches other e-mail chains regarding TrueCredit Launches National Hunt for Perfect Credit Score | 402, 403, 602, 611, 802 (confirm that this is a business record but maintain hearsay) |
| TX0119 | | TU-FI-0006228 | TU-FI-0006251 | | Confidential Settlement Agreement, Release and Scoring Agreements Amendment | 106, 402, 403, 602 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TX0120 | | | | TU-FI-0378254 | TU-FI-0378258 | Letter (attached to email) from Hoge (FI legal) to Friedlander re: Policy Committee meeting between Fair Isaac and TU | 106, 402, 403, 602 |
| TX0121 | | | | TU-FI-0379428 | TU-FI-0379429 | E-mail from Hoge to Friedlander copying St. John, Osborne, KKD, and others regarding TU/FIC Chicago 6-14 Meeting | 402, 403, 602 |
| TX0122 | | | | TU-FI-0233409 | TU-FI-0233411 | Memo from Wright to Hellinga regarding Executive Overview of FICO Related Issues | 402, 403, 602 |
| TX0123 | | | | TU-FI-0001621 | TU-FI-0001622 | TU email regarding  Yesterday's FICO conference call | 402, 403, 602 |
| TX0124 | | | | TU-FI-0735359 | TU-FI-0735360 | E-mail from Yancey to Wright regarding FICOR score ranges | 105, 402, 403, 602 |
| TX0125 | | | | | | Expert Report of Christopher J. Bokhart | 402, 403, 602, 611, 802 |
| TX0126 | | | | TU-FI-1285728 | TU-FI-1285736 | untitled | 106, 402, 403, 602, 611 |
| TX0127 | | | | | | A Secondary Meaning Survey | 402, 403, 602, 611, 802, 1006 |
| TX0128 | | | | | | Expert Report of Jacob Jacoby, PhD | 402, 403, 602, 611, 802 |
| TX0129 | | | | | | Expert Report of Robert M. Anderson | 402, 403, 602, 611, 802 |
| TX0130 | | | | | | Rebuttal Report of Robert M. Anderson to Expert Report and Opinion of Beth A. Chapman. | 402, 403, 602, 611, 802 |
| TX0131 | | | | | | McCurdy Declaration | 402, 403, 602, 611, 802 |
| TX0132 | | | | | | Wayback Machine | 105, 402, 403, 602, 611, 802, 901 |
| TX0133 | | | | JB000375 | JB004087 | Credit Scores mall intercept survey screening questionnaire | 105, 402, 403, 602, 611, 802, 901 |
| TX0134 | | | | | | Experimental Design and the Selection of Controls in Trademark and Deceptive Advertising Surveys | 26, 402, 403, 602, 802, 901 |
| TX0135 | | | | JB003339 | JB003345 | Credit Score mall intercept survey screening questionnaire | 105, 402, 403, 602, 611, 802, 901 |
| TX0136 | | | | JB006773 | JB006779 | Untitled | 105, 402, 403, 602, 611, 802, 901 |
| TX0137 | | | | | | Report of James T. Berger | 105, 402, 403, 602, 611, 802, 901 |
| TX0138 | | | | FIC0251442 | FIC0251444 | E-mail from Panichelli to Peiler, regarding Score | 402, 403, 602 |
| TX0139 | | | | FIC0008580 | FIC0008581 | General announcement from Automated Services Group to TransUnion customers and vendors | 106, 402, 403, 602, 802 |
| TX0140 | | | | FIC0008596 | FIC0008599 | Equifax programming specification changes | 402, 403, 602, 802 |
| TX0141 | | | | FIC0011433 | FIC0011481 | Working paper series on credit information reporting | 402, 403, 602, 802, 901 |
| TX0142 | | | | FIC0215636 | FIC0215637 | E-mail regarding FICO score ranges | 402, 403, 602 |
| TX0143 | | | | FIC0248618 | FIC0248620 | News article regarding how a credit score can be | 402, 403, 602, 802 |
| TX0144 | | | | FIC0248636 | FIC0248637 | News article on how to improve a credit score and save | 402, 403, 602, 802 |
| TX0145 | | | | FIC0248652 | FIC0248656 | News article on the power of credit scores | 402, 403, 602, 802 |
