## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation and myFICO Consumer Services, Inc.; | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| Experian Information Solutions, Inc.; Trans Union LLC; VantageScore Solutions, LLC; and Does I through X; | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

Civil Action No:
0:06-cv-04112 (ADM/JSM)

### DEFENDANTS' LIST OF DEPOSITIONS TO BE OFFERED AT TRIAL IN LIEU OF LIVE TESTIMONY

Pursuant to the Court's Amended Notice of Assignment of Case for Trial, dated August 11, 2009, Defendants Experian Information Solutions, Inc., Trans Union LLC, and VantageScore Solutions, LLC (collectively, "Defendants") hereby submit their list of depositions that they intend to offer into evidence in lieu of live testimony, which is attached hereto as Appendix A. Defendants reserve the right to supplement or amend their designations of deposition testimony, as necessary.

Respectfully submitted this 21st day of September, 2009.

**Lindquist & Vennum PLLP**
By: _s/ Mark A. Jacobson_
Mark A. Jacobson (MN Bar #188943)
Chris Sullivan (MN Bar #0343717)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-3211

Fax: (612) 371-3207
mjacobson@lindquist.com
csullivan@lindquist.com

– and –

**White & Case LLP**
M. Elaine Johnston
Robert A. Milne
Chris J. Glancy
Jack E. Pace III
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Fax: (212) 354-8113
mejohnston@whitecase.com
rmilne@whitecase.com
cglancy@whitecase.com
jpace@whitecase.com

*Attorneys for Defendant Experian Information
Solutions, Inc.*

Lewis A. Remele, Jr. (MN Bar #90724)
Christopher R. Morris (MN Bar #230613)
BASSFORD REMELE
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Tel: (612) 376-1601
Fax: (612) 333-8829
lewr@bassford.com
chrism@bassford.com

– and –

James K. Gardner
Ralph T. Russell
Dao L. Boyle
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Tel: (312) 269-8030

Fax: (312) 269-1747
JGardner@ngelaw.com
RRussell@ngelaw.com
dboyle@ngelaw.com

*Attorneys for Defendant*
*Trans Union LLC*

Barbara Podlucky Berens (MN #209788)
Justi R. Miller (MN #0387330)
KELLY & BERENS
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 349-6171
Fax: (612) 349-6416
bberens@kellyandberens.com
JMiller@kellyandberens.com

*Attorneys for Defendant*
*VantageScore Solutions, LLC*

# APPENDIX A

| Keven Baxter - July 19, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 4 | 15 | 5 | 3 |
| 5 | 19 | 5 | 20 |
| 8 | 19 | 9 | 6 |
| 9 | 15 | 9 | 25 |
| 11 | 13 | 12 | 24 |
| 13 | 12 | 17 | 9 |
| 17 | 23 | 18 | 8 |
| 18 | 20 | 18 | 23 |
| 20 | 21 | 20 | 23 |
| 20 | 25 | 21 | 4 |
| 21 | 6 | 21 | 6 |
| 21 | 21 | 22 | 2 |
| 23 | 1 | 23 | 12 |
| 23 | 21 | 24 | 13 |
| 24 | 19 | 25 | 17 |
| 25 | 19 | 27 | 1 |
| 27 | 3 | 27 | 18 |
| 27 | 25 | 28 | 21 |
| 28 | 24 | 29 | 13 |
| 29 | 17 | 31 | 2 |
| 31 | 4 | 31 | 17 |
| 31 | 19 | 33 | 13 |
| 33 | 15 | 33 | 22 |
| 33 | 24 | 35 | 20 |
| 35 | 22 | 36 | 4 |
| 36 | 6 | 36 | 12 |
| 36 | 14 | 36 | 17 |
| 41 | 5 | 41 | 9 |
| 41 | 12 | 41 | 13 |
| 41 | 22 | 41 | 24 |
| 42 | 2 | 42 | 5 |
| 42 | 8 | 45 | 1 |
| 45 | 4 | 45 | 7 |
| 45 | 9 | 45 | 15 |
| 45 | 18 | 47 | 10 |
| 47 | 12 | 48 | 1 |
| 48 | 3 | 49 | 8 |
| 49 | 19 | 51 | 8 |
| 51 | 10 | 51 | 23 |
| 53 | 3 | 53 | 11 |

| Keven Baxter - July 19, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 53 | 13 | 53 | 25 |
| 54 | 2 | 54 | 5 |
| 54 | 8 | 54 | 10 |
| 54 | 12 | 55 | 24 |
| 56 | 1 | 56 | 9 |
| 58 | 25 | 60 | 5 |
| 60 | 7 | 60 | 9 |
| 61 | 15 | 62 | 7 |
| 63 | 3 | 63 | 5 |
| 63 | 8 | 63 | 13 |
| 63 | 15 | 63 | 20 |
| 64 | 1 | 64 | 2 |
| 65 | 12 | 65 | 15 |
| 65 | 19 | 65 | 25 |
| 66 | 7 | 66 | 13 |
| 67 | 3 | 67 | 3 |
| 67 | 11 | 67 | 13 |
| 67 | 16 | 67 | 19 |
| 67 | 22 | 67 | 22 |
| 68 | 1 | 68 | 22 |
| 69 | 1 | 69 | 17 |
| 69 | 19 | 69 | 23 |
| 70 | 1 | 71 | 25 |
| 72 | 2 | 72 | 3 |

| Carol Dietrichs - April 9, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 5 | 12 | 5 | 15 |
| 34 | 6 | 34 | 14 |
| 64 | 3 | 64 | 12 |
| 68 | 7 | 69 | 3 |
| 70 | 7 | 71 | 6 |
| 71 | 8 | 71 | 22 |
| 71 | 24 | 73 | 4 |
| 73 | 6 | 74 | 14 |
| 74 | 16 | 75 | 7 |
| 76 | 18 | 77 | 2 |
| 77 | 5 | 77 | 6 |
| 77 | 8 | 77 | 10 |
| 77 | 13 | 77 | 20 |
| 77 | 24 | 77 | 25 |
| 78 | 2 | 78 | 5 |
| 78 | 8 | 78 | 13 |
| 78 | 16 | 78 | 18 |
| 78 | 20 | 78 | 21 |
| 78 | 24 | 79 | 23 |
| 82 | 7 | 82 | 12 |
| 87 | 18 | 88 | 14 |
| 89 | 6 | 89 | 19 |

