**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fair Isaac Corporation and myFICO ) <br> Consumer Services, Inc.; ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Experian Information Solutions, Inc.; ) <br> Trans Union LLC; VantageScore ) <br> Solutions, LLC; and Does I through X; ) <br> ) <br>     Defendants. ) <br> ) <br> _____ ) | Civil Action No: <br> 0:06-cv-04112 (ADM/JSM) |

**DEFENDANTS' COUNTER-DESIGNATIONS IN RESPONSE TO PLAINTIFFS' DESIGNATIONS OF DEPOSITION TESTIMONY TO BE OFFERED AT TRIAL IN LIEU OF LIVE TESTIMONY**

Pursuant to the Court's Order, dated September 3, 2009, Defendant Experian Information Solutions, Inc. ("Experian") hereby submits its counter-designations, which are attached hereto as Appendix A, in response to Plaintiffs' designations of deposition testimony to be offered into evidence in lieu of live testimony. Experian reserves the right to supplement or amend its counter-designations of deposition testimony, as necessary. Experian adopts the counter-designations asserted by any other Defendant in this matter. As noted, in some instances, Experian has counter-designated testimony to which Experian also has lodged an objection, as a protective matter, and such counter-designations do not waive the objection.

Respectfully submitted this 24th day of September, 2009.

**Lindquist & Vennum PLLP**
By: s/ Mark A. Jacobson
Mark A. Jacobson (MN Bar #188943)
Chris Sullivan (MN Bar #0343717)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-3211
Fax: (612) 371-3207
mjacobson@lindquist.com
csullivan@lindquist.com

– and –

**White & Case LLP**
M. Elaine Johnston
Robert A. Milne
Chris J. Glancy
Jack E. Pace III
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Fax: (212) 354-8113
mejohnston@whitecase.com
rmilne@whitecase.com
cglancy@whitecase.com
jpace@whitecase.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

# **APPENDIX A**

Fair Isaac Corp., et al. v. Experian Information Solutions, Inc., et al.  September 24, 2009
Civ. Action No: 0:06-cv-04112 (ADM/JSM)  7315757

| Kerry Williams Deposition -- June 30, 2008 | | | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 210* | 25* | 212* | 1* |
| 214 | 21 | 214 | 23 |
| 215 | 4 | 215 | 8 |
| 220 | 6 | 220 | 13 |
| 220 | 15 | 220 | 18 |
| 221 | 24 | 222 | 10 |
| 222 | 13 | 223 | 8 |
| 223 | 14 | 223 | 21 |
| 243 | 22 | 243 | 25 |
| 245 | 2 | 245 | 5 |
| 267* | 9* | 267* | 18* |
| 267* | 21* | 267* | 21* |

\* Counter-designations marked with a "*" are not relevant, and Defendants seek to use them only if the court admits certain designations on Plaintiffs' list.

Fair Isaac Corp., et al. v. Experian Information Solutions, Inc., et al().  September 24, 2009
Civ. Action No: 0:06-cv-04112 (ADM/JSM)  7315757

| Daniel Hartwig 30(b)(6) Deposition -- July 8, 2008 | | | |
|---|---|---|---|
| **Beginning Page** | Line | **Ending Page** | Line |
| 8 | 7 | 9 | 8 |
| 14 | 16 | 14 | 25 |
| 15 | 2 | 15 | 9 |
| 16 | 4 | 17 | 13 |
| 28 | 20 | 29 | 19 |
| 52* | 9* | 52* | 17* |
| 55 | 12 | 55 | 22 |
| 59* | 19* | 59* | 20* |
| 60* | 4* | 60* | 24* |
| 61 | 2 | 61 | 3 |
| 61 | 24 | 62 | 12 |
| 65 | 12 | 65 | 24 |
| 84 | 24 | 85 | 15 |
| 95 | 20 | 96 | 5 |
| 96 | 24 | 97 | 25 |
| 101 | 3 | 101 | 7 |
| 113 | 8 | 113 | 18 |
| 115 | 20 | 115 | 23 |
| 117 | 12 | 118 | 4 |
| 119 | 12 | 120 | 6 |
| 125 | 13 | 125 | 13 |
| 139 | 2 | 139 | 16 |
| 140 | 2 | 140 | 5 |
| 140* | 6* | 142* | 23* |

* Counter-designations marked with a "*" are not relevant, and Defendants seek to use them only if the court admits certain designations on Plaintiffs' list.

