**WHITE & CASE**

White & Case LLP  
1155 Avenue of the Americas  
New York, New York 10036-2787  

Tel + 1 212 819 8200  
Fax + 1 212 354 8113  
www.whitecase.com  

Direct Dial + 1 212 819 8520    jpace@whitecase.com

October 22, 2009

VIA FACSIMILE

The Honorable Ann D. Montgomery  
United States District Court  
 for the District of Minnesota  
200 U.S. Courthouse  
300 South Fourth Street  
Minneapolis, MN 55415

Re: *Fair Isaac Corporation et al. v. Experian Information Solutions Inc., et al.*,  
    Index No. 06-CV-4112 (ADM-JSM)

Dear Judge Montgomery:

White & Case LLP ("White & Case" or the "Firm") is acting as counsel for Experian Information Solutions Inc., in the above-referenced matter ("Fair Isaac Matter") currently before this Court.

The purpose of this letter is to inform Chambers as well as the parties copied on this letter that a former Intern to Your Honor, Daniel Bork, whose affiliation with the Firm as a summer law clerk was previously noticed to Chambers in June of 2008, will be joining White & Case as a law clerk in November 2009. It is our understanding that Mr. Bork did not work on the Fair Isaac Matter during the course of his internship. Nevertheless, White & Case will screen Mr. Bork completely from any involvement in the Fair Isaac Matter in accordance with the Firm's customary procedures and applicable rules of professional responsibility.

We assume that such screening removes any questions as to the propriety of Mr. Bork's employment while our Firm continues the representation set forth above. If there is a contrary view, we respectfully request both Mr. Bork and the Firm be informed.

ABU DHABI  ALMATY  ANKARA  BANGKOK  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DRESDEN  DÜSSELDORF  
FRANKFURT  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MILAN  MOSCOW  
MUNICH  NEW YORK  PALO ALTO  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

NEWYORK 7354850 (2K)

The Honorable Ann D. Montgomery

**WHITE & CASE**

To the extent that Your Honor deems additional notice is appropriate, White & Case will serve and file whatever notices Your Honor directs.

Respectfully submitted,

White & Case LLP

By: _____
Jack E. Pace III

cc: Counsel of Record (via e-mail)
Daniel Bork

2