IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Fair Isaac Corporation and myFICO Consumer Services, Inc.;

        Plaintiffs,

v.

Experian Information Solutions Inc.; Trans Union, LLC; VantageScore Solutions, LLC; and Does I through X;

        Defendants.

Case No. 06-cv-4112 (ADM-JSM)

## Declaration of Stephen Astle

1. I am an employee of Fair Isaac Corporation ("FICO") and I work in the FICO offices in San Rafael, California.

2. I am over 18 years old and I am competent to testify about the matters in this declaration.

3. My title is Vice President--Corporate Communications. Mr. Watts is one of my 4 direct reports.

4. Mr. Watts lives and works full-time in California.

5. Mr. Watts is an employee with FICO and works in FICO's offices in San Rafael, California.

6. Mr. Watts' title is Public Affairs Director, and he provides public relations support to FICO, which primarily consists of working with the news media and consumer advocacy groups.

7. Mr. Watts is not now nor has he ever been an officer or high-level employee of FICO or a managing agent of FICO.

8. He does not manage any employees and he does not have any direct reports.

9. He does not sit on the board of directors at FICO.

10. As stated earlier, Mr. Watts reports to me.

11. I report to Laurent Pacalin whose title is Senior Vice President—Chief Marketing Officer. Mr. Pacalin has 6 direct reports.

12. Mr. Pacalin reports to the CEO, Mark Greene, who has 9 direct reports.

13. There are 212 people at the same level in the FICO hierarchy as Mr. Watts and 124 have the same Director title. In addition, FICO employs 133 people above Mr. Watts' level.

14. Mr. Watts does not have any decision-making authority related to FICO's trademark rights in connection with his job responsibilities.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Nov. 2, 2009

_____
Stephen Astle