IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc., | Civil Action No: 06 CV 4112 ADM/JSM |
| Plaintiffs, | |
| v. | **Declaration of Randall Tietjen** |
| Experian Information Solutions, Inc.; Trans Union LLC; and VantageScore Solutions, LLC; and Does I through X, | |
| Defendants. | |

I, Randall Tietjen, declare as follows:

1. I am a lawyer at the law firm of Robins, Kaplan, Miller & Ciresi L.L.P, which represents the plaintiffs, Fair Isaac Corporation and myFICO Consumer Services, Inc. ("Fair Isaac") and third-party Craig Watts. I have prepared this declaration for the purpose of providing a record to support Fair Isaac's Motion for a Protective Order and to Quash an Invalid Subpoena and to Impose a Sanction on Experian or Its Counsel (or both) under Rule 45(c)(1).

2. On November 1, 2009, Experian's counsel (Bryan Gant) sent me an email attaching a copy of a subpoena that he said had been served on Craig Watts on October 20, 2009. Mr. Gant also attached a copy of a cover letter for that subpoena dated October 19, 2009. *See* Ex. 1 & 2. On that cover letter, Mr. Gant noted that he had "cc" me with a copy of the letter and subpoena, but I never received a copy of those documents from Mr. Gant until his email on November 1.

1

2

3. Craig Watts was deposed by the defendants in this action on November 14, 2007, in Minneapolis in a videotaped deposition that lasted seven hours, involved forty-three exhibits, and included at least six attorneys for the defendants as participants. Mr. Watts never served as a corporate-representative witness for Fair Isaac under Rule 30(b)(6) of the Federal Rules of Civil Procedure.

4. Attached to this declaration are true and correct copies of the following documents:

Exhibit 1: a cover letter from Bryan Gant dated October 19, 2009, and a subpoena signed by Mr. Gant;

Exhibit 2: an email from Bryan Gant to me and others dated November 1, 2009;

Exhibit 3: *Schipper v. BNSF Railway Co.*, 2009 WL 997149 (D. Kan. April 14, 2009);

Exhibit 4: *Jamsports & Entertainment, LLC, v. Paradama Prod., Inc.*, 2005 WL 14917 (N.D. Ill. Jan. 3, 2005);

Exhibit 5: an email from Mark Jacobson to me and others dated October 16, 2009;

Exhibit 6: another email from Mark Jacobson to me and others dated October 16, 2009; and,

Exhibit 7: an email exchange between me and Jack Pace dated October 6, 2009.

Under penalty of perjury, I believe that the foregoing is true and correct.

Date: November 3, 2009         /s/ Randall Tietjen
                               Randall Tietjen

81099891.1