# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc.; | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No: |
| Experian Information Solutions, Inc.; Trans Union LLC; VantageScore Solutions, LLC; and Does I through X; | ) ) ) ) | 0:06-cv-04112 (ADM/JSM) |
| Defendants. | ) ) ) | |

## VANTAGESCORE SOLUTIONS, LLC'S THIRD AMENDED EXHIBIT LIST

Defendant VantageScore Solutions, LLC ("VantageScore") hereby serves its

Third Amended Exhibit List, which is attached as Appendix A, in the above-captioned

proceeding.  VantageScore reserves the right to (i) offer any exhibit on Plaintiffs' exhibit

list or on any other Defendant's exhibit list and (ii) use any document not on its exhibit

list for impeachment or rebuttal purposes.  VantageScore further reserves the right to

amend or supplement its exhibit list as necessary.

Respectfully submitted this 4th day of November, 2009.

**Kelly & Berens, P.A.**

By:         s/Justi R. Miller
             Barbara Podlucky Berens (MN #209788)
             Justi R. Miller (MN #0387330)
             Catherine A. McEnroe (MN #0219587)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 349-6171
Fax: (612) 349-6416

*Attorneys for Defendant*
*VantageScore Solutions, LLC*

**APPENDIX A**