IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fair Isaac Corporation; and myFICO
Consumer Services, Inc.,

        Plaintiffs,

v.

Experian Information Solutions, Inc.; Trans
Union LLC; and VantageScore Solutions, LLC;
and Does I through X,

        Defendants.

Civil Action No: 06 CV 4112 ADM/JSM

Second Declaration of Stephen Astle

---

1.     I am an employee of Fair Isaac Corporation ("FICO") and I work in the FICO offices of San Rafael, California. I am over 18 years old and I am competent to testify about the matters in this declaration. Craig Watts, as I explained in my earlier Declaration, on November 2, 2009, is one of the employees of FICO who reports to me.

2.     As part of Mr. Watts's job with FICO, Mr. Watts does not regularly transact business in person in Minnesota. And FICO has no reason to have him travel (or expectation that he will travel) to Minnesota for business for FICO in the foreseeable future.

3.     Mr. Watts is one of many employees of FICO who are sometimes quoted in the media. He alone is not a public spokesperson for the company. In fact, many of the employees of FICO who have been deposed in this lawsuit have been public spokespeople for FICO.

4.     I stated in my earlier Declaration that Mr. Watts's title with FICO is "Public Affairs Director." The word "Director" is common in titles of employees of FICO. In fact,

Mr. Watts is one of nine "Directors" just within the marketing unit of FICO. That unit alone also has four Senior Directors and two Vice Presidents—all above Mr. Watts on the corporate organizational chart.

Under penalty of perjury, I believe that the foregoing is true and correct.

Date: November 6, 2009

*Stephen Astle*