11/06/2009  10:21   702-763-6799          FEDEX OFFICE    5156          PAGE  02

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fair Isaac Corporation; and myFICO
Consumer Services, Inc.,

Plaintiffs,

Civil Action No: 06 CV 4112 ADM/JSM

v.

**Declaration of Craig Watts**

Experian Information Solutions, Inc.; Trans
Union LLC; and VantageScore Solutions, LLC;
and Does I through X,

Defendants.

---

1.     I am an employee of Fair Isaac corporation ("FICO") and I work in the FICO

offices in San Raphael, California.  I am over 18 years old and I am competent to testify

about the matters in this declaration.  I am the person on whom Experian Information

Solutions, Inc. served a subpoena.  My title at FICO is Public Affairs Director.  In my job

with FICO, I do not regularly transact business in person in Minnesota.  Other than

attending my deposition in Minnesota, to the best of my recollection, I have only been to

Minneapolis twice in the past 10 years, once in 2001 for a day or two and once in January

2008 for a day.  I have no reason to travel to Minnesota for business for FICO in the

foreseeable future.

Under penalty of perjury, I believe that the foregoing is true and correct.

Date:  November 6, 2009

Craig Watts

81105756. 1