Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:46:27 PM

## Fair Isaac v Experian et al

### Burns, Barrett (Vol. 01) - 10/11/2007

1 CLIP (RUNNING 00:11:06.464)

Good morning, Mr. Burns. ...

BURNS        18 SEGMENTS (RUNNING 00:11:06.464)    

1. PAGE 6:20 TO 6:23 (RUNNING 00:00:06.767)

```
20      Q.   Good morning, Mr. Burns.
21           Would you please state your full name
22 for the record?
23      A.   Barrett Burns.
```

2. PAGE 6:24 TO 7:02 (RUNNING 00:00:04.467)

```
24      Q.   Mr. Burns, have you ever been deposed
25 before?
00007:01     Burns - Confidential - Outside Counsel Only
02      A.   No.
```

3. PAGE 20:18 TO 20:20 (RUNNING 00:00:05.066)

```
18      Q.   And your current position at
19 VantageScore is CEO?
20      A.   President and CEO.
```

4. PAGE 22:20 TO 23:06 (RUNNING 00:00:53.100)

```
20      Q.   Let's step back a second and have you
21 tell us about the legal structure of VantageScore
22 as a corporate or legal entity, how it's
23 structured and who its stakeholders are.
24      A.   The entity is named VantageScore
25 Solutions LLC.  It is an LLC.  It is owned equally
00023:01     Burns - Confidential - Outside Counsel Only
02 by TransUnion, Equifax, and Experian, a third and
03 a third and a third.  As far as governance, they
04 each have two we call them member representatives.
05 And that's how we're organized.  That's how we're
06 organized.
```

5. PAGE 23:10 TO 23:16 (RUNNING 00:00:36.300)

```
10      Q.   Who are the member representatives for
11 each of the three credit bureaus?
12      A.   For Experian it is Kerry Williams and
13 Gary Kearns, K-E-A-R-N-S.  For TransUnion it is
14 Jeff Hellinga and Chet Wiermanski.  For Equifax it
15 is Paul Springman.  And the other position at this
16 time is vacant.
```

6. PAGE 26:09 TO 27:22 (RUNNING 00:02:30.533)

```
09      Q.   Back to the role of VantageScore, which
10 is not to sell the algorithm but to educate
11 people, market it, tell us what the role of
12 VantageScore is.
13      A.   We have several purposes, several
14 roles.  One is to warehouse and maintain the
15 algorithm.  Two is to educate various audiences
16 about VantageScore.  Three is to revalidate the
17 score periodically.  That's the primary purpose of
18 the -- and of course to license the algorithm back
19 to the three credit reporting companies.  And
20 again, our role is not to -- we do not sell.
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:46:27 PM

## Fair Isaac v Experian et al

```
       21        Q.    I want to talk about these in a little
       22   more detail in order here.  When you say to
       23   maintain the algorithm and warehouse it, where
       24   does that physically take place?
       25        A.    In our offices in Stamford,
00027:01        Burns - Confidential - Outside Counsel Only
       02   Connecticut.
       03        Q.    Is the algorithm stored on a computer
       04   there?
       05        A.    Yes.
       06        Q.    Is the algorithm also physically
       07   located at the credit bureaus, somewhere under
       08   their role and operation?
       09        A.    They reside on their platforms.
       10        Q.    And this education process, who are the
       11   targets of the education initiatives?
       12        A.    The targets of the education
       13   initiatives are regulators, rating agencies, Wall
       14   Street, the media, consumers in general, the GSEs.
       15        Q.    What's GSE stand for?
       16        A.    To be specific, it's Fannie Mae,
       17   Freddie Mac, federal home loan banks.  GSE stands
       18   for government-sponsored entities.
       19        Q.    Anyone else?
       20        A.    Consumer advocacy groups.
       21        Q.    Anyone else?
       22        A.    I think that pretty much covers it.
```

**7. PAGE 29:14 TO 29:23 (RUNNING 00:00:36.633)**

```
       14        Q.    Do you have to go through any approval
       15   process by the governing body of the LLC before
       16   you can make public statements about VantageScore?
       17        A.    No.
       18        Q.    Do you, as a matter of courtesy or
       19   policy, run drafts of statements by anybody at the
       20   credit bureaus before you make them?
       21        A.    Oh, we probably have.  I wouldn't want
       22   to say every type that we haven't.  We probably
       23   have.
```

**8. PAGE 49:17 TO 50:03 (RUNNING 00:00:27.267)**

```
       17        Q.    Who is Starkman & Associates?
       18        A.    A public relations firm.
       19        Q.    Are they VantageScore's public
       20   relations firm?
       21        A.    They were.
       22        Q.    No longer?
       23        A.    No longer.
       24        Q.    During what time period were they
       25   VantageScore's public relations firm?
00050:01        Burns - Confidential - Outside Counsel Only
       02        A.    September of '06 through -- this is
       03   October, September -- August of '07.
```

**9. PAGE 50:04 TO 50:12 (RUNNING 00:00:20.766)**

```
       04        Q.    Why was the relationship between
       05   VantageScore and Starkman terminated?
       06        A.    The board felt that they had done a
       07   good job and that we had established significant
       08   momentum having it outsourced and it was time to
       09   bring it in-house.
       10        Q.    Does VantageScore currently use the
       11   services of an outside PR firm?
       12        A.    No.
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:46:27 PM

# Fair Isaac v Experian et al

**10. PAGE 57:21 TO 57:25 (RUNNING 00:00:05.000)**

```
21          Do you know the most widely used credit
22   score?
23      A.  Yes.
24      Q.  Which is what?
25      A.  FICO.
```

