Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:47:06 PM

## Fair Isaac v Experian et al

 **Hartwig, Daniel (Vol. 01) - 07/08/2008**                                   **1 CLIP (RUNNING 00:24:54.869)**

A couple times today, you used the ...

| HARTWIG | 51 SEGMENTS (RUNNING 00:24:54.869) |  |

**1. PAGE 5:22 TO 6:02 (RUNNING 00:00:07.267)**

```
        22                  Can you please state your name for
        23    the record.
        24          A.      It's Daniel Hartwig.
        25          Q.      Where do you live?
00006:01
        02          A.      Cincinnati, Ohio.
```

**2. PAGE 6:24 TO 7:03 (RUNNING 00:00:08.267)**

```
        24          Q.      Do you understand that you are here
        25    to testify on behalf of Experian with respect to
00007:01
        02    certain topics?
        03          A.      I do.
```

**3. PAGE 8:07 TO 9:08 (RUNNING 00:01:10.267)**

```
        07          Q.      If you turn to page 4, you'll see
        08    there's -- on that page it says, "Topics of
        09    testimony."  It starts to list the topics.
        10                  And I'm just going to name these
        11    off, and you can certainly glance through them,
        12    but I just want to see if it's your understanding
        13    that you're here to testify on behalf of Experian
        14    with respect to Topics 44, 45 --
        15          A.      44, yes.
        16          Q.      45?
        17          A.      45, yes.
        18          Q.      Are you here to testify on behalf of
        19    Experian with respect to Topic 46?
        20          A.      Yes.
        21          Q.      Are you here to testify on behalf of
        22    Experian with respect to Topic 47?
        23          A.      Yes.
        24          Q.      Topic 48?
        25          A.      Yes.
00009:01
        02          Q.      And Topic 49?
        03          A.      Yes.
        04          Q.      Topic 50?
        05          A.      Yes.
        06          Q.      And Topic 63, or at least certain
        07    portions of Topic 63?
        08          A.      Yes.
```

**4. PAGE 9:13 TO 9:14 (RUNNING 00:00:05.133)**

```
        13          Q.      Who decided that you should be the
        14    spokesperson for Experian on these topics?
```

**5. PAGE 9:21 TO 9:24 (RUNNING 00:00:12.633)**

```
        21          A.      There was some discussion on certain
        22    items of which I have information internally with
        23    several folks as well as our attorneys, and I was
        24    chosen as the best individual.
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:47:06 PM

## Fair Isaac v Experian et al

**6. PAGE 14:05 TO 14:07 (RUNNING 00:00:06.267)**

```
05      Q.      And so as of 2005, had you been at
06   the company for about 22 years?
07      A.      Approximately.
```

**7. PAGE 14:14 TO 14:15 (RUNNING 00:00:02.567)**

```
14              What's your current title?
15      A.      Marketing consultant.
```

**8. PAGE 14:16 TO 14:25 (RUNNING 00:00:23.566)**

```
16      Q.      And you started being a marketing
17   consultant in 2004?
18      A.      2005.  Actually December of 2005.
19      Q.      Can you just briefly describe for me
20   what you do as a marketing consultant?
21      A.      Yes.  I have the responsibility for
22   the Legacy and Orion infrastructure, which again
23   is our batch platforms.  And I am also the
24   technical liaison between Experian and
25   Fair Issac.
```

**9. PAGE 15:02 TO 15:04 (RUNNING 00:00:10.933)**

```
02      Q.      As a marketing consultant, do you
03   have any responsibilities or duties with respect
04   to advertising, promoting, selling FICO scores?
```

**10. PAGE 15:06 TO 15:09 (RUNNING 00:00:10.534)**

```
06      A.      I do not have responsibility for
07   advertising.  Maybe we should take each of your
08   requests -- each of your captions separately.  So
09   I do not have responsibility for advertising.
```

**11. PAGE 16:04 TO 16:20 (RUNNING 00:01:04.367)**

