

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:56:03 PM

## Fair Isaac v Experian et al

### Roth, Kelly (Vol. 01) - 07/22/2008                                         1 CLIP (RUNNING 00:06:47.267)

Do you understand the testimony you're ...

ROTH                      13 SEGMENTS  (RUNNING 00:06:47.267)          

**1. PAGE 6:05 TO 6:19 (RUNNING 00:00:27.300)**

```
05      Q.   Do you understand the testimony you're
06 providing today is testimony provided under oath,
07 which is the same oath you'd be under if you were
08 testifying in a court of law?
09      A.   Yes.
10      Q.   If at any time today I ask you a question
11 that you don't understand or that is in any way
12 vague to you, will you let me know?
13      A.   Yes.
14      Q.   All right.  Where are you employed, ma'am?
15      A.   Trans Union.
16      Q.   And what is your current job title at
17 Trans Union?
18      A.   The Vice President of Business to Business
19 Marketing Communications.
```

**2. PAGE 7:08 TO 7:12 (RUNNING 00:00:16.700)**

```
08      Q.   Would you please describe for the record
09 your job duties as the Vice President of Business
10 to Business Marketing Communications?
11      A.   Brand management, communications
12 consulting, creative services and event marketing.
```

**3. PAGE 19:11 TO 19:16 (RUNNING 00:00:11.633)**

```
11      Q.   Are you -- you're familiar with that term
12 TransRisk New Account Model?
13      A.   Yes.
14      Q.   Okay.  You're also familiar with a FICO
15 score?
16      A.   Yes.
```

**4. PAGE 22:22 TO 23:01 (RUNNING 00:00:15.067)**

```
22      Q.   Okay.  And what credit score information
23 did you review in preparation for your deposition
24 today?
25      A.   It was primarily related to FICO Classic
00023:01 04, 05, 08.
```

**5. PAGE 25:10 TO 25:13 (RUNNING 00:00:06.367)**

```
10      Q.   What did you review with respect to
11 FICO 04?
12      A.   The types of communications that were on
13 the intranet site.
```

**6. PAGE 25:23 TO 26:08 (RUNNING 00:00:26.000)**

```
23      Q.   Did any of those communications that you
24 reviewed relating to FICO 04 make any use of a
25 numeric range?
00026:01      A.   Yes.
02      Q.   And did they make use of a numeric range
03 300 to 850?
04      A.   Yes.
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:56:03 PM

# Fair Isaac v Experian et al

```
     05    Q.   Does -- and those are materials that
     06  are currently available on Trans Union's intranet
     07  site?
     08    A.   Yes.
```

### 7. PAGE 28:16 TO 29:16 (RUNNING 00:01:09.133)

```
     16    Q.   In your review of communications on the
     17  Trans Union intranet, did you find communications
     18  relating to the FICO 05 type of credit score?
     19    A.   Information?
     20    Q.   Yes.
     21    A.   Yes.
     22    Q.   Okay.  And did you find specific
     23  communications relating to FICO 05 credit scores?
     24    A.   Yes.
     25    Q.   And did those communications make use of
00029:01  any numeric range?
     02    A.   Yes.
     03    Q.   And was the numeric range 300 to 850?
     04    A.   Yes.
     05    Q.   And did you find on your review of
     06  Trans Union's intranet any documents relating to
     07  FICO 08?
     08    A.   Yes.
     09    Q.   And were those marketing or educational
     10  communications as you use that term?
     11    A.   It's educational.
     12    Q.   Okay.  And did those educational materials
     13  relating to FICO 08 make use of any numeric range?
     14    A.   Yes.
     15    Q.   And was the numeric range 300 to 850?
     16    A.   Yes.
```

### 8. PAGE 64:16 TO 65:01 (RUNNING 00:01:54.533)

```
     16    Q.   Next I'm going to show you a document
     17  which has been previously labeled as Plaintiff's
     18  Deposition Exhibit No. 205, which is a multi-page
     19  document bearing the Bates number TU-FI-1019485
     20  through 508.  Do you have that document in front
     21  of you?
     22    A.   Yes.
     23    Q.   Okay.  Please take whatever time you need
     24  to review the document in order to tell me whether
     25  you recognize it.
00065:01    A.   Some of it is familiar.
```

### 9. PAGE 65:11 TO 65:13 (RUNNING 00:00:06.367)

```
     11    Q.   Okay.  Would you please describe what you
     12  mean by from a communications perspective?
     13    A.   Developing post launch communications.
```

### 10. PAGE 65:18 TO 65:21 (RUNNING 00:00:08.600)

```
     18    Q.   Did you then contribute to an overall
     19  post launch marketing plan for VantageScore within
     20  Trans Union?
     21    A.   Communications plan.
```

### 11. PAGE 67:07 TO 67:23 (RUNNING 00:00:33.533)

```
     07    Q.   Okay.  Do you understand that this
     08  document, Plaintiff's Exhibit 205, has a title --
     09    A.   Yes.
     10    Q.   -- on the first page called Post Launch
     11  2006 Marketing Plan, correct?
     12    A.   Yes.
```

**Case Clip(s) Detailed Report**
Tuesday, November 10, 2009, 5:56:03 PM

## Fair Isaac v Experian et al

```
13    Q.   And this relates to a marketing plan for
14  VantageScore, correct?
15    A.   Yes.
16    Q.   And do you recall an effort to create such
17  a post launch marketing plan for VantageScore in
18  or around 2006, correct?
19    A.   Yes.
20    Q.   And you believe that your team contributed
21  some content toward such a marketing plan,
22  correct?
23    A.   Yes.
```

**12. PAGE 68:17 TO 69:04 (RUNNING 00:00:39.367)**

```
        17    Q.   Let me direct your attention to the page
        18  of this document that has the Bates number ending
        19  with the last four digits, last three digits,
        20  excuse me, 491.
        21    A.   (Witness complies.)
        22    Q.   Do you have that page in front of you,
        23  ma'am?
        24    A.   Yes.
        25    Q.   Do you see the heading Competition 1.3?
00069:01    A.   Yes.
     02    Q.   And that continues on then to the next
     03  page, correct?
     04    A.   Yes.
```

**13. PAGE 71:13 TO 71:22 (RUNNING 00:00:32.667)**

```
13    Q.   Let me direct your attention back to
14  the heading under Section 1.3 Competition and the
15  subheading Fair Isaac.
16    A.   (Witness complies.)
17    Q.   And about midway in that first paragraph
18  this document states "If you assume a market share
19  of 33% for the Trans Union-FICO models, then
20  Trans Union's proprietary models have less than
21  a 1% market share."  Do you see that language?
22    A.   Yes.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:06:47.267)**