Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:56:11 PM

# Fair Isaac v Experian et al

 ## Schwab, Matt (Vol. 01) - 06/26/2008     1 CLIP (RUNNING 00:21:27.266)

 Would you please state your full name for the ...

SCHWAB                    40 SEGMENTS (RUNNING 00:21:27.266)        

**1. PAGE 8:13 TO 8:17 (RUNNING 00:00:08.900)**

```
    13    Q    Would you please state your full name for the
    14    record.
    15    A    Matthew Robert Schwab.
    16    Q    Mr. Schwab, where do you reside?
    17    A    In McKinney, Texas.
```

**2. PAGE 8:20 TO 8:21 (RUNNING 00:00:03.433)**

```
    20    Q    Okay.  By whom are you employed?
    21    A    Experian.
```

**3. PAGE 9:15 TO 9:23 (RUNNING 00:00:25.900)**

```
    15    Q    How long have you been with Experian,
    16    Mr. Schwab?
    17    A    Since 2004.
    18    Q    Have you obtained any educational degrees past
    19    high school?
    20    A    Yes.
    21    Q    Could you describe those?
    22    A    I have a bachelors in statistics and a master
    23    of statistics.
```

**4. PAGE 15:01 TO 15:15 (RUNNING 00:00:47.866)**

```
00015:01         Sometime in 2005 your responsibilities included
     02    overseeing Scorex PLUS, the product, correct?
     03    A    Yes.
     04    Q    And at some point in 2005 you also became
     05    involved in what was known then as product Trident and
     06    which turned out to be VantageScore, correct?
     07    A    Yeah, that's true.
     08    Q    During the time when you were involved in
     09    VantageScore, during that entire time, were you also
     10    responsible for the Scorex PLUS product, or was there an
     11    intervention there of some kind?
     12    A    I'm not sure if that's when my responsibilities
     13    changed or not, but during at least part of that time,
     14    yes, I was responsible for Scorex PLUS as far as product
     15    management goes.
```

**5. PAGE 15:25 TO 16:13 (RUNNING 00:00:50.400)**

```
     25         Do you remember that the launch of the
00016:01    VantageScore product occurred in March of 2006?
     02    A    Yes.
     03    Q    After March of 2006 did you have continuing
     04    responsibilities of any kind associated with the
     05    VantageScore product?
     06    A    Yes.
     07    Q    Please tell me what they were.
     08    A    For a while after the launch I stayed as an
     09    Experian representative with the product Trident team,
     10    so the extended team, and periodically was asked my
     11    opinion on strategic direction for VantageScore for
     12    Experian as well.  I wouldn't call it my responsibility
     13    to manage VantageScore after that launch date, though.
```

## Fair Isaac v Experian et al

### 6. PAGE 30:13 TO 30:19 (RUNNING 00:00:33.900)

```
13     Q    When do you first recall becoming involved in
14  project Trident?
15     A    I can't recall a specific date or which, you
16  know, the conversations that happened and necessarily
17  the order that they happened.  But I recall being asked
18  by Kerry Williams to consider a -- the scoring range in
19  scale.
```

### 7. PAGE 31:10 TO 31:16 (RUNNING 00:00:19.266)

```
10          Do you recall any other reasons that Kerry
11  Williams told you for why he wanted you involved in
12  project Trident?
13     A    I can't -- I can't remember -- again, I can't
14  remember a speech that he gave me of why he wanted me
15  involved.  He was a senior leader in an organization and
16  asked me to do something so I did it.
```

### 8. PAGE 31:24 TO 32:08 (RUNNING 00:00:59.500)

```
24     Q    Describe for us your role during project
25  Trident.
00032:01     A    Mainly it was to represent Experian on a couple
02  fronts.  One would be branding and communications and
03  the other one would be product management.
04     Q    And from the time you became involved in
05  project Trident were you then involved in branding and
06  communications and product management right up to
07  launch?
08     A    I would say yes, I took the lead on that.
```