| TX0146 | | | | FIC0248662 | FIC0248663 | News article in the Knight Ridder/Tribune | 402, 403, 602, 802 |
| TX0147 | | | | FIC0248671 | FIC0248672 | News article on online credit scores | 402, 403, 602, 802 |
| TX0148 | | | | FIC0308860 | FIC0308861 | Brochure on how to make your FICO score work for | None |
| TX0149 | | | | FIC0309057 | FIC0309059 | Score Power fact sheet | None |
| TX0150 | | | | FIC0309080 | FIC0309089 | Brochure on the facts about credit scores | None |
| TX0151 | | | | FIC0315261 | FIC0315266 | myFICO web page | None |
| TX0152 | | | | FIC0315289 | FIC0315294 | myFICO web page | None |
| TX0153 | | | | FIC0315542 | FIC0315544 | myFICO web page | None |
| TX0154 | | | | FIC0315554 | FIC0315556 | myFICO web page | None |

| | | | | | | |
|---|---|---|---|---|---|---|
| TX0155 | | | | FIC0315711 | FIC0315713 | myFICO web page | None |
| TX0156 | | | | FIC0315848 | FIC0315862 | myFICO web page | None |
| TX0157 | | | | FIC0315961 | FIC0315966 | myFICO web page | None |
| TX0158 | | | | FIC0316128 | FIC0316134 | myFICO web page | None |
| TX0159 | | | | FIC0317497 | FIC0317500 | myFICO web page | None |
| TX0160 | | | | FIC0318133 | FIC0318135 | myFICO web page terms of use | None |
| TX0161 | | | | FIC0326436 | FIC0326442 | Project Initiation & Strategy Form - Corporate Marketing | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0162 | | | | FIC0481724 | FIC0481726 | Email regarding motge broker confusion over "FICO" | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0163 | | | | FIC0647911 | FIC0647913 | E-mail regarding  press release hijacks credit scores as a news hook | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0164 | | | | FIC0731240 | FIC0731241 | E-mail regarding FICO refresh on Dow Jones | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0165 | | | | FIC0732390 | FIC0732394 | E-mail regarding CBS early show plugging myFICO.com | 402, 403, 602, 611, 802 (confirm that this is a business record but maintain hearsay) |
| TX0166 | | | | FIC0743250 | FIC0743253 | Summary of FICO-Branded Revenue Trends | None |
| TX0167 | | | | FIC0798907 | FIC0798908 | E-mail regarding Experian/FICO product sheets | 402, 403, 611 |
| TX0168 | | | | FIC0830590 | FIC0830592 | Letter from Fair Isaac to The Credit Man, LLC | 105, 402, 403 |
| TX0169 | | | | FIC0831227 | FIC0831227 | Document on Fair Isaac name usage, trademarks and | 402, 403, 611 |
| TX0170 | | | | FIC0838277 | FIC0838279 | E-mail regarding 2006 VantageScore range | 402, 403, 602 |
| TX0171 | | | | FIC0906406 | FIC0906406 | E-mail regarding FICO branding | 402, 403, 602 |
| TX0172 | | | | FIC0962380 | FIC0962381 | E-mail regarding question about FICO score value | Privileged |
| TX0173 | | | | FIC0962839 | FIC0962847 | E-mail regarding Trans Union use of score range | 402, 403, 602, 802 (confirm that this is a business record but maintain hearsay) |
| TX0174 | | | | FIC1314167 | FIC1314169 | E-mail regarding  FICO Expansion score minimum and maximum values | 402, 403 |
| TX0175 | | | | FIC1337463 | FIC1337472 | Chart of Fair Isaac registered or pending trademarks | 402, 403 |
| TX0176 | | | | TU-FI-1285737 | TU-FI-1285742 | Untitled | 106, 402, 403, 602, 611, 802, 1006 |
| TX0177 | | | | TU-FI-1285743 | TU-FI-1285749 | Untitled | 106, 402, 403, 602, 611, 802, 1006 |
| TX0178 | | | | TU-FI-1285750 | TU-FI-1285751 | Untitled | 106, 402, 403, 602, 611, 802, 1006 |