| Craig Dillon - April 30, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 5 | 12 | 5 | 14 |
| 8 | 19 | 10 | 10 |
| 33 | 20 | 33 | 22 |
| 33 | 24 | 34 | 5 |
| 34 | 7 | 34 | 10 |
| 34 | 12 | 34 | 13 |

| Careen Foster - May 15, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 5 | 6 | 5 | 15 |
| 8 | 7 | 9 | 21 |
| 27 | 6 | 27 | 14 |
| 27 | 16 | 28 | 7 |
| 28 | 9 | 28 | 18 |
| 30 | 12 | 30 | 19 |
| 30 | 21 | 31 | 6 |
| 31 | 9 | 31 | 16 |
| 32 | 7 | 32 | 11 |
| 32 | 13 | 32 | 18 |
| 33 | 5 | 33 | 13 |
| 33 | 17 | 34 | 23 |
| 35 | 1 | 35 | 1 |
| 38 | 4 | 38 | 7 |
| 38 | 10 | 38 | 17 |
| 38 | 20 | 39 | 7 |
| 39 | 9 | 39 | 11 |
| 41 | 4 | 41 | 7 |
| 41 | 11 | 41 | 19 |
| 42 | 18 | 43 | 13 |
| 61 | 14 | 62 | 20 |
| 102 | 12 | 103 | 12 |
| 103 | 14 | 103 | 15 |
| 106 | 18 | 108 | 8 |
| 111 | 9 | 111 | 21 |
| 111 | 24 | 112 | 25 |
| 113 | 3 | 114 | 8 |
| 114 | 11 | 114 | 14 |
| 115 | 2 | 115 | 18 |
| 115 | 22 | 117 | 10 |
| 117 | 13 | 118 | 20 |
| 118 | 23 | 120 | 24 |
| 121 | 2 | 123 | 9 |
| 223 | 7 | 225 | 11 |
| 225 | 13 | 225 | 22 |
| 225 | 24 | 226 | 11 |
| 226 | 13 | 226 | 18 |

7304901

| Mark Greene - June 13, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 5 | 13 | 5 | 21 |
| 90 | 3 | 92 | 3 |
| 153 | 7 | 153 | 20 |
| 156 | 13 | 157 | 24 |

7304901

| Frederic Huynh - April 18, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 5 | 17 | 5 | 20 |
| 8 | 7 | 8 | 11 |
| 118 | 25 | 119 | 13 |
| 119 | 15 | 119 | 25 |
| 120 | 2 | 120 | 12 |
| 120 | 14 | 120 | 16 |

| Andrew Jolls - July 20, 2008 | | | |
|:---:|:---:|:---:|:---:|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 4 | 13 | 4 | 15 |
| 9 | 10 | 9 | 14 |
| 11 | 9 | 12 | 16 |
| 12 | 19 | 17 | 14 |
| 18 | 10 | 18 | 17 |
| 18 | 19 | 18 | 20 |
| 20 | 17 | 20 | 18 |
| 20 | 21 | 21 | 1 |
| 21 | 13 | 21 | 15 |
| 21 | 16 | 22 | 9 |
| 22 | 12 | 22 | 14 |
| 23 | 2 | 23 | 4 |
| 23 | 6 | 23 | 12 |
| 23 | 14 | 23 | 21 |
| 24 | 7 | 24 | 20 |
| 24 | 22 | 24 | 23 |
| 26 | 19 | 27 | 17 |
| 27 | 19 | 27 | 22 |
| 28 | 15 | 29 | 1 |
| 29 | 4 | 29 | 20 |
| 29 | 22 | 30 | 1 |
| 30 | 24 | 30 | 25 |
| 31 | 3 | 31 | 18 |
| 31 | 20 | 32 | 9 |
| 32 | 11 | 32 | 13 |
| 33 | 2 | 33 | 4 |
| 33 | 6 | 33 | 12 |
| 34 | 4 | 34 | 10 |
| 36 | 24 | 37 | 24 |
| 38 | 1 | 38 | 19 |
| 39 | 14 | 39 | 18 |
| 39 | 20 | 40 | 2 |
| 41 | 11 | 41 | 16 |
| 42 | 6 | 42 | 8 |
| 42 | 11 | 42 | 24 |
| 43 | 1 | 43 | 1 |
| 43 | 8 | 43 | 18 |
| 46 | 15 | 46 | 24 |
| 47 | 2 | 47 | 3 |
| 49 | 23 | 50 | 7 |

| Andrew Jolls - July 20, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 50 | 9 | 50 | 14 |
| 50 | 16 | 50 | 20 |
| 50 | 22 | 51 | 1 |
| 51 | 4 | 51 | 10 |
| 51 | 12 | 51 | 24 |
| 52 | 3 | 52 | 5 |
| 52 | 12 | 53 | 8 |
| 53 | 12 | 53 | 17 |
| 53 | 20 | 53 | 24 |
| 54 | 20 | 55 | 2 |
| 55 | 8 | 55 | 9 |
| 56 | 3 | 56 | 8 |
| 56 | 13 | 56 | 15 |
| 57 | 17 | 57 | 21 |
| 57 | 24 | 58 | 21 |
| 58 | 24 | 59 | 6 |
| 59 | 10 | 59 | 20 |
| 59 | 23 | 60 | 11 |
| 60 | 15 | 61 | 23 |
| 65 | 11 | 65 | 16 |
| 65 | 23 | 66 | 9 |
| 66 | 12 | 66 | 17 |
| 67 | 17 | 67 | 21 |
| 67 | 23 | 68 | 1 |
| 69 | 7 | 69 | 15 |
| 69 | 18 | 70 | 3 |
| 70 | 18 | 70 | 20 |
| 70 | 22 | 72 | 11 |
| 72 | 13 | 72 | 20 |
| 72 | 22 | 73 | 20 |
| 74 | 2 | 74 | 14 |
| 74 | 16 | 75 | 16 |
| 76 | 15 | 79 | 14 |
| 83 | 7 | 85 | 4 |
| 85 | 14 | 87 | 21 |
| 88 | 1 | 88 | 2 |
| 88 | 4 | 88 | 5 |
| 88 | 21 | 89 | 5 |
| 89 | 8 | 89 | 10 |
| 91 | 12 | 92 | 1 |