2

Fair Isaac Corp., et al. v. Experian Information Solutions, Inc., et al.  September 24, 2009
Civ. Action No: 0:06-cv-04112 (ADM/JSM)  7315757

| David Williams Deposition -- July 10, 2008 | | | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 13 | 5 | 13 | 19 |
| 14 | 6 | 16 | 14 |
| 51 | 5 | 52 | 9 |
| 64 | 9 | 64 | 19 |
| 86 | 8 | 86 | 11 |
| 86 | 24 | 87 | 11 |
| 105 | 21 | 105 | 25 |
| 106 | 3 | 106 | 3 |
| 106 | 25 | 107 | 11 |
| 122 | 4 | 122 | 10 |
| 122 | 17 | 122 | 24 |
| 135 | 9 | 135 | 17 |
| 135 | 19 | 135 | 20 |
| 167 | 16 | 168 | 15 |
| 171 | 3 | 171 | 6 |
| 171 | 12 | 171 | 21 |
| 172 | 4 | 172 | 7 |
| 172 | 10 | 172 | 15 |
| 172 | 18 | 173 | 7 |
| 214 | 9 | 215 | 4 |
| 232 | 7 | 232 | 9 |
| 267 | 24 | 268 | 11 |
| 268 | 13 | 268 | 22 |
| 268 | 25 | 269 | 12 |
| 269 | 24 | 270 | 24 |
| 293 | 17 | 293 | 23 |
| 295 | 6 | 295 | 16 |
| 325 | 3 | 325 | 10 |
| David Williams Deposition -- July 31, 2008 | | | |
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 458 | 22 | 459 | 4 |
| 459 | 11 | 460 | 9 |
| 460 | 11 | 461 | 4 |
| 461 | 6 | 461 | 8 |
| 462 | 8 | 463 | 2 |
| 463 | 5 | 463 | 20 |
| 463 | 23 | 464 | 6 |
| 466 | 18 | 467 | 2 |

\* Counter-designations marked with a "*" are not relevant, and Defendants seek to use them only if the court admits certain designations on Plaintiffs' list.

3

CASE 0:06-cv-04112-ADM -JSM   Document 797   Filed 09/24/09   Page 7 of 14

Fair Isaac Corp., et al. v. Experian Information Solutions, Inc., et al.  September 24, 2009
Civ. Action No: 0:06-cv-04112 (ADM/JSM)  7315757

| 478 | 12 | 478 | 14 |
|---|---|---|---|
| 478 | 17 | 479 | 6 |
| 482 | 17 | 484 | 6 |
| 485 | 9 | 486 | 11 |
| 486 | 13 | 486 | 13 |
| 487 | 11 | 487 | 20 |
| 494 | 24 | 500 | 21 |
| 500 | 23 | 502 | 15 |
| 650 | 4 | 651 | 23 |
| 655 | 3 | 655 | 21 |
| 655 | 23 | 655 | 25 |
| 656 | 3 | 656 | 7 |
| 656 | 9 | 656 | 15 |
| 656 | 17 | 656 | 22 |
| 656 | 24 | 657 | 7 |
| 657 | 9 | 657 | 9 |

\* Counter-designations marked with a "\*" are not relevant, and Defendants seek to use them only if the court admits certain designations on Plaintiffs' list.    4