**11. PAGE 75:24 TO 76:02 (RUNNING 00:00:07.300)**

```
       24      Q.   Now, consumers, are consumers a
       25   potential target market for the bureaus to sell
00076:01        Burns - Confidential - Outside Counsel Only
       02   VantageScore?
```

**12. PAGE 76:04 TO 76:25 (RUNNING 00:00:55.100)**

```
04      A.  I -- you'd have to ask them.
05      Q.  Do you know if the bureaus are
06   attempting to sell VantageScore directly to
07   consumers?
08      A.  There is some initiative, yes.
09      Q.  VantageScore has a Web site; right?
10      A.  We do.
11      Q.  Have you seen the Web site?
12      A.  I have.
13      Q.  Do you approve what goes on the Web
14   site?
15      A.  I do.
16      Q.  If you go to the Web site, there are
17   links that will allow you to navigate to each of
18   the bureaus; correct?
19      A.  Correct.
20      Q.  And if you navigate to those bureaus,
21   there are links that will allow you to purchase
22   VantageScore -- right? -- as a consumer?
23      A.  I haven't gone on our links to it, but
24   I believe you can purchase in some places
25   VantageScore.
```

**13. PAGE 78:13 TO 78:17 (RUNNING 00:00:08.433)**

```
13      Q.  Is there an industry standard score
14   today?
15      A.  I believe so.
16      Q.  Which score is that?
17      A.  FICO.
```

**14. PAGE 251:06 TO 252:16 (RUNNING 00:01:40.367)**

```
06          (Exhibit 17, e-mails, including e-mail
07       from Pratt to Burns, et al., marked for
08       identification, as of this date.)
09      Q.  Mr. Burns, I've had the court reporter
10   mark and hand you Exhibit 17, which is another
11   e-mail string.  And included in this string is --
12   and this is on the first page of the exhibit -- is
13   an e-mail from Stuart Pratt to himself, Norm
14   Magnuson and you, referencing VantageScore
15   article.
16          Do you see that?
17      A.  Yes.
18      Q.  And there's a reference in here that
19   says, Have you considered running some consumer
20   polling on the question of consumer preferences
21   for the A, B, C, D, F system versus the
22   traditional FICO approach?  Would be great to show
23   that consumers in Connecticut, California,
24   Alabama, et cetera, all favor the A, B, C, D, F
```

# Fair Isaac v Experian et al

```
        25  approach and believe they'll better understand
  00252:01      Burns - Confidential - Outside Counsel Only
        02  their scores.
        03          Do you see that?
        04      A.  I do.
        05      Q.  You then reply and state:  The idea of
        06  a survey on the grades is a good one; right?
        07      A.  Actually I didn't reply.
        08      Q.  I'm sorry, you forwarded it --
        09      A.  Correct.
        10      Q.  -- to your folks at Starkman; correct?
        11      A.  Correct.
        12      Q.  Do you know if they ever followed up
        13  and conducted or caused to be conducted a survey?
        14      A.  We did not do a survey.
        15      Q.  Why not?
        16      A.  We didn't have time.
```

**15. PAGE 252:25 TO 254:05 (RUNNING 00:01:33.800)**

```
        25      Q.  Mr. Burns, I've had the court reporter
  00253:01      Burns - Confidential - Outside Counsel Only
        02  mark and hand you Exhibit 18, and included in this
        03  is an e-mail from Jacqueline Condie at Starkman
        04  Associates to you dated September 26th; correct?
        05      A.  Correct.
        06      Q.  And in this e-mail she suggests some
        07  points for you to clarify with Dara Duguay at
        08  Citigroup; right?
        09      A.  It appears that way.
        10      Q.  And among the points she wants you to
        11  clarify is, quote, Although VantageScore relies on
        12  a three-digit number, a third party could easily
        13  develop a competing score that returns a two- or
        14  four-digit number or any other number of digits,
        15  for that matter.  Hence, please do not make it
        16  appear that VantageScore is asserting that credit
        17  scores are three-digit numbers.
        18          Do you see that?
        19      A.  I do.
        20      Q.  Did you ever make that point to Dara
        21  Duguay at Citigroup?
        22      A.  I never -- I don't recall, but I didn't
        23  have any direct conversations or communications
        24  with her, with this Dara.
        25      Q.  Did you ever write back to Jacqueline
  00254:01      Burns - Confidential - Outside Counsel Only
        02  Condie and inform her that she was wrong about a
        03  competitor being easily able to develop a
        04  competing score that returns a two- or four-digit
        05  number?
```

**16. PAGE 254:08 TO 254:08 (RUNNING 00:00:02.631)**

```
        08      A.  I don't recall.
```

**17. PAGE 262:07 TO 262:13 (RUNNING 00:00:16.267)**

```
        07      Q.  Do you know if any of the bureaus are
        08  selling directly to consumers?
        09      A.  Yes, I do.
        10      Q.  And are they?
        11      A.  Two are.
        12      Q.  Which two?
        13      A.  Experian and TransUnion.
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:46:27 PM

## Fair Isaac v Experian et al

**18. PAGE 263:19 TO 264:06 (RUNNING 00:00:36.667)**

```
         19            (Exhibit 21, e-mail from Girard to
         20       Burns, et al., marked for identification, as
         21       of this date.)
         22       Q.    Mr. Burns, I've had the court reporter
         23  mark and hand you Exhibit 21, which appears to be
         24  an e-mail from Don Girard to you and others.
         25            Did you in fact receive this e-mail?
00264:01       Burns - Confidential - Outside Counsel Only
         02       A.    I don't recall firsthand.  It was
         03  almost a year ago.
         04       Q.    Do you have any reason to believe you
         05  did not receive it?
         06       A.    No.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:11:06.464)**