```
04   "The terms "advertising," "marketing" and
05   "promotional materials" mean any form of
06   advertising, marketing, or promotional materials
07   including brochures, pamphlets, leaflets,
08   newsletters, articles, PowerPoint presentations,
09   websites, e-mails, banner ads, button ads, pop-up
10   ads or radio and television commercials."
11      A.      That's a very broad scope.  And for
12   Fair Issac, we do very little of those things.
13   In fact, the only types of things that we have
14   from our side would be presentations and sales
15   brochures, marketing materials.
16      Q.      With respect to the presentations,
17   sales brochures and the marketing materials that
18   you mentioned, then, as a marketing consultant,
19   do you have responsibilities or duties to review
20   those or create those?
```

**12. PAGE 16:22 TO 17:13 (RUNNING 00:00:38.966)**

```
22      A.      I do have responsibility for review.
23   I do not create.
24      Q.      Who creates them?
25      A.      They are provided to us by
00017:01
02   Fair Issac.
03      Q.      Does Experian create any materials
04   on its own with respect to FICO scores?
05      A.      We do not.
06      Q.      Experian doesn't create any
07   marketing materials for FICO scores?
```

```
       08      A.    We do not create.
       09      Q.    It doesn't create any sales
       10 brochures for FICO scores?
       11      A.    Our definition of a sales brochure
       12 would be a product sheet, and those come from
       13 Fair Issac.
```

**13. PAGE 28:20 TO 29:19 (RUNNING 00:01:01.133)**

```
       20 Other than the brochures, the announcements and
       21 the contracts and the e-mails, were there any
       22 other documents that you personally reviewed?
       23      A.    The actual product sheets.
       24      Q.    And the product sheets that you're
       25 referring to, are those sheets for the Classic
00029:01
       02 FICO score?
       03      A.    Some of them are, yes.
       04      Q.    Why did you review those?
       05      A.    That seemed to be specific to what
       06 we were speaking about here.
       07      Q.    In looking at those product sheets,
       08 did you look to see if whether or not Experian
       09 had used the term "300-850" in those product
       10 sheets?
       11      A.    Yes.
       12      Q.    Did you find anywhere that term was
       13 used?
       14      A.    No.
       15      Q.    Did you find in the product sheets
       16 where the scoring range for Classic FICO scores
       17 was listed at all?
       18      A.    Not in the brochures that I reviewed
       19 for this.
```

**14. PAGE 46:09 TO 46:13 (RUNNING 00:00:13.333)**

```
       09            Do you know when Experian first
       10 started selling Version 1 of the Classic FICO
       11 score?
       12      A.    Version 1 was first implemented in
       13 our system in 1995.
```

**15. PAGE 46:21 TO 47:04 (RUNNING 00:00:14.767)**

```
       21      Q.    1995 is the date that Experian
       22 started selling Version 1, to the best of your
       23 knowledge?
       24      A.    Correct.
       25      Q.    When did Experian start selling
00047:01
       02 Version 2 of the Classic FICO score?
       03      A.    That was implemented in our system
       04 in 2000.
```

**16. PAGE 47:17 TO 47:19 (RUNNING 00:00:08.467)**

```
       17      Q.    And when did Experian start selling
       18 Version 3 of the Classic FICO score?
       19      A.    2005.
```

**17. PAGE 47:21 TO 47:22 (RUNNING 00:00:04.133)**

```
       21 08.  Experian is not currently selling FICO 08?
       22      A.    Correct.
```

**18. PAGE 48:18 TO 49:17 (RUNNING 00:01:19.133)**