### 9. PAGE 106:16 TO 107:25 (RUNNING 00:02:56.067)

```
16     Q    I've handed you what's been marked as
17  Exhibit 333.  Do you have that, Mr. Schwab?
18     A    Yes.
19     Q    This is a document entitled Project Trident
20  Internal, New Product Business Plan, Version 1.3.  Last
21  updated January 3, 2006; correct?
22     A    Yes.  That's what it reads.
23     Q    You're familiar with this document, aren't you?
24  Take your time to look at it.
25     A    Yes.  This looks familiar.
00107:01     Q    Were you part of the group that developed
02  Exhibit 333, sir?
03     A    Yes.  That's my recollection.
04     Q    .It's entitled New Product Business Plan.
05          Does that differ from a marketing plan at
06  Experian or are those terms used synonymously at
07  Experian?
08     A    I think those terms do get used synonymously,
09  in my opinion, I have a little more -- I guess I view
10  those as being different.
11     Q    Did you view Exhibit 333 as a marketing plan,
12  as you use the term?
13     A    As I use the term, I would say marketing plan
14  is a component of this business plan.
15     Q    Would you turn to the page with the production,
16  internal page seven, production number ending in 308 on
17  the bottom of Exhibit 333.  For your reference, it's
18  entitled Marketing Assessment.  Tell me when you're
19  there.
20     A    Oh, okay.
21     Q    Are you there?
22     A    Yes.
23     Q    Will you take just a moment and read that half
```

```
           24   a page above marketing assessment?  I just have a couple
           25   questions about this consumer survey, sir.
```

**10. PAGE 108:03 TO 108:09 (RUNNING 00:00:05.567)**

```
           03              THE WITNESS:  Under consumer survey, that
           04   heading.
           05              MR. BEEHLER:  Yes.
           06              THE WITNESS:  But before the business survey?
           07   BY MR. BEEHLER:
           08        Q     Correct.
           09        A     Okay.
```

**11. PAGE 108:11 TO 109:06 (RUNNING 00:01:12.300)**

```
           11              Okay.  I've read it.
           12        Q     Do you recall, sir, as part of your work on
           13   project Trident you looked into what the scale or
           14   scoring range should be for project Trident?
           15        A     Yes.
           16        Q     And as part of that, was a National Gallup Poll
           17   conducted?
           18        A     Yes.
           19        Q     And the questions that were given to the
           20   participants in the Gallup Poll, they appear on this
           21   internal page seven of Exhibit 333, don't they?
           22        A     It's my understanding of the questions that
           23   were asked of the people in the poll, yes.
           24        Q     If you direct your attention to Question No. 2,
           25   it asks, quote, As you may know, a person's official
  00109:01   credit score goes from a low of 330 to a high of 830,
           02   end quote.
           03              Do you see that, sir?
           04        A     I do see that.
           05        Q     Where is that official credit score going from
           06   330 to 830 taken from?
```

**12. PAGE 109:08 TO 110:17 (RUNNING 00:01:47.567)**

```
           08              THE WITNESS:  The person who wrote the
           09   questions to be asked in the poll.
           10   BY MR. BEEHLER:
           11        Q     Did you not assist them in forming the
           12   questions for the poll?
           13        A     I asked someone to input questions into a poll
           14   and they devised the final questions.
           15        Q     The range of 330 to 830, do you have an
           16   understanding of who has such a range, such that it's
           17   referred to as an official credit score?
           18        A     I think multiple credit scores have a very
           19   similar range to that Scorex PLUS, the plus score, the
           20   FICO score; those are just three that I can think of
           21   that are in that general vicinity.
           22        Q     Now, the result of this consumer survey showed
           23   that as far as a preference, more consumers prefer a
           24   scale of 0 to 100, correct?
           25        A     Yes.
  00110:01        Q     And Experian was aware of this before
           02   VantageScore adopted the scale they did, right?
           03        A     Yes.
           04        Q     And the VantageScore scale did not use a 0 to
           05   100 scale, did it?
           06        A     That's true.
           07        Q     If you look further down on that page there's a
           08   reference to a business survey being taken or held.
           09        A     Yes.
           10        Q     And it says there was a council meeting on
           11   November 14, 2005; do you see that reference?
```

```
      12    A    I'm sorry.  The first sentence of that, that's
      13  what you're referencing?
      14    Q    Yes, sir.
      15    A    Yes.
      16    Q    Were you at that meeting?
      17    A    Yes.
```