| TX0179 | | | | TU-FI-1204715 | TU-FI-1204750 | Amendment to Fair Isaac/Trans Union Consumer Solutions Score Explanation Service Agreement | 105, 402, 403, 602 |
| TX0180 | | | | TU-FI-1204698 | TUFI1204714 | Marketing Alliance Agreement Between Fair Isaac Corporation and TrueCredit | 105, 402, 403, 602 |
| TX0181 | | | | TU-FI-0921107 | TU-FI-0921107 | Email from Yancey to Powers regarding TU Presentation on Classic score | 105, 402, 403, 602 |
| TX0182 | | | | TU-FI-0921147 | TU-FI-0921168 | PowerPoint attachment to email (TU-FI-0921107) from Yancey to Powers regarding TU Presentation on | 106, 402, 403 |
| TX0183 | | | | | | National Mortgage News: High LTV Loan Pools Outperform Conventional HELs | 402, 403, 602, 802 |

| | | | | | |
|---|---|---|---|---|---|
| TX0184 | | | | Reuters News:  Opinion-U.S. Economy and Rates by David Beadle | 402, 403, 602, 802 |
| TX0185 | | | | Reuters News: Opinion-US Mortgage and Economy by David Beadle | 402, 403, 602, 802 |
| TX0186 | | | | The Milwaukee Journal Sentinel: Home-Fixup Fund for Center City Milwaukee Seen as Not 'User Friendly' | 402, 403, 602, 802 |
| TX0187 | | | | Orlando Sentinel: No-Down-Payment Deals Have | 402, 403, 602, 802 |
| TX0188 | | | | USA Today: Lessons in Home Buying, Selling Experience Provides Tips on Doing Both at the Same | 402, 403, 602, 802 |
| TX0189 | | | | The New York Times: Your Home: Financing a Home for Zero Down | 402, 403, 602, 802 |
| TX0190 | | | | Sarasota Herald-Tribune: What's The Score? Give People Access to Their Credit Rankings | 402, 403, 602, 802 |
| TX0191 | | | | Green Bay Press-Gazette: Help Yourself by Knowing Your Credit Score | 402, 403, 602, 802 |
| TX0192 | | | | Poughkeepsie Journal: Loan Possible With Bad Credit | 402, 403, 602, 802 |
| TX0193 | | | | CBS MarketWatch: Letter Grade on Mortgage | 402, 403, 602, 802 |
| TX0194 | | | | Richmond Times-Dispatch: Financial Planning Column | 402, 403, 602, 802 |
| TX0195 | | | | PR Newswire: Congressman Harold Ford, Freddie Mac and Consumer Federation of America Launch Nationwide Credit Education Initiative for College Students: Know Your Score Brochure to Help Students Learn the Importance of Credit Scores | 402, 403, 602, 802 |
| TX0196 | | | | Cox News Service: Credit Rating Inaccuracies Costing Consumers, Study Says | 402, 403, 602, 802 |
| TX0197 | | | | Consumer Federation of America: Millions of Americans Jeopardized by Inaccurate Credit Scores | 402, 403, 602, 802 |
| TX0198 | | | | The Wall Street Journal: Swimming With the Home- | 402, 403, 602, 802 |
| TX0199 | | | | The Post-Crescent: Good Credit Rating Saves | 402, 403, 602, 802 |
| TX0200 | | | | NBC Today Show: Jean Chatzky gives advice to Lynn Glazewski and viewers on buying first home | 402, 403, 602, 802 |
| TX0201 | | | | The Miami Herald: Credit Score Can Depend on | 402, 403, 602, 802 |
| TX0202 | | | | CNNFN-Your Money: Mortgage Advice/Call-In | 402, 403, 602, 802 |
| TX0203 | | | | Daily Breeze: Credit Reports Are a Puzzle to Many | 402, 403, 602, 802 |
| TX0204 | | TU-FI-0016692 | TU-FI-0016732 | VantageScore presentation | 402, 403, 602, |
| TX0205 | | FIC0220460 | FIC0220465 | Surprise Jumps in Credit Rates Bring Scrutiny | 402, 403, 602, 802 |
| TX0206 | | FIC0219306 | FIC0219308 | The Color of Money by Michelle Singletary | 402, 403, 602, 802 |
| TX0207 | | FIC0219555 | FIC0219556 | How to Improve Your Credit Score | 402, 403, 602, 802 |