7304901

| Andrew Jolls - July 20, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 92 | 6 | 92 | 17 |
| 92 | 22 | 93 | 1 |
| 93 | 15 | 93 | 20 |
| 93 | 25 | 94 | 3 |
| 94 | 13 | 94 | 25 |
| 95 | 17 | 95 | 19 |
| 98 | 17 | 98 | 20 |
| 99 | 4 | 99 | 15 |
| 99 | 20 | 99 | 21 |
| 100 | 22 | 100 | 24 |
| 101 | 22 | 102 | 5 |
| 102 | 11 | 102 | 20 |
| 102 | 22 | 103 | 4 |
| 106 | 12 | 106 | 14 |
| 106 | 18 | 107 | 3 |
| 107 | 6 | 108 | 7 |
| 109 | 11 | 109 | 22 |
| 109 | 25 | 111 | 20 |
| 111 | 23 | 113 | 5 |
| 113 | 15 | 113 | 21 |
| 114 | 5 | 115 | 6 |
| 116 | 12 | 116 | 24 |
| 117 | 7 | 117 | 14 |
| 118 | 3 | 118 | 5 |
| 118 | 21 | 119 | 7 |
| 119 | 9 | 119 | 25 |
| 120 | 2 | 120 | 16 |
| 120 | 18 | 121 | 7 |
| 121 | 10 | 121 | 17 |
| 121 | 20 | 121 | 22 |
| 121 | 25 | 122 | 4 |
| 122 | 6 | 122 | 11 |
| 122 | 14 | 122 | 18 |
| 122 | 22 | 123 | 15 |
| 123 | 17 | 123 | 20 |
| 124 | 11 | 124 | 16 |
| 124 | 19 | 124 | 25 |
| 125 | 5 | 125 | 8 |
| 125 | 18 | 125 | 25 |
| 126 | 3 | 126 | 21 |

7304901

| Andrew Jolls - July 20, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 126 | 23 | 127 | 10 |
| 127 | 12 | 128 | 3 |
| 128 | 5 | 129 | 5 |
| 129 | 8 | 129 | 15 |
| 130 | 5 | 130 | 10 |
| 130 | 18 | 130 | 21 |
| 131 | 2 | 132 | 21 |
| 132 | 24 | 133 | 3 |
| 133 | 5 | 133 | 14 |
| 133 | 17 | 134 | 10 |
| 136 | 3 | 136 | 5 |
| 136 | 9 | 137 | 7 |
| 137 | 15 | 139 | 3 |
| 139 | 5 | 139 | 14 |
| 139 | 16 | 139 | 22 |
| 140 | 24 | 141 | 16 |
| 140 | 18 | 142 | 8 |
| 142 | 10 | 142 | 24 |
| 143 | 2 | 143 | 23 |
| 143 | 25 | 144 | 23 |
| 144 | 25 | 145 | 11 |
| 145 | 13 | 145 | 20 |
| 145 | 22 | 146 | 6 |
| 146 | 8 | 147 | 10 |
| 147 | 14 | 147 | 25 |
| 148 | 3 | 148 | 18 |
| 149 | 10 | 149 | 11 |
| 149 | 15 | 150 | 15 |
| 150 | 17 | 150 | 23 |
| 150 | 25 | 151 | 5 |
| 151 | 24 | 152 | 4 |
| 152 | 25 | 153 | 4 |
| 154 | 2 | 154 | 4 |
| 154 | 6 | 154 | 7 |
| 155 | 15 | 155 | 21 |
| 156 | 13 | 157 | 7 |
| 157 | 11 | 157 | 15 |
| 157 | 18 | 157 | 21 |
| 158 | 2 | 158 | 24 |
| 159 | 1 | 159 | 7 |

7304901

| Andrew Jolls - July 20, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 159 | 10 | 159 | 14 |
| 159 | 16 | 161 | 11 |
| 161 | 14 | 161 | 21 |
| 161 | 23 | 164 | 10 |
| 164 | 13 | 165 | 7 |
| 165 | 9 | 165 | 12 |
| 169 | 4 | 169 | 7 |
| 170 | 2 | 170 | 3 |
| 170 | 7 | 170 | 21 |
| 170 | 24 | 171 | 10 |
| 171 | 13 | 172 | 10 |
| 171 | 15 | 173 | 6 |
| 173 | 14 | 174 | 3 |
| 174 | 7 | 174 | 9 |
| 181 | 17 | 182 | 4 |
| 183 | 2 | 183 | 8 |
| 183 | 13 | 183 | 22 |
| 184 | 2 | 184 | 5 |

7304901

| Keri Kramers-Dove - November 30, 2007 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 8 | 21 | 9 | 11 |
| 11 | 15 | 13 | 10 |
| 89 | 10 | 89 | 19 |
| 89 | 20 | 89 | 20 |
| 89 | 22 | 89 | 22 |
| 89 | 25 | 91 | 4 |
| 91 | 6 | 92 | 14 |
| 92 | 18 | 92 | 22 |
| 104 | 3 | 106 | 4 |
| 121 | 7 | 122 | 9 |
| 122 | 11 | 123 | 7 |
| 123 | 9 | 123 | 21 |
| 124 | 4 | 126 | 16 |
| 161 | 16 | 162 | 1 |
| 162 | 3 | 162 | 17 |
| 162 | 20 | 163 | 19 |
| 163 | 22 | 163 | 24 |
| 164 | 1 | 164 | 12 |
| 164 | 15 | 165 | 9 |
| 165 | 12 | 165 | 12 |
| 165 | 21 | 165 | 24 |
| 166 | 1 | 166 | 11 |