Fair Isaac Corp., et al. v. Experian Information Solutions, Inc., et al.      September 24, 2009
Civ. Action No: 0:06-cv-04112 (ADM/JSM)      7315757

| Stan Oliai Deposition -- April 24, 2008 | | | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 161 | 10 | 162 | 3 |
| 189 | 2 | 189 | 19 |
| 289 | 13 | 189 | 17 |
| 130* | 11* | 130* | 15* |
| 130* | 20* | 130* | 22* |
| 163* | 21* | 163* | 25* |
| 164* | 19* | 164* | 21* |
| 164* | 24* | 164* | 24* |
| 165* | 12* | 165* | 12* |
| 165* | 14* | 165* | 14* |
| 165* | 25* | 165* | 25* |
| 166* | 3* | 166* | 7* |
| 166* | 10* | 166* | 11* |
| 198* | 24* | 199* | 24* |
| 235* | 10* | 235* | 11* |
| 235* | 14* | 235* | 17* |
| 235* | 19* | 236* | 5* |
| **Stan Oliai Deposition -- April 25, 2008** | | | |
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 363* | 11* | 363* | 13* |
| 363* | 15* | 363* | 24* |
| 364* | 4* | 364* | 9* |
| 380* | 5* | 380* | 7* |
| 380* | 9* | 380* | 15* |
| **Stan Oliai Deposition -- July 16, 2008** | | | |
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 589 | 11 | 589 | 14 |
| 589 | 17 | 589 | 22 |
| 589 | 24 | 590 | 9 |
| 590 | 13 | 590 | 17 |
| 590 | 19 | 590 | 21 |
| 592 | 3 | 592 | 8 |
| 592 | 11 | 592 | 12 |
| 593 | 6 | 593 | 15 |
| 594 | 4 | 595 | 14 |
| 599 | 20 | 599 | 23 |
| 600 | 2 | 601 | 23 |
| 602 | 13 | 602 | 17 |

\* Counter-designations marked with a "*" are not relevant, and Defendants seek to use them only if the court admits certain designations on Plaintiffs' list.

5

Fair Isaac Corp., et al. v. Experian Information Solutions, Inc., et al.   September 24, 2009
Civ. Action No: 0:06-cv-04112 (ADM/JSM)   7315757

| 602 | 22 | 603 | 8 |
|---|---|---|---|
| 603 | 18 | 604 | 8 |
| 606 | 4 | 606 | 9 |
| 606 | 12 | 606 | 18 |
| 606 | 24 | 607 | 11 |
| 607 | 24 | 608 | 12 |
| 612 | 22 | 613 | 11 |
| 615 | 16 | 616 | 6 |
| 617 | 9 | 617 | 11 |
| 617 | 20 | 617 | 22 |
| 617 | 23 | 617 | 24 |
| 618 | 2 | 618 | 2 |
| 618 | 9 | 618 | 12 |
| 618 | 21 | 618 | 23 |
| 618 | 25 | 618 | 25 |
| 620 | 20 | 622 | 4 |
| 624 | 16 | 625 | 4 |
| 625 | 7 | 625 | 10 |
| 625 | 14 | 625 | 19 |
| 626 | 11 | 627 | 10 |
| 627 | 16 | 627 | 21 |
| 632 | 5 | 632 | 14 |
| 638 | 7 | 638 | 10 |
| 639 | 4 | 639 | 10 |
| 639 | 12 | 639 | 17 |
| 639 | 21 | 640 | 6 |
| 660 | 6 | 660 | 7 |
| 660 | 13 | 660 | 23 |
| 662 | 20 | 662 | 20 |
| 662 | 22 | 663 | 2 |
| 671 | 10 | 671 | 11 |
| 671 | 14 | 671 | 18 |
| 675 | 3 | 675 | 5 |
| 675 | 11 | 675 | 23 |
| 684 | 14 | 684 | 17 |
| 687 | 7 | 689 | 10 |
| 692 | 6 | 692 | 18 |
| 701 | 15 | 701 | 18 |
| 701 | 22 | 702 | 21 |
| 703 | 15 | 703 | 19 |

\* Counter-designations marked with a "\*" are not relevant, and Defendants seek to use them only if the court admits certain designations on Plaintiffs' list.   6

Fair Isaac Corp., et al. v. Experian Information Solutions, Inc., et al.                       September 24, 2009
Civ. Action No: 0:06-cv-04112 (ADM/JSM)                                                                 7315757

| | | | |
|---|---|---|---|
| 703 | 24 | 704 | 4 |
| 869 | 15 | 869 | 19 |
| 869 | 25 | 870 | 6 |
| 883 | 16 | 883 | 21 |
| 883 | 24 | 884 | 9 |
| 884 | 12 | 884 | 16 |
| 906* | 22* | 908* | 10* |

\* Counter-designations marked with a "*" are not relevant, and Defendants seek to use them only if the court admits certain designations on Plaintiffs' list.