```
       18      Q.    All of the materials that Experian
```

```
            19  provides to lenders with respect to the Classic
            20  FICO score, Experian received those from
            21  Fair Issac first?
            22       A.    Correct.
            23       Q.    So let's talk about the process of
            24  that.  Generally, when Experian receives those
            25  types of materials from Fair Issac, what does
00049:01
            02  Experian do with them?
            03       A.    Those materials are provided to me.
            04  I then send them to Jill Handshew for her review.
            05  During that process, they are checked for
            06  accuracy from the standpoint of spelling, the
            07  ability to fit the document into the requirements
            08  of our templates, to carry the correct colors,
            09  when capitalization should occur, those types of
            10  cosmetic sort of things.
            11       Q.    You said check them for accuracy.
            12  Does that also include checking them for
            13  substance, whether or not to see if Experian
            14  agrees with the substance that is being
            15  communicated?
            16       A.    Substance is a very wide term.  What
            17  exactly do you mean?
```

**19. PAGE 49:19 TO 49:24 (RUNNING 00:00:15.233)**

```
            19                  So for example, if one of those
            20  documents was referring to the scoring range, for
            21  example, would Experian make sure that that
            22  information is accurate?
            23       A.    That type of factual data actually
            24  would be checked from my side.
```

**20. PAGE 50:03 TO 50:23 (RUNNING 00:00:58.833)**

```
            03       Q.    And if Experian wanted to make
            04  changes to those materials, what would Experian
            05  do?
            06       A.    We would draft a request for change
            07  or suggestions.  Those would be provided back to
            08  me.  I would then supply those to Fair Issac for
            09  their review and for their authorization.
            10       Q.    Would Experian wait to get
            11  authorization from Fair Issac before it actually
            12  moved forward with providing those materials to
            13  lenders?
            14       A.    Yes.
            15       Q.    Is there -- can you recall any
            16  instance where Experian had suggested a change to
            17  the materials but Fair Issac has not accepted the
            18  change?
            19       A.    No.
            20       Q.    Can you recall any instances where
            21  Experian had questioned the use of the term
            22  300-850 in any materials that it received from
            23  Fair Issac?
```

**21. PAGE 50:25 TO 51:03 (RUNNING 00:00:04.633)**

```
            25       A.    Question in what way?
00051:01
            02       Q.    Sure.  Inquired.
            03       A.    Inquired --
```

**22. PAGE 51:08 TO 51:14 (RUNNING 00:00:21.200)**

```
            08                  What I'm trying to figure out is if
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:47:06 PM

## Fair Isaac v Experian et al

```
         09   Experian received materials and, in reviewing
         10   those materials, if it inquired as to whether --
         11   as to why 300-850, or any variation of that term,
         12   was used in those materials.
         13        A.   To my knowledge, we've never
         14   questioned that.
```

**23. PAGE 52:09 TO 52:17 (RUNNING 00:00:28.667)**

```
         09        A.   Let me try to restate what I think
         10   you're saying.  When we receive a piece and it
         11   shows the score range as being the numbers 300 to
         12   850, or in the case of the industry options 250
         13   to 900, we do not question that nor seek approval
         14   because it was from Fair Issac.  Because it was
         15   provided to us by Fair Issac, we knew it to be
         16   correct from a validity standpoint and so it was
         17   included in the pieces.
```

**24. PAGE 54:24 TO 55:22 (RUNNING 00:00:57.000)**

```
         24        Q.   Experian has seen the term "300-850"
         25   used in marketing materials that Experian has
   00055:01
         02   provided to lenders; right?
         03        A.   It is a part of the product sheets
         04   and those -- that information that we published
         05   for Fair Issac.
         06        Q.   And it's more than the product
         07   sheets; it's been a part of other materials as
         08   well; right?
         09        A.   It would be a part of presentations.
         10   It would be in the user guide.  It would also be
         11   a part of a question that a customer might ask.
         12   They might -- and these are some of the types of
         13   things I get.  I might field an e-mail that says,
         14   What's the valid range for the Fair Issac Classic
         15   model?  And I would respond back with 300 to 850.
         16        Q.   And you've actually done that,
         17   haven't you?
         18        A.   Correct.
         19        Q.   You told others to do that as well
         20   if they had questions about what range should be
         21   communicated to a lender?
         22        A.   Yes.
```