**13. PAGE 111:01 TO 111:06 (RUNNING 00:00:22.567)**

```
00111:01    Q    This is called an executive advisory council.
      02  Can you generally tell me who made up the executive
      03  advisory council, without going through --
      04    A    The people on this list.  So the executives,
      05  executives from industry executives -- executives from
      06  the industry, basically.
```

**14. PAGE 111:16 TO 112:04 (RUNNING 00:00:44.667)**

```
      16    Q    It's referred to as the Experian Scorex
      17  executive advisory council; do you see that?
      18    A    Yes.
      19    Q    Do you have an understanding of whether that
      20  meant that these individuals were purchasers of Scorex
      21  product?
      22    A    Um, they didn't have to necessarily be
      23  purchasers.  They had to be people, obviously, that we
      24  valued their opinion and we wanted to get a cross
      25  section of industry executives from multiple areas.  So
00112:01  I don't have facts that says every one of these is a
      02  client of Experian's, or was.
      03    Q    And you met with these folks to discuss what on
      04  November 14, 2005?
```

**15. PAGE 112:08 TO 112:20 (RUNNING 00:00:50.700)**

```
      08         THE WITNESS:  We met as part of the management
      09  team of Experian.  Scorex met with this advisory council
      10  to have dinner, to build relationships, and to discuss
      11  ideas that we had for moving the market, to get their
      12  feedback on ideas that we generally had, and to hear
      13  their concerns or their ideas about where the industry
      14  was heading and where we could stay ahead of the
      15  industry.
      16  BY MR. BEEHLER:
      17    Q    One of the ideas that you discussed with them
      18  was whether a different score scale or range could be
      19  adopted or should be adopted; is that right?
      20    A    I recall bringing up that question, yes.
```

**16. PAGE 112:21 TO 113:07 (RUNNING 00:00:49.634)**

```
      21    Q    Was there a consensus reaction?
      22    A    Didn't call it consensus.  We didn't really
      23  vote for it.  There was -- I think there was some
      24  opinions around the room, an ad hoc fashion.
      25    Q    Did the folks who were there understand that
00113:01  you were considering some type of new product such that
      02  you could be talking about a new range?
      03    A    I never specifically mentioned that we were
      04  doing Trident at the time.  I mentioned it in a general
      05  statement, in a general question, you know, more of a
      06  what if or what is restrictive or, you know, beneficial
      07  about certain scales.
```

**17. PAGE 113:08 TO 113:13 (RUNNING 00:00:21.133)**

```
      08    Q    There's a reference here in the second
      09  paragraph on this page to one of the members of the
      10  advisory council saying that Scorex PLUS was so close in
```

## Fair Isaac v Experian et al

```
        11  resemblance to Fair Isaac's scale, that, quote, he
        12  dubbed it the FAKE-O score, end quote; do you see that?
        13      A   I see that.
```

**18. PAGE 113:14 TO 113:22 (RUNNING 00:00:30.300)**

```
        14      Q   Which member of the executive advisory council,
        15  if you recall, is the one who dubbed the Scorex PLUS
        16  store the FAKE-O score?
        17      A   I don't recall.  Actually, I don't recall
        18  somebody saying that.  I mean, now that I see it
        19  written, I don't have reason to doubt it, but I don't
        20  recall that exchange happening.  The only time that I
        21  recall off the top of my head a FAKE-O score was used by
        22  Fair Isaac's representative.
```

**19. PAGE 129:03 TO 129:06 (RUNNING 00:00:10.967)**

```
        03      Q   Would you turn to page -- internal page 21 of
        04  Exhibit 333.  It's actually entitled technical
        05  assessment.
        06      A   Which page?
```

**20. PAGE 129:10 TO 129:12 (RUNNING 00:00:06.333)**

```
        10      Q   It's production number 322 at the bottom.  You
        11  see it says technical assessment?
        12      A   Yes.
```