| TX0208 | | TU-FI-0068804 | TU-FI-0068816 | TransUnion® Recovery Models | 402, 403, 602, |
| TX0209 | | FIC0326898 | FIC0326905 | Trademark Licensing Agreement | 402, 403, 602 |
| TX0210 | | FIC0649338 | FIC0649368 | Agreement-Fair Isaac/Trans Union Consumer Solutions Score Explanation Service | 105, 402, 403 |
| TX0211 | | TU-FI-0335840 | TU-FI-0335861 | TransUnion Model Solutions Resource Guide | 402, 403, 602, |
| TX0212 | | TU-FI-1244485 | TU-FI-1244485 | E-mail from Haywood to Wright, regarding  TU New Product Architecture | 402, 403, 602, |
| TX0213 | | TU-FI-0929226 | TU-FI-0929227 | E-mail from Wright to Powers regarding TU's New Product Architecture | 402, 403, 602, |
| TX0214 | | TU-FI-0723956 | TU-FI-0723963 | Email from Yancey to Kimberly Reher, regarding TU Trademark Licensed Name | 105, 402, 403 |
| TX0215 | | FIC0459165 | FIC0459169 | Email from Kramers-Dove to Scott Barrett regarding TU Trademark Licensed Name | 402, 403 |
| TX0216 | | TU-FI-0633718 | TU-FI-0633719 | TransUnion Personal VantageScore | 105, 402, 403 |
| TX0217 | | | | Attachment 8.A.1 to Meyer Report | None |

| | | | | | | |
|---|---|---|---|---|---|---|
| TX0218 | | | | | Welcome to CreditXpert™ | 106, 402, 403, 602, 802, 901 |
| TX0219 | | | | | Free Online Credit Report-Credit Monitoring Service | 106, 402, 403, 602, 802, 901 |
| TX0220 | | | TU-FI-0096421 | TU-FI-0096423 | Compliance Policy Statement Number 0096 | 402, 403, 602, |
| TX0221 | | | TU-FI-0247521 | TU-FI-0247522 | Consumer Credit Reporting Companies Introduce VantageScore | 105, 402, 403, 602, |
| TX0222 | | | TU-FI-0016990 | TU-FI-0016990 | VantageScore: The Tri-Bureau Scorecard | 105, 402, 403, 602, |
| TX0223 | | | TU-FI-0596667 | TUFI0596681 | VantageScore Competitive Advantages | 105, 402, 403, 602 |
| TX0224 | | | TU-FI-1128758 | TU-FI-1128758 | Does Your Credit Make the Grade? | 402, 403, 602, 802 |
| TX0225 | | | TU-FI-0007149 | TU-FI-0007152 | Make better decisions with VantageScore | 402, 403, 602, |
| TX0226 | | | TU-FI-1101206 | TU-FI-1101220 | E-mail from Depow to Danaher and others regarding TransRisk 2.0 Score Requirements Review | 402, 403, 602, |
| TX0227 | | | TU-FI-0630224 | TU-FI-0630224 | Webpage from transunioncs.com | None |
| TX0228 | | | TU-FI-0630225 | TU-FI-0630225 | Webpage from transunioncs.com | 402, 403, 602 |
| TX0229 | | | TU-FI-0630226 | TU-FI-0630226 | Webpage from transunioncs.com | 402, 403, 602 |
| TX0230 | | | OLSON002815 | OLSON002837 | Fair Isaac Consumer Survey Summary | 106, 402, 403, 602, 611, 802, 901 |
| TX0231 | | | OLSON002954 | OLSON002976 | Fair Isaac Discussion Guide with Renee Jackson | 106, 402, 403, 602, 611, 802, 901 |
| TX0232 | | | OLSON002977 | OLSON002998 | Fair Isaac Discussion Guide | 106, 402, 403, 602, 611, 802, 901 |
| TX0233 | | | FIC0219513 | FIC0219514 | New Score Service Lets Consumers Learn the Score | 402, 403, 602, 802 |
| TX0234 | | | FIC0219524 | FIC0219527 | No Throng to Sell FICO Scores | 402, 403, 602, 802 |
| TX0235 | | | FIC0219531 | FIC0219533 | Jane Bryant Quinn Staying Ahead Learn the Score - But It's Gong to Cost You | 402, 403, 602, 802 |
| TX0236 | | | | | FCRA | 402, 403 |
| TX0237 | | | | | Updated Exhibits (Tabs 3-9) to Expert Report of Christopher J. Bokhart | untimely, 402, 403, 602, 611, 703, 802, 1006 |
| TX0238 | | | OLSON002591 | OLSON002645 | Presentation re FICO Score Brand | 402, 403, 602, 611, 802, 901 |