7304901

| Keri Kramers-Dove - May 7, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 8 | 20 | 8 | 24 |
| 10 | 21 | 11 | 21 |
| 17 | 20 | 18 | 1 |
| 20 | 18 | 21 | 3 |
| 23 | 21 | 24 | 15 |
| 24 | 19 | 24 | 23 |
| 28 | 15 | 28 | 16 |
| 28 | 19 | 28 | 22 |
| 37 | 24 | 38 | 8 |
| 39 | 1 | 39 | 8 |
| 39 | 12 | 39 | 15 |
| 39 | 17 | 40 | 22 |
| 41 | 8 | 41 | 11 |
| 45 | 21 | 46 | 18 |
| 46 | 20 | 48 | 9 |
| 54 | 8 | 55 | 2 |
| 58 | 17 | 58 | 23 |
| 61 | 2 | 61 | 5 |
| 65 | 5 | 66 | 2 |
| 66 | 15 | 67 | 15 |
| 70 | 2 | 71 | 2 |
| 71 | 12 | 71 | 16 |
| 71 | 18 | 73 | 20 |
| 73 | 23 | 75 | 23 |
| 76 | 9 | 76 | 15 |
| 80 | 12 | 80 | 21 |
| 85 | 9 | 85 | 12 |
| 90 | 5 | 90 | 11 |
| 92 | 12 | 92 | 23 |
| 93 | 11 | 93 | 16 |
| 94 | 6 | 94 | 18 |
| 95 | 9 | 95 | 21 |
| 96 | 19 | 96 | 25 |
| 97 | 4 | 97 | 8 |
| 97 | 17 | 97 | 23 |
| 100 | 18 | 100 | 20 |
| 100 | 22 | 101 | 4 |
| 103 | 3 | 103 | 7 |
| 103 | 9 | 103 | 10 |
| 107 | 11 | 107 | 21 |

| Keri Kramers-Dove - May 7, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 109 | 10 | 110 | 2 |
| 110 | 4 | 110 | 4 |
| 115 | 14 | 115 | 17 |
| 119 | 16 | 120 | 15 |
| 124 | 14 | 124 | 20 |
| 124 | 23 | 124 | 23 |
| 125 | 12 | 125 | 17 |
| 126 | 3 | 126 | 25 |
| 127 | 18 | 128 | 15 |
| 130 | 1 | 130 | 4 |
| 130 | 7 | 130 | 10 |
| 131 | 6 | 131 | 20 |
| 131 | 22 | 132 | 7 |
| 132 | 10 | 132 | 11 |
| 133 | 8 | 133 | 9 |
| 133 | 11 | 133 | 13 |
| 133 | 15 | 133 | 17 |
| 133 | 20 | 133 | 20 |
| 134 | 23 | 135 | 14 |
| 155 | 25 | 156 | 10 |
| 157 | 16 | 157 | 21 |
| 159 | 15 | 159 | 22 |
| 160 | 4 | 160 | 8 |
| 169 | 23 | 170 | 7 |
| 172 | 2 | 172 | 24 |
| 173 | 2 | 173 | 5 |
| 173 | 7 | 173 | 20 |
| 178 | 22 | 179 | 5 |
| 181 | 6 | 182 | 9 |
| 182 | 22 | 183 | 24 |
| 184 | 4 | 184 | 7 |
| 187 | 19 | 187 | 23 |
| 188 | 1 | 188 | 4 |
| 189 | 23 | 190 | 11 |
| 190 | 14 | 190 | 20 |
| 191 | 10 | 191 | 12 |
| 191 | 15 | 191 | 19 |
| 191 | 21 | 192 | 7 |
| 192 | 9 | 192 | 20 |
| 193 | 4 | 193 | 14 |

7304901

| Keri Kramers-Dove - May 7, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 194 | 5 | 194 | 16 |
| 196 | 3 | 196 | 14 |
| 196 | 21 | 197 | 19 |
| 198 | 16 | 199 | 15 |
| 200 | 10 | 200 | 12 |
| 207 | 19 | 208 | 9 |
| 208 | 22 | 209 | 1 |
| 209 | 4 | 209 | 16 |
| 209 | 19 | 209 | 24 |
| 210 | 1 | 210 | 5 |

7304901

| Keri Kramers-Dove - May 8, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 220 | 19 | 221 | 20 |
| 221 | 23 | 222 | 11 |
| 223 | 4 | 223 | 6 |
| 229 | 3 | 229 | 11 |
| 245 | 10 | 245 | 18 |
| 250 | 14 | 250 | 21 |
| 251 | 3 | 251 | 7 |
| 251 | 9 | 251 | 18 |
| 251 | 20 | 252 | 1 |
| 252 | 3 | 252 | 10 |
| 252 | 12 | 252 | 20 |
| 252 | 22 | 253 | 15 |
| 253 | 18 | 253 | 18 |
| 257 | 18 | 257 | 23 |
| 257 | 25 | 257 | 25 |
| 259 | 13 | 259 | 18 |
| 259 | 20 | 260 | 10 |
| 260 | 12 | 260 | 13 |
| 262 | 19 | 263 | 9 |
| 266 | 5 | 266 | 23 |
| 266 | 25 | 267 | 9 |
| 267 | 11 | 267 | 23 |
| 267 | 25 | 268 | 9 |
| 268 | 11 | 268 | 14 |
| 268 | 16 | 268 | 24 |
| 269 | 1 | 269 | 18 |
| 269 | 20 | 270 | 3 |
| 270 | 5 | 270 | 5 |
| 273 | 10 | 273 | 12 |
| 273 | 14 | 273 | 21 |
| 273 | 23 | 273 | 23 |
| 274 | 5 | 274 | 10 |
| 274 | 16 | 274 | 25 |
| 275 | 2 | 275 | 22 |
| 275 | 24 | 276 | 4 |
| 276 | 22 | 277 | 13 |
| 277 | 15 | 277 | 24 |
| 278 | 16 | 278 | 25 |
| 279 | 2 | 280 | 19 |
| 280 | 21 | 280 | 23 |