Fair Isaac Corp., et al. v. Experian Information Solutions, Inc., et al.  September 24, 2009
Civ. Action No: 0:06-cv-04112 (ADM/JSM)  7315757

| Charles Robida Deposition -- May 13, 2008 | | | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 16 | 16 | 17 | 6 |

* Counter-designations marked with a "*" are not relevant, and Defendants seek to use them only if the court admits certain designations on Plaintiffs' list.

8

Fair Isaac Corp., et al. v. Experian Information Solutions, Inc., et al.  September 24, 2009
Civ. Action No: 0:06-cv-04112 (ADM/JSM)  7315757

| Matt Schwab Deposition -- June 26, 2008 | | | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 112 | 21 | 113 | 7 |
| 113* | 14* | 113* | 22* |
| 130 | 6 | 130 | 14 |
| 130 | 23 | 131 | 10 |
| 132 | 24 | 133 | 13 |
| 260 | 24 | 261 | 5 |
| 261 | 19 | 262 | 9 |

* Counter-designations marked with a "*" are not relevant, and Defendants seek to use them only if the court admits certain designations on Plaintiffs' list.

9

Fair Isaac Corp., et al. v. Experian Information Solutions, Inc., et al.  September 24, 2009
Civ. Action No: 0:06-cv-04112 (ADM/JSM)  7315757

| Peter Carroll Deposition -- April 8, 2008 | | | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 53* | 22* | 53* | 24* |
| 62* | 19* | 62* | 21* |
| 62* | 24* | 63* | 7* |
| 65* | 4* | 65* | 5* |
| 65* | 8* | 65* | 10* |
| 70* | 5* | 70* | 12* |
| 78* | 12* | 78* | 23* |
| 110* | 5* | 110 | 12* |
| 110* | 14* | 110* | 15* |
| 110* | 18* | 110* | 20* |
| 143* | 20* | 144* | 3* |
| 197* | 21* | 197* | 24* |
| 203 | 17 | 203 | 20 |
| 203 | 24 | 204 | 7 |
| 211 | 13 | 211 | 15 |
| 220 | 21 | 220 | 23 |
| 221 | 2 | 221 | 5 |
| 226 | 10 | 226 | 16 |
| 233 | 2 | 233 | 4 |
| 233 | 6 | 233 | 6 |
| 304 | 18 | 304 | 20 |
| 305 | 8 | 305 | 18 |

* Counter-designations marked with a "*" are not relevant, and Defendants seek to use them only if the court admits certain designations on Plaintiffs' list.

Fair Isaac Corp., et al. v. Experian Information Solutions, Inc., et al.  September 24, 2009
Civ. Action No: 0:06-cv-04112 (ADM/JSM)  7315757

| Piyush Tantia Deposition -- May 30, 2008 | | | |
|---|---|---|---|
| **Beginning Page** | **Line** | **Ending Page** | **Line** |
| 121* | 24* | 121* | 25* |
| 122* | 4* | 122* | 13* |
| 153* | 24* | 154* | 4* |
| 154* | 11* | 154* | 11* |
| 185* | 20* | 185* | 21* |
| 185* | 25* | 186* | 2* |
| 189* | 20* | 189* | 23* |
| 190 | 3 | 190 | 9 |
| 254 | 12 | 254 | 13 |
| 255 | 21 | 256 | 8 |
| 256 | 14 | 256 | 18 |

\* Counter-designations marked with a "*" are not relevant, and Defendants seek to use them only if the court admits certain designations on Plaintiffs' list.                                                                                                                                            11