**25. PAGE 56:04 TO 56:08 (RUNNING 00:00:19.734)**

```
         04        Q.   Mr. Hartwig, you've been handed
         05   what's been marked as Exhibit 407.  It's an
         06   e-mail from Peggy Ruthven dated April 4, 2007, to
         07   yourself.  And then following that is an e-mail
         08   string as well with an attachment.
```

**26. PAGE 56:12 TO 57:09 (RUNNING 00:01:03.633)**

```
         12        Q.   Do you recognize this document?
         13        A.   I don't recall the string, but
         14   obviously, I see my name on it.
         15        Q.   What about the attachment; do you
         16   recognize that document?
         17        A.   I do recognize that.
         18        Q.   And just for the record, the
         19   attachment is Bates labeled EXP0064764 through
         20   4765.
         21             What is the attachment?
         22        A.   The attachment is a -- is a
         23   frequently asked document response that discusses
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:47:06 PM

# Fair Isaac v Experian et al

```
            24  the differences between Version 1 and Version 2
            25  for the Classic model and Version 2 and
    00057:01
            02  Version 3.
            03       Q.   Is this document prepared so that
            04  Experian can give it to lenders to help them
            05  answer certain questions they might have?
            06       A.   It's given as -- it's given to our
            07  sales folks to help them answer questions.
            08       Q.   Is it passed on to lenders?
            09       A.   It could be.
```

**27. PAGE 58:10 TO 59:18 (RUNNING 00:01:21.533)**

```
            10       Q.   Is the attachment, is it -- would
            11  you describe it as an FAQ?
            12       A.   I would.
            13       Q.   Is the FAQ, is this something that
            14  you created?
            15       A.   It is.
            16       Q.   Do you know when you created it?
            17       A.   I don't know the exact date.
            18  Obviously would have preceded this e-mail in
            19  2006.
            20       Q.   Do you remember why you created it?
            21       A.   Yes, I do.
            22       Q.   Can you tell me why?
            23       A.   It was to answer frequent questions
            24  that we had about the differences between
            25  Version 1, Version 2 and Version 3.
    00059:01
            02       Q.   Was there a specific -- was there
            03  something that happened specifically that led you
            04  to create this document?
            05       A.   Just numerous questions and not
            06  wanting to recreate the wheel each time.
            07       Q.   If you turn to page 2 of the
            08  attachment, on EXP0064765, in the middle of the
            09  page there, there's a heading, "Is the score
            10  range the same?"
            11            Do you see that?
            12       A.   I do.
            13       Q.   Then it says, "The score ranges are
            14  the same across all Classic models," colon.
            15            Do you see that?
            16       A.   Yes.
            17       Q.   The first bullet point says, "Score
            18  rank:  Base model-300-850," comma.
```

**28. PAGE 59:19 TO 59:20 (RUNNING 00:00:01.633)**

```
            19            Do you see that?
            20       A.   I do.
```

**29. PAGE 59:21 TO 60:03 (RUNNING 00:00:22.767)**

```
            21       Q.   In communicating to lenders what the
            22  score range is for Version 1, Version 2 and
            23  Version 3 of the Classic model, does Experian use
            24  the term "300-850"?
            25       A.   As you see it here, we do.
    00060:01
            02       Q.   That's common; right?
            03       A.   Correct.
```

**30. PAGE 60:04 TO 60:24 (RUNNING 00:01:03.534)**