**21. PAGE 129:14 TO 130:05 (RUNNING 00:00:47.600)**

```
        14          Do you recall this part of the document at all,
        15  technical assessment?
        16      A   Looks familiar.  Yes.
        17      Q   Did you participate in drafting it?
        18      A   Probably.
        19      Q   If you look at the market background section,
        20  sir, on production number 322 of Exhibit 333, are you
        21  there?
        22      A   I see that.
        23      Q   It says a credit score scale and range are
        24  merely cosmetic.  Do you see that, sir?
        25      A   Yes.
00130:01      Q   Do you agree with that statement?
     02      A   Yes.
     03      Q   Did you write that statement?
     04      A   If I didn't type it into here, then it's
     05  probably -- sounds like something I would type or write.
```

**22. PAGE 130:06 TO 130:14 (RUNNING 00:00:33.266)**

```
        06      Q   And did you mean by that that whatever a credit
        07  score scale or ranging is something that is
        08  administerial that you can set at anything after you're
        09  done with your algorithm?
        10      A   What I meant was, is that it's a range.  A
        11  score range by itself is meaningless unless you know
        12  what the meaning of the score actually is.
        13      Q   Well, you could -- but you could scale or
        14  range -- let me withdraw it.
```

**23. PAGE 130:15 TO 130:22 (RUNNING 00:00:34.400)**

```
        15          You could set a credit score scale or range
        16  from 1 to 100 or 1 to a thousand or anywhere in between.
        17  That's a cosmetic thing, correct?
        18      A   It's -- now you got specific about a credit
        19  score.  There are other limiting factors of credit
        20  scores and systems, but in general, the way score cards
```

```
        21  are built through a regression, then yes, they can be
        22  scaled on anything and it's like that.
```

### 24. PAGE 130:23 TO 131:07 (RUNNING 00:00:36.833)

```
        23   Q    Okay.  Would you turn to page 23.  It's
        24  production number 324 in this Exhibit 333.  There's a
        25  recommendation here, sir.  It says the final
00131:01  recommendation is to pursue the log odds, L-O-G O-D-D-S,
    02  approach similar to Scorex PLUS.  The score will range
    03  from 501 to 990.
    04       Do you see that, sir?
    05   A    Yes, I see that.
    06   Q    That wasn't your recommendation to the group,
    07  was it?
```

### 25. PAGE 131:09 TO 131:10 (RUNNING 00:00:03.567)

```
        09       THE WITNESS:  At what point in time?  Because
        10  at the end, then I was on board with it.
```

### 26. PAGE 132:12 TO 132:14 (RUNNING 00:00:06.500)

```
        12   Q    Your recommendation, your initial
        13  recommendation was to have a range from 1 to 100,
        14  correct.
```

### 27. PAGE 132:19 TO 132:22 (RUNNING 00:00:12.967)

```
        19       THE WITNESS:  My personal recommendation at the
        20  beginning was something like, I don't know if it's 0 to
        21  100, or 1 to 100, it was something like that that it
        22  approximated a -- an academic grading scale.
```

### 28. PAGE 132:24 TO 132:24 (RUNNING 00:00:03.600)

```
        24   Q    Why was that recommendation overruled?
```

### 29. PAGE 133:01 TO 133:13 (RUNNING 00:00:49.400)

```
00133:01       THE WITNESS:  The recommendation wouldn't work
    02  with client systems.  And the way that the automated --
    03  the functionality of their systems worked wouldn't
    04  accept a scale like that.
    05  BY MR. BEEHLER:
    06   Q    How did you find that out?
    07   A    I believe we started to get the -- we knew that
    08  it would have to have decimal places to allow enough
    09  granularity if that was the scale to be used, and I
    10  think that was even a problem with Experian systems.
    11       And then that started the, you know, the
    12  movement against it where people just started to move
    13  against it.
```

### 30. PAGE 144:25 TO 145:04 (RUNNING 00:00:12.333)

```
        25   Q    I've handed you what's been marked as
00145:01  Exhibit 338.
    02       Do you see that's an e-mail from Stan Oliai to
    03  you and others dated October 31, 2005?
    04   A    Yes.
```