| Keri Kramers-Dove - May 8, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 283 | 3 | 283 | 16 |
| 284 | 22 | 285 | 24 |
| 286 | 1 | 286 | 17 |
| 286 | 19 | 286 | 23 |
| 286 | 25 | 287 | 12 |
| 288 | 4 | 289 | 7 |
| 290 | 8 | 291 | 8 |
| 291 | 10 | 291 | 23 |
| 291 | 25 | 292 | 22 |
| 294 | 12 | 294 | 17 |
| 295 | 9 | 296 | 5 |
| 296 | 7 | 296 | 8 |
| 296 | 10 | 296 | 11 |
| 296 | 19 | 297 | 10 |
| 297 | 12 | 297 | 25 |
| 298 | 2 | 298 | 2 |
| 298 | 12 | 299 | 2 |
| 299 | 4 | 299 | 9 |
| 301 | 1 | 301 | 3 |
| 301 | 5 | 301 | 18 |
| 302 | 15 | 303 | 12 |
| 304 | 7 | 304 | 20 |
| 304 | 22 | 306 | 6 |
| 306 | 8 | 307 | 2 |
| 307 | 5 | 307 | 8 |
| 307 | 11 | 308 | 6 |
| 308 | 8 | 308 | 16 |
| 308 | 18 | 309 | 15 |
| 309 | 17 | 311 | 10 |
| 311 | 19 | 311 | 21 |
| 312 | 4 | 315 | 16 |
| 316 | 15 | 316 | 17 |
| 316 | 19 | 318 | 24 |
| 320 | 7 | 320 | 24 |
| 322 | 10 | 322 | 13 |
| 322 | 15 | 322 | 20 |
| 322 | 22 | 323 | 18 |
| 324 | 19 | 324 | 22 |
| 325 | 17 | 325 | 22 |
| 326 | 2 | 327 | 9 |

| Keri Kramers-Dove - May 8, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 327 | 11 | 328 | 4 |
| 330 | 24 | 331 | 5 |
| 340 | 12 | 340 | 24 |
| 341 | 1 | 341 | 9 |
| 342 | 23 | 343 | 2 |
| 343 | 6 | 343 | 14 |
| 349 | 6 | 349 | 7 |
| 349 | 11 | 349 | 18 |
| 349 | 20 | 349 | 21 |
| 350 | 17 | 350 | 23 |
| 351 | 8 | 352 | 7 |
| 352 | 10 | 352 | 18 |
| 352 | 21 | 352 | 25 |
| 353 | 2 | 353 | 4 |
| 354 | 14 | 354 | 24 |
| 355 | 7 | 355 | 9 |
| 355 | 11 | 355 | 11 |
| 356 | 25 | 357 | 11 |
| 357 | 20 | 357 | 24 |
| 358 | 1 | 358 | 17 |
| 358 | 20 | 359 | 9 |
| 359 | 14 | 359 | 17 |
| 359 | 21 | 360 | 7 |
| 360 | 13 | 361 | 11 |
| 367 | 16 | 368 | 13 |
| 368 | 17 | 368 | 25 |
| 369 | 3 | 369 | 6 |
| 371 | 23 | 372 | 10 |
| 372 | 12 | 373 | 4 |
| 373 | 8 | 373 | 14 |
| 374 | 10 | 374 | 12 |
| 374 | 14 | 374 | 25 |
| 377 | 8 | 377 | 10 |
| 380 | 3 | 380 | 8 |
| 381 | 8 | 381 | 12 |
| 381 | 21 | 382 | 5 |
| 382 | 21 | 382 | 25 |
| 383 | 8 | 383 | 15 |
| 390 | 8 | 390 | 12 |
| 390 | 17 | 390 | 23 |

7304901

| Keri Kramers-Dove - May 8, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 391 | 4 | 391 | 15 |
| 412 | 14 | 412 | 17 |
| 418 | 15 | 418 | 18 |
| 418 | 20 | 418 | 25 |
| 419 | 18 | 423 | 1 |
| 423 | 8 | 423 | 18 |
| 424 | 8 | 424 | 15 |
| 424 | 19 | 425 | 6 |
| 429 | 17 | 429 | 19 |
| 429 | 24 | 429 | 25 |
| 440 | 22 | 440 | 24 |
| 441 | 2 | 441 | 8 |
| 441 | 11 | 441 | 15 |
| 448 | 4 | 448 | 5 |
| 448 | 7 | 448 | 25 |
| 449 | 15 | 450 | 20 |
| 456 | 15 | 456 | 23 |
| 460 | 4 | 460 | 6 |
| 460 | 12 | 461 | 2 |
| 462 | 22 | 463 | 4 |
| 467 | 16 | 468 | 5 |
| 470 | 1 | 470 | 8 |
| 470 | 11 | 470 | 23 |
| 471 | 4 | 472 | 13 |
| 472 | 16 | 472 | 18 |
| 476 | 19 | 477 | 4 |
| 498 | 9 | 499 | 9 |
| 499 | 11 | 499 | 21 |
| 499 | 23 | 500 | 23 |
| 500 | 25 | 501 | 5 |
| 501 | 7 | 501 | 16 |
| 501 | 18 | 501 | 19 |
| 502 | 10 | 502 | 12 |
| 502 | 14 | 502 | 19 |

| Charles Osborne – June 4, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 5 | 10 | 5 | 13 |
| 7 | 9 | 7 | 25 |
| 28 | 11 | 28 | 18 |
| 34 | 1 | 34 | 4 |
| 34 | 6 | 34 | 24 |
| 58 | 10 | 58 | 22 |
| 58 | 24 | 60 | 11 |
| 70 | 21 | 70 | 24 |
| 71 | 1 | 71 | 2 |
| 71 | 13 | 71 | 15 |
| 71 | 17 | 71 | 17 |
| 71 | 23 | 72 | 5 |
| 72 | 8 | 74 | 2 |
| 74 | 5 | 74 | 24 |
| 75 | 2 | 75 | 17 |
| 77 | 17 | 78 | 9 |
| 78 | 12 | 78 | 19 |
| 112 | 3 | 112 | 9 |
| 113 | 7 | 113 | 14 |
| 113 | 17 | 114 | 4 |
| 114 | 7 | 114 | 13 |
| 174 | 4 | 174 | 23 |
| 175 | 1 | 175 | 1 |
| 175 | 3 | 175 | 10 |
| 256 | 8 | 259 | 1 |
| 259 | 3 | 259 | 10 |
| 259 | 25 | 260 | 2 |
| 260 | 6 | 260 | 9 |