```
            04       Q.   And that's -- how I see it here is
```

```
05  just how it's communicated to lenders in other
06  documents?
07        A.    It would be very similar to this.
08        Q.    The 300-850?
09        A.    In some cases.  This is an example
10  where it's an abbreviation because of the bullet
11  points that go with the rest of the information.
12  It could also be described or written out as the
13  valid score range is from 300 to 850.
14        Q.    Do you know when Experian first
15  started communicating to lenders that the score
16  range for Classic models is 300-850?
17        A.    Well, because the score has been the
18  same range, the 300 to 850, the same number since
19  the inception of the model, I have to assume it
20  would have been when the model first was
21  developed and implemented.
22        Q.    So even back in 1995, Experian was
23  communicating to lenders that the score range for
24  the Classic model is 300-850?
```

**31. PAGE 61:02 TO 61:03 (RUNNING 00:00:04.034)**

```
02        A.    That's what -- that's the range of
03  the model.
```

**32. PAGE 61:24 TO 62:05 (RUNNING 00:00:21.633)**

```
24              You were telling me this is common,
25  the way that the score range appears in the
00062:01
02  attachment at EXP0064765 in Exhibit 407, the
03  300-850 is a common way for Experian to
04  communicate to lenders what the scoring range is
05  for the Classic model --
```

**33. PAGE 62:08 TO 62:12 (RUNNING 00:00:16.600)**

```
08        Q.    -- right?
09        A.    Because the score is between 300 and
10  850, there is no other way to present it other
11  than this way in a bullet point or in a
12  descriptive the score is from 300 to 850.
```

**34. PAGE 65:12 TO 65:24 (RUNNING 00:00:40.900)**

```
12        Q.    I'm sorry.  What I'm trying to
13  figure out is what knowledge does Experian have
14  about what the actual scoring range is for
15  Version 1, Version 2 or Version 3 of the Classic
16  FICO score?
17        A.    Experian knows the valid range to be
18  300 to 850 because that was the range given to us
19  by Fair Issac.  We also see score distributions
20  that would show the total range.  They never
21  exceed an 850 and they never go below a 300, but
22  they are not single-point increments.  So I can't
23  tell you if we actually see an 850 score or a 300
24  score.
```

**35. PAGE 84:24 TO 85:07 (RUNNING 00:00:24.567)**

```
24              If you go back to the process that
25  we talked about earlier where Fair Issac provides
00085:01
02  the documents to Experian, Experian reviews them,
03  perhaps approves them and then sends them to
04  lenders, all I'm trying to figure out is once
05  again, these -- the terms "300-850" are in these
```

```
           06   documents because Fair Issac determines that that
           07   term should be in these documents; right?
```

**36. PAGE 85:09 TO 85:15 (RUNNING 00:00:26.867)**

```
           09          A.     Fair Issac, as with the score for
           10   the advanced risk score, which is 150 to 950, the
           11   300 to 850 for the Classic model and then the 250
           12   to 900 for the industry options, those are
           13   provided to us by Fair Issac.  We provide them to
           14   customers because that is an important feature of
           15   the product that they need to make decisions.
```

**37. PAGE 95:20 TO 96:05 (RUNNING 00:00:32.067)**

```
           20                 I'm trying to figure out if Experian
           21   keeps records of the amount of money that it
           22   spends on the product sheets or other
           23   advertisements or promotional materials, as I
           24   call them, with respect to the Classic FICO
           25   score?
     00096:01
           02          A.     Yes.
           03          Q.     Do you know how much money Experian
           04   has spent on those types of materials?
           05          A.     It's been a very small amount.
```

**38. PAGE 96:24 TO 97:25 (RUNNING 00:00:54.167)**

```
           24          Q.     In preparing for your deposition
           25   today, did you attempt to find out the amount of
     00097:01
           02   money that Experian has spent on those types of
           03   advertisements?
           04          A.     Again, we don't categorize them as
           05   advertisements; but on the product sheets, yes.
           06          Q.     And tell me what you learned in your
           07   preparation.
           08          A.     That it was really a very negligible
           09   amount.
           10          Q.     Negligble amount per year or total?
           11          A.     Per year and then in total as well.
           12          Q.     So can you give me the amounts per
           13   year that Experian has spent?
           14          A.     I did not receive those numbers.
           15          Q.     Did you learn any number whatsoever
           16   in connection with the amount of money that was
           17   spent on those types of materials?
           18          A.     I did not.
           19          Q.     You were just told it's a negligible
           20   amount?
           21          A.     It's a very small amount.
           22          Q.     What do you mean by "it's a very
           23   small amount"?  Small in what type of context?
           24          A.     Just a matter of the cost of
           25   printing a one-page document.
```

**39. PAGE 101:03 TO 101:07 (RUNNING 00:00:11.367)**