### 31. PAGE 145:11 TO 145:19 (RUNNING 00:00:24.433)

```
        11   Q    I don't want you to assume anything.  Looking
        12  at Exhibit 338, the e-mail says, quote, Here are the
        13  meeting notes from the 10-18 Trident session, end quote,
        14  correct?
        15   A    Yes.
        16   Q    And if you turn to the next page of
        17  Exhibit 338, it, in fact, is entitled Project Trident
```

## Fair Isaac v Experian et al

```
18  Product Development Discussion, October 18, 2005.
19     A    That's what it reads.
```

**32. PAGE 151:02 TO 151:25 (RUNNING 00:01:09.100)**

```
02     Q    I've handed you what's been marked as
03  Exhibit 339, Mr. Schwab.  Do you see on the first page
04  of the document at the bottom there's an e-mail to you
05  from Kerry Williams, Walt Ramsey, Jason Engel and others
06  dated October 14, 2005.
07     A    Yes.  I see that e-mail.
08     Q    And you're enclosing two documents for their
09  review, correct?
10     A    Yes.
11     Q    A draft of an internal business plan, correct?
12     A    Yes.
13     Q    And a presentation for the October 18 external
14  meeting, correct?
15     A    Yes.
16     Q    And you note that you realize that direct
17  references to FICO may need to be made generic, end
18  quote; do you see that?
19     A    Yes.
20     Q    What do you mean that direct references to FICO
21  may need to be made generic?
22     A    Without seeing the documents, I'm not sure the
23  context around it.
24     Q    Do you mean to take FICO's name out and refer
25  to it by something else, perhaps a code name?
```

**33. PAGE 152:02 TO 152:04 (RUNNING 00:00:09.834)**

```
02          THE WITNESS:  I need to see what is in the
03  document and what the references are to know why, you
04  know, I may have said that or why I did say that.
```

**34. PAGE 157:06 TO 157:10 (RUNNING 00:00:14.700)**

```
06     Q    I've handed you what's been marked as
07  Exhibit 340.  Do you see that this says project Trident
08  internal new product business plan updated October 14,
09  2005?
10     A    Yes, I see that.
```

**35. PAGE 157:18 TO 157:21 (RUNNING 00:00:14.133)**

```
18     Q    Okay.  Looking at Exhibit 340, sir, is that an
19  internal new product business plan that you were part
20  of?
21     A    Yes.
```

**36. PAGE 167:05 TO 167:10 (RUNNING 00:00:16.233)**

```
05     Q    Have I placed Exhibit 343 in front of you?
06     A    Yes.
07     Q    Do you recall testifying a little bit ago that
08  you don't recall ever doing an external new product
09  business plan for project Trident; do you recall that
10  testimony?
```

**37. PAGE 167:13 TO 167:18 (RUNNING 00:00:12.667)**

```
13          THE WITNESS:  Yeah.  I recall saying I don't
14  remember if I did an external one.
15  BY MR. BEEHLER:
16     Q    Okay.  Looking at Exhibit 343, that would be
17  one.  Is that right?
18     A    Well, it's --
```

Fair Isaac v Experian et al

**38. PAGE 167:21 TO 168:01 (RUNNING 00:00:16.000)**

```
        21              THE WITNESS:  It reads on the title slide
        22   external.
        23   BY MR. BEEHLER:
        24       Q      Exhibit 343 is for project Trident external new
        25   product business plan, October 14, 2005, correct?
  00168:01       A      Yes.  That's what it reads.
```

**39. PAGE 168:05 TO 168:07 (RUNNING 00:00:06.133)**

```
        05       Q      Was it distributed to the other credit bureaus?
        06       A      I don't remember if we did or not.  I don't
        07   recall that we did.
```

**40. PAGE 259:24 TO 260:03 (RUNNING 00:00:16.600)**

```
        24       Q      Can you describe generally, what's the point of
        25   purchasing key words for search engines?  Could you
  00260:01   describe that for us?
        02       A      Getting people who put in search terms to click
        03   on a link.
```

> TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:21:27.266)