7304901

| Paul Panichelli - April 17, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 5 | 10 | 5 | 15 |
| 8 | 11 | 8 | 17 |
| 9 | 10 | 9 | 15 |
| 9 | 22 | 10 | 21 |
| 11 | 7 | 11 | 19 |
| 12 | 15 | 12 | 24 |
| 14 | 20 | 14 | 23 |
| 16 | 17 | 16 | 23 |
| 131 | 1 | 131 | 18 |
| 134 | 20 | 135 | 19 |
| 135 | 22 | 135 | 22 |
| 136 | 2 | 136 | 7 |
| 161 | 24 | 165 | 13 |
| 167 | 21 | 168 | 24 |
| 170 | 18 | 171 | 1 |
| 171 | 18 | 171 | 21 |
| 171 | 23 | 172 | 4 |
| 172 | 6 | 172 | 16 |
| 172 | 15 | 172 | 24 |
| 173 | 1 | 173 | 2 |
| 186 | 25 | 187 | 21 |
| 187 | 23 | 188 | 13 |
| 189 | 22 | 189 | 25 |
| 190 | 2 | 190 | 9 |
| 190 | 11 | 190 | 12 |
| 191 | 21 | 191 | 23 |
| 192 | 1 | 192 | 12 |
| 192 | 19 | 193 | 12 |
| 215 | 9 | 215 | 24 |
| 216 | 2 | 216 | 11 |
| 216 | 16 | 216 | 24 |

| Thomas Quinn – May 22, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 5 | 12 | 5 | 23 |
| 6 | 10 | 6 | 19 |
| 8 | 10 | 9 | 7 |
| 12 | 7 | 13 | 24 |
| 63 | 13 | 64 | 11 |
| 64 | 13 | 65 | 4 |
| 65 | 6 | 65 | 8 |
| 65 | 10 | 65 | 17 |
| 65 | 19 | 65 | 20 |
| 105 | 23 | 106 | 5 |
| 144 | 18 | 144 | 24 |
| 145 | 1 | 148 | 5 |
| 148 | 7 | 148 | 16 |
| 148 | 18 | 148 | 18 |

7304901

| Larry Rosenberger - June 5, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 5 | 9 | 5 | 11 |
| 6 | 14 | 8 | 26 |
| 290 | 2 | 290 | 13 |
| 290 | 16 | 291 | 11 |
| 291 | 14 | 293 | 3 |

7304901

| Cheryl St. John - June 28, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 5 | 21 | 5 | 23 |
| 11 | 7 | 12 | 1 |
| 12 | 11 | 14 | 10 |
| 14 | 16 | 15 | 5 |
| 15 | 24 | 18 | 4 |
| 19 | 10 | 19 | 13 |
| 20 | 8 | 20 | 21 |
| 21 | 17 | 21 | 18 |
| 21 | 20 | 21 | 24 |
| 22 | 1 | 22 | 8 |
| 25 | 19 | 26 | 6 |
| 27 | 3 | 30 | 9 |
| 30 | 18 | 31 | 15 |
| 33 | 3 | 33 | 20 |
| 36 | 20 | 37 | 6 |
| 37 | 12 | 37 | 15 |
| 37 | 20 | 38 | 8 |
| 39 | 5 | 39 | 8 |
| 39 | 19 | 40 | 1 |
| 40 | 3 | 40 | 3 |
| 40 | 24 | 41 | 2 |
| 41 | 5 | 41 | 9 |
| 42 | 11 | 42 | 24 |
| 43 | 1 | 43 | 4 |
| 43 | 14 | 43 | 19 |
| 45 | 6 | 45 | 8 |
| 45 | 10 | 45 | 13 |
| 47 | 2 | 47 | 5 |
| 47 | 7 | 47 | 13 |
| 47 | 16 | 47 | 24 |
| 48 | 11 | 49 | 24 |
| 50 | 12 | 50 | 16 |
| 50 | 24 | 51 | 11 |
| 51 | 25 | 52 | 21 |
| 53 | 7 | 53 | 13 |
| 53 | 23 | 55 | 6 |
| 55 | 8 | 55 | 16 |
| 60 | 20 | 61 | 3 |
| 61 | 5 | 61 | 19 |
| 66 | 4 | 66 | 15 |

7304901

| Cheryl St. John – June 28, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 67 | 14 | 67 | 20 |
| 68 | 11 | 69 | 12 |
| 69 | 15 | 69 | 17 |
| 69 | 15 | 69 | 17 |
| 70 | 14 | 72 | 4 |
| 72 | 23 | 73 | 2 |
| 73 | 10 | 73 | 12 |
| 73 | 14 | 73 | 21 |
| 73 | 23 | 73 | 24 |
| 74 | 4 | 74 | 8 |
| 74 | 21 | 74 | 25 |
| 75 | 2 | 75 | 5 |
| 76 | 5 | 76 | 8 |
| 76 | 11 | 76 | 18 |
| 77 | 19 | 77 | 24 |
| 78 | 3 | 78 | 24 |
| 79 | 2 | 79 | 13 |
| 81 | 15 | 81 | 20 |
| 81 | 23 | 82 | 7 |
| 82 | 17 | 83 | 10 |
| 92 | 1 | 92 | 17 |
| 93 | 9 | 94 | 9 |
| 94 | 15 | 94 | 23 |
| 94 | 25 | 94 | 25 |
| 95 | 3 | 95 | 3 |
| 95 | 5 | 95 | 12 |
| 95 | 18 | 95 | 18 |
| 95 | 25 | 96 | 15 |
| 97 | 19 | 99 | 12 |
| 99 | 21 | 101 | 3 |
| 101 | 12 | 103 | 15 |
| 105 | 4 | 105 | 12 |
| 105 | 21 | 106 | 13 |
| 106 | 15 | 106 | 22 |
| 106 | 25 | 107 | 16 |
| 107 | 19 | 108 | 13 |
| 108 | 16 | 109 | 19 |
| 109 | 21 | 109 | 25 |
| 110 | 24 | 111 | 2 |
| 111 | 9 | 111 | 17 |