```
           03          Q.     Has Experian received materials from
           04   Fair Issac that contains that seal that it later
           05   provided to lenders?
           06          A.     If we did, I've never noticed it
           07   before.
```

**40. PAGE 113:08 TO 113:11 (RUNNING 00:00:16.500)**

```
           08          Q.     When was the first time that
           09   Experian learned that Fair Issac had claimed to
```

```
          10  have trademark rights in the term or score range
          11  300 to 850?
```

**41. PAGE 113:14 TO 113:18 (RUNNING 00:00:09.167)**

```
          14       A.   Yes, as I mentioned earlier, it
          15  would have been in relation to the signing of
          16  Addendum 1, the Classic risk model.
          17       Q.   So February of 2006?
          18       A.   Correct.
```

**42. PAGE 115:20 TO 115:23 (RUNNING 00:00:15.600)**

```
          20       Q.   Has Experian ever used a TM or a
          21  circled R next to 300-850 in any materials that
          22  it has provided to lenders?
          23       A.   To date, not that I'm aware of.
```

**43. PAGE 117:12 TO 118:04 (RUNNING 00:00:43.700)**

```
          12       Q.   And you don't recall -- before the
          13  FICO 08 information that you saw, you don't
          14  recall ever seeing a TM or circle R next to any
          15  version or any variation of 300 to 850 in a
          16  promotional marketing material?
          17       A.   Distributed by Experian?
          18       Q.   Distributed by Experian.
          19       A.   I do not recall.  I do not recall
          20  seeing that.
          21       Q.   What about, do you recall seeing a
          22  TM or a circle R in connection with any variation
          23  of 300-850 in a Fair Issac advertisement or
          24  promotional material?
          25       A.   I have today, yes.
    00118:01
          02       Q.   Other than the FICO 08 example that
          03  you referenced?
          04       A.   No.
```

**44. PAGE 119:12 TO 120:06 (RUNNING 00:01:13.867)**

```
          12            Is it Experian's belief that
          13  Fair Issac has given Experian permission to use
          14  the term "300-850" in promotional materials for
          15  the Classic FICO score?
          16       A.   How would you categorize
          17  "permission"?
          18       Q.   Given it authority to use 300-850.
          19       A.   I don't believe that Experian seeked
          20  the authority to use.  Because it was a feature
          21  of the score that is a necessary ingredient to be
          22  used by clients, it's been used in promotional --
          23  or in product sheets and marketing materials.
          24       Q.   Does Experian believe that it --
          25  does Experian believe that Fair Issac has given
    00120:01
          02  Experian a license to use the term "300-850" in
          03  promotional materials?
          04       A.   As I answered earlier, I'm not sure
          05  that we sought -- that we sought a license being
          06  necessary in order to use that information.
```

**45. PAGE 123:19 TO 124:11 (RUNNING 00:00:34.567)**

```
          19       Q.   Has Experian ever referred to the
          20  Classic FICO score as the industry standard?
          21       A.   In the literature or in discussion?
          22       Q.   Let's talk about both.  Let's start
          23  with discussion.
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:47:06 PM

# Fair Isaac v Experian et al

```
        24      A.      In discussion, yes.
        25      Q.      Discussion with whom?
00124:01
        02      A.      This would be in presentations.
        03      Q.      Presentations to lenders?
        04      A.      In some cases.
        05      Q.      Sure.
        06              So presenting to lenders, Experian
        07  would describe the Classic FICO score as the
        08  industry standard; right?
        09      A.      That is correct.
        10      Q.      And Experian has done that before?
        11      A.      I'm sure they have.
```