| Cheryl St. John - June 28, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 111 | 23 | 111 | 24 |
| 112 | 18 | 113 | 1 |
| 113 | 8 | 113 | 25 |
| 116 | 3 | 116 | 7 |
| 116 | 9 | 116 | 14 |
| 119 | 6 | 119 | 11 |
| 119 | 13 | 119 | 24 |
| 122 | 2 | 122 | 8 |
| 122 | 15 | 122 | 17 |
| 122 | 19 | 122 | 22 |
| 123 | 11 | 123 | 14 |
| 123 | 17 | 123 | 23 |
| 123 | 25 | 124 | 7 |
| 124 | 10 | 124 | 11 |
| 124 | 18 | 125 | 4 |
| 125 | 9 | 125 | 10 |
| 128 | 11 | 128 | 15 |
| 128 | 23 | 129 | 20 |
| 129 | 25 | 129 | 25 |
| 153 | 4 | 154 | 3 |
| 154 | 5 | 154 | 15 |
| 154 | 17 | 154 | 22 |
| 156 | 11 | 157 | 2 |
| 158 | 9 | 159 | 25 |
| 162 | 16 | 163 | 12 |
| 164 | 22 | 165 | 5 |
| 165 | 7 | 165 | 22 |
| 165 | 24 | 166 | 20 |
| 166 | 22 | 167 | 8 |
| 167 | 10 | 168 | 6 |
| 168 | 12 | 168 | 23 |
| 168 | 25 | 169 | 6 |
| 169 | 8 | 169 | 16 |
| 169 | 18 | 169 | 25 |
| 170 | 4 | 170 | 10 |
| 172 | 1 | 173 | 2 |
| 173 | 4 | 173 | 12 |
| 173 | 14 | 173 | 21 |
| 173 | 23 | 174 | 13 |
| 174 | 17 | 175 | 2 |

7304901

| Cheryl St. John – June 28, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 175 | 4 | 175 | 4 |
| 177 | 1 | 177 | 7 |
| 177 | 10 | 179 | 4 |
| 179 | 12 | 179 | 21 |
| 180 | 2 | 180 | 3 |
| 180 | 7 | 181 | 6 |
| 181 | 14 | 181 | 14 |
| 182 | 12 | 182 | 19 |
| 183 | 1 | 183 | 11 |
| 183 | 15 | 183 | 16 |
| 184 | 7 | 184 | 10 |
| 184 | 15 | 184 | 17 |
| 185 | 13 | 185 | 19 |
| 185 | 25 | 186 | 15 |
| 186 | 19 | 186 | 20 |
| 187 | 11 | 187 | 14 |
| 188 | 14 | 189 | 3 |
| 189 | 6 | 190 | 12 |
| 190 | 25 | 192 | 22 |
| 193 | 7 | 193 | 20 |
| 194 | 5 | 194 | 13 |
| 194 | 15 | 194 | 17 |
| 195 | 7 | 195 | 11 |
| 195 | 13 | 197 | 10 |
| 197 | 15 | 198 | 4 |
| 198 | 8 | 198 | 21 |
| 198 | 23 | 199 | 16 |
| 199 | 22 | 200 | 3 |
| 200 | 5 | 201 | 11 |
| 201 | 15 | 201 | 18 |
| 201 | 22 | 201 | 25 |
| 202 | 2 | 202 | 14 |
| 202 | 16 | 203 | 2 |
| 203 | 24 | 203 | 25 |
| 203 | 2 | 203 | 6 |
| 204 | 8 | 204 | 20 |
| 211 | 9 | 213 | 23 |
| 216 | 21 | 218 | 9 |
| 218 | 17 | 219 | 7 |
| 219 | 9 | 219 | 9 |

| Cheryl St. John - June 28, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 219 | 17 | 219 | 20 |
| 219 | 23 | 220 | 6 |
| 222 | 12 | 222 | 21 |
| 223 | 16 | 223 | 18 |
| 223 | 21 | 223 | 23 |
| 223 | 25 | 224 | 3 |

7304901

| Darcy Sullivan - June 10, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 5 | 7 | 5 | 8 |
| 10 | 15 | 10 | 20 |
| 11 | 15 | 11 | 24 |
| 14 | 25 | 15 | 9 |
| 15 | 18 | 16 | 18 |
| 18 | 24 | 19 | 16 |
| 20 | 4 | 20 | 25 |
| 22 | 20 | 22 | 21 |
| 23 | 8 | 23 | 24 |
| 24 | 5 | 24 | 14 |
| 24 | 19 | 25 | 3 |
| 25 | 23 | 26 | 1 |
| 26 | 3 | 26 | 15 |
| 28 | 8 | 28 | 14 |
| 29 | 4 | 29 | 15 |
| 31 | 25 | 32 | 3 |
| 32 | 7 | 32 | 8 |
| 35 | 1 | 35 | 2 |
| 35 | 5 | 35 | 6 |
| 36 | 10 | 36 | 13 |
| 39 | 25 | 40 | 2 |
| 40 | 4 | 40 | 9 |
| 40 | 18 | 40 | 20 |
| 40 | 22 | 40 | 25 |
| 46 | 2 | 46 | 14 |
| 47 | 3 | 47 | 5 |
| 47 | 7 | 47 | 8 |
| 47 | 19 | 48 | 13 |
| 48 | 15 | 48 | 22 |
| 48 | 24 | 49 | 16 |
| 49 | 24 | 50 | 2 |
| 50 | 14 | 50 | 25 |
| 51 | 12 | 51 | 13 |
| 51 | 15 | 52 | 20 |
| 52 | 23 | 53 | 8 |
| 53 | 10 | 53 | 23 |
| 53 | 25 | 54 | 2 |
| 54 | 4 | 54 | 19 |
| 56 | 17 | 56 | 22 |
| 57 | 11 | 57 | 19 |

| Darcy Sullivan - June 10, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 57 | 21 | 57 | 22 |
| 59 | 17 | 59 | 18 |
| 59 | 20 | 59 | 24 |
| 62 | 10 | 62 | 11 |
| 62 | 14 | 63 | 3 |
| 63 | 5 | 63 | 15 |
| 63 | 17 | 64 | 1 |
| 64 | 5 | 65 | 6 |
| 65 | 8 | 66 | 8 |
| 66 | 9 | 66 | 20 |
| 68 | 5 | 68 | 8 |
| 68 | 11 | 68 | 13 |
| 70 | 1 | 70 | 10 |
| 75 | 8 | 75 | 13 |
| 76 | 14 | 76 | 17 |
| 76 | 20 | 76 | 23 |
| 76 | 25 | 77 | 13 |
| 78 | 5 | 78 | 7 |
| 78 | 9 | 78 | 10 |
| 80 | 11 | 80 | 12 |
| 80 | 15 | 80 | 15 |
| 82 | 9 | 82 | 17 |
| 82 | 19 | 84 | 7 |
| 84 | 22 | 85 | 2 |
| 85 | 7 | 85 | 19 |
| 87 | 1 | 87 | 9 |
| 87 | 11 | 87 | 20 |
| 87 | 22 | 88 | 16 |
| 88 | 19 | 88 | 22 |
| 90 | 25 | 91 | 6 |
| 91 | 8 | 91 | 12 |
| 91 | 15 | 92 | 6 |
| 92 | 10 | 92 | 24 |
| 93 | 8 | 93 | 13 |
| 93 | 16 | 94 | 4 |
| 94 | 20 | 94 | 23 |
| 98 | 1 | 98 | 9 |
| 101 | 15 | 101 | 20 |
| 105 | 8 | 105 | 18 |
| 105 | 20 | 106 | 22 |