**46. PAGE 124:20 TO 124:24 (RUNNING 00:00:08.033)**

```
        20      Q.      Have you heard -- you've been at
        21  presentations where that has been stated?
        22      A.      I've mentioned it myself.
        23      Q.      You mentioned it yourself?
        24      A.      Yes.
```

**47. PAGE 125:03 TO 125:25 (RUNNING 00:00:53.900)**

```
        03              What do you mean by "industry
        04  standard"?
        05      A.      Industry standard in my mind is the
        06  most widely used model.
        07      Q.      Most widely used by whom?
        08      A.      By lenders.
        09      Q.      So when you're talking about
        10  industry standard, you're saying it's the score
        11  that most lenders use?
        12      A.      Correct.
        13      Q.      You're saying that -- in talking
        14  about -- in calling the Classic FICO score the
        15  industry standard, you're saying it's the score
        16  used most by lenders?
        17      A.      Industry standard to me means the
        18  score that is used by the most number of lenders
        19  on the most number of loans.
        20      Q.      So it's the score that's most used
        21  by lenders and used most by lenders; is that what
        22  you're saying?
        23      A.      It's the most widely used score in
        24  the industry, therefore, it's the industry
        25  standard.
```

**48. PAGE 126:05 TO 126:23 (RUNNING 00:00:46.500)**

```
        05              When did you start referring to the
        06  Classic FICO score as the industry standard?
        07      A.      Personally?
        08      Q.      Yes.
        09      A.      In December of 2005 when I first
        10  started in this particular position.
        11      Q.      Was it your understanding that
        12  Experian had referred to the FICO score as
        13  industry standard before that?
        14      A.      I don't think it's just Experian.  I
        15  think that's an industry term.  I think it's just
        16  a widely known fact.
        17      Q.      So it's a widely known fact that
        18  FICO scores are the most widely used score in the
        19  industry?
        20      A.      I would say yes.
        21      Q.      And it's a widely known fact that
        22  FICO scores are the scores that most lenders use?
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:47:06 PM

## Fair Isaac v Experian et al

```
          23       A.    Correct.
```

**49. PAGE 139:02 TO 139:16 (RUNNING 00:00:41.700)**

```
          02       Q.    A couple times today, you used the
          03  term "valid" when describing the range for the
          04  FICO Classic score.  Do you recall that?
          05       A.    I do.
          06       Q.    Can you just explain to me what you
          07  mean by "valid" in that context?
          08       A.    In order for a model to be able to
          09  make the prediction, there has to be a certain
          10  amount of information available.  So the model
          11  will -- will calculate an exclusion score,
          12  meaning that the score cannot be calculated.
          13  When it does calculate a score, when it can
          14  therefore come up with a valid score, as compared
          15  to an exclusion score, the valid score range is
          16  then the 300 to 850.
```

**50. PAGE 145:16 TO 145:25 (RUNNING 00:00:21.000)**

```
          16       Q.    Based on some of the testimony that
          17  you just gave, let's talk about John -- did you
          18  say Kronenberger?
          19       A.    Kronenberger, correct.
          20       Q.    You said that you talked with him
          21  about the marks.  What marks did you talk with
          22  him about?
          23       A.    Talking about the 300 to 850 as it
          24  related to whether they were actually trademarks
          25  and how we might be using those.
```

**51. PAGE 146:20 TO 147:02 (RUNNING 00:00:18.000)**

```
          20             What did Mr. Kronenberger tell you
          21  about when Experian became aware of the fact that
          22  Fair Issac had obtained trademark rights to the
          23  term "300-850"?
          24       A.    Mr. Kronenberger wasn't aware of
          25  when that would have occurred, but referenced
    00147:01
          02  that it was a part of our addendum.
```

> TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:24:54.869)