| Darcy Sullivan – June 10, 2008 | | | |
|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line |
| 106 | 24 | 107 | 6 |
| 108 | 8 | 108 | 11 |
| 108 | 13 | 108 | 18 |
| 108 | 21 | 108 | 24 |
| 110 | 5 | 112 | 17 |
| 112 | 21 | 113 | 5 |
| 113 | 7 | 113 | 18 |
| 113 | 20 | 133 | 23 |
| 114 | 1 | 114 | 5 |
| 114 | 17 | 115 | 2 |
| 115 | 5 | 115 | 10 |
| 115 | 21 | 115 | 22 |
| 115 | 24 | 116 | 3 |
| 116 | 6 | 116 | 13 |
| 116 | 16 | 116 | 23 |
| 119 | 12 | 120 | 23 |
| 121 | 1 | 121 | 2 |
| 121 | 5 | 121 | 7 |
| 121 | 10 | 121 | 21 |
| 121 | 24 | 122 | 10 |
| 122 | 15 | 122 | 17 |
| 122 | 19 | 122 | 21 |
| 123 | 17 | 123 | 23 |
| 123 | 25 | 124 | 12 |
| 124 | 14 | 125 | 2 |
| 125 | 4 | 125 | 9 |
| 125 | 11 | 125 | 16 |
| 125 | 18 | 125 | 25 |
| 126 | 3 | 126 | 4 |
| 128 | 25 | 129 | 13 |
| 130 | 4 | 130 | 15 |
| 131 | 4 | 131 | 13 |
| 131 | 25 | 132 | 5 |
| 132 | 8 | 132 | 16 |
| 135 | 24 | 136 | 6 |
| 136 | 9 | 136 | 22 |
| 143 | 10 | 143 | 13 |
| 143 | 16 | 144 | 11 |
| 144 | 14 | 144 | 17 |
| 144 | 20 | 144 | 20 |

| Darcy Sullivan - June 10, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 145 | 4 | 145 | 5 |
| 145 | 7 | 145 | 10 |
| 145 | 12 | 145 | 21 |
| 165 | 19 | 165 | 20 |
| 165 | 24 | 166 | 4 |
| 169 | 7 | 169 | 9 |
| 174 | 1 | 174 | 7 |
| 174 | 10 | 174 | 14 |
| 174 | 17 | 175 | 2 |
| 175 | 5 | 175 | 8 |
| 175 | 10 | 175 | 11 |
| 175 | 13 | 175 | 16 |
| 175 | 18 | 175 | 19 |

| Ron Totaro – June 27, 2008 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 6 | 10 | 6 | 19 |
| 8 | 18 | 8 | 23 |
| 27 | 4 | 27 | 8 |
| 27 | 10 | 27 | 14 |
| 27 | 18 | 27 | 20 |
| 29 | 6 | 29 | 23 |
| 35 | 10 | 35 | 14 |
| 35 | 16 | 37 | 6 |
| 49 | 22 | 50 | 22 |
| 50 | 24 | 53 | 2 |

| Craig Watts - November 14, 2007 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 7 | 21 | 7 | 22 |
| 8 | 24 | 9 | 10 |
| 14 | 22 | 15 | 17 |
| 62 | 5 | 62 | 10 |
| 62 | 12 | 63 | 6 |
| 63 | 8 | 64 | 6 |
| 138 | 11 | 138 | 21 |
| 138 | 23 | 140 | 8 |
| 152 | 15 | 153 | 2 |
| 153 | 4 | 153 | 17 |
| 162 | 24 | 163 | 15 |
| 163 | 17 | 163 | 25 |
| 164 | 3 | 164 | 7 |
| 164 | 10 | 164 | 14 |
| 164 | 17 | 165 | 7 |
| 166 | 20 | 167 | 7 |
| 167 | 23 | 168 | 11 |
| 177 | 7 | 177 | 21 |
| 177 | 23 | 178 | 12 |
| 201 | 13 | 202 | 6 |
| 214 | 23 | 215 | 18 |
| 217 | 14 | 220 | 2 |
| 232 | 21 | 233 | 23 |
| 234 | 1 | 234 | 16 |
| 235 | 13 | 235 | 17 |
| 236 | 5 | 236 | 8 |
| 236 | 10 | 236 | 23 |
| 237 | 7 | 237 | 10 |
| 237 | 12 | 237 | 18 |
| 239 | 19 | 239 | 22 |
| 239 | 24 | 239 | 25 |
| 241 | 25 | 243 | 5 |
| 243 | 15 | 243 | 22 |
| 243 | 25 | 244 | 13 |
| 244 | 16 | 245 | 2 |
| 245 | 4 | 245 | 23 |
| 245 | 25 | 246 | 2 |
| 246 | 4 | 246 | 16 |
| 246 | 18 | 250 | 13 |
| 250 | 15 | 250 | 23 |

7304901

| Craig Watts – November 14, 2007 | | | |
|---|---|---|---|
| **Begin Page** | **Begin Line** | **End Page** | **End Line** |
| 253 | 8 | 253 | 17 |
| 253 | 20 | 254 | 4 |
| 256 | 17 | 258 | 12 |
| 258 | 14 | 259 | 8 |
| 259 | 11 | 260 | 9 |
| 260 | 11 | 260 | 17 |
| 260 | 20 | 261 | 24 |
| 262 | 3 | 263 | 14 |
| 267 | 19 | 268 | 23 |
| 271 | 23 | 272 | 20 |
| 272 | 22 | 273 | 1 |

7304901