Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:56:43 PM

## Fair Isaac v Experian et al

 **Wiermanski, Chet D. (Vol. 01) - 06/05/2008**    1 CLIP (RUNNING 00:06:04.299)

 And did you take handwritten notes in ...

WIERMANSKI2          17 SEGMENTS  (RUNNING 00:06:04.299)    

**1. PAGE 4:06 TO 4:10 (RUNNING 00:00:16.466)**

```
06        Q.   Mr. Wiermanski, do you understand that
07   you are here to testify today not just as a
08   designated representative of the company on certain
09   topics, but also in your individual capacity?
10        A.   Yes.
```

**2. PAGE 7:02 TO 7:20 (RUNNING 00:01:30.900)**

```
02        Q.   And since you've been at TransUnion, can
03   you tell me what positions you've held and the time
04   period in which you held those positions?
05        A.   I'll give you approximate dates.
06        Q.   Sure.
07        A.   My initial position at TransUnion was as
08   a product research manager and I was that probably
09   for two years, so up until 1991 -- excuse me, 1989.
10   Was promoted to a senior product research manager
11   in 1991 till -- excuse me, 1989 -- I'll get the
12   dates right.  I'm sorry.  To 1990.  1990 I was
13   promoted to director of acquisition and risk
14   management services.  In 1992 I was promoted to
15   vice-president of acquisition and risk management
16   services and then was promoted to group
17   vice-president approximately 18 months ago.  So
18   that would put it about --
19        Q.   18 months ago?
20        A.   Let's say January of 2007.
```

**3. PAGE 21:05 TO 21:16 (RUNNING 00:00:51.433)**

```
05        Q.   Mr. Wiermanski, I turn your attention now
06   to Plaintiff's Exhibit 30, which is the
07   Intellectual Property Agreement among the bureaus
08   and VantageScore.
09        A.   Okay.
10        Q.   Before today, have you seen this
11   document?
12        A.   Yes.
13        Q.   Is this a document that you reviewed as
14   part of your work on Project Trident and
15   VantageScore in early 2006?
16        A.   Yes.
```

**4. PAGE 28:10 TO 28:24 (RUNNING 00:00:59.433)**

```
10        Q.   If you would, please, turn to the next
11   page, internal page Number 2, Bates labeled
12   EXP 0004657.  I'd like you to turn -- turn your
13   attention to the second item in bold near the top
14   of the page labeled "Company Owned Existing
15   Intellectual Property."  Do you see that?
16        A.   Yes.
17        Q.   Could you just read that, please?  Read
18   it to yourself if you'd like.
19        A.   Yes.
20        Q.   You've read it?
```

## Fair Isaac v Experian et al

```
21      A.   Yes.
22      Q.   Is this a definition of the property that
23 VantageScore owns as a result of this Intellectual
24 Property Agreement?
```

**5. PAGE 29:03 TO 29:03 (RUNNING 00:00:01.567)**

```
03           THE WITNESS:  I don't know.
```

**6. PAGE 29:05 TO 29:18 (RUNNING 00:01:01.600)**

```
05      Q.   So let's go through some of these items
06 here.  This provision defining company owned
07 existing intellectual property says that it means
08 the MOU inventions, the MOU developed information
09 and MOU patents, including the model.  Do you see
10 that?
11      A.   Yes.
12      Q.   Now, if you turn to the next page after
13 this, please, internal page Number 3, do you see
14 there where model is defined just below the center
15 of the page?
16      A.   Yes.
17      Q.   And the model includes the Model Scale,
18 does it not?
```

**7. PAGE 29:21 TO 29:23 (RUNNING 00:00:06.100)**

```
21           THE WITNESS:  You're asking me that --
22 does it say that Model Scale is listed, yes.  It's
23 there.
```

**8. PAGE 30:02 TO 30:03 (RUNNING 00:00:06.700)**

```
02      Q.   The model that came out of Project
03 Trident is now owned by VantageScore, is it not?
```

**9. PAGE 30:07 TO 30:07 (RUNNING 00:00:01.067)**

```
07           THE WITNESS:  Yes.
```

**10. PAGE 30:09 TO 30:10 (RUNNING 00:00:06.100)**

```
09      Q.   And the model that VantageScore owns
10 includes the Model Scale, does it not?
```

**11. PAGE 30:12 TO 30:12 (RUNNING 00:00:01.000)**

```
12           THE WITNESS:  Yes.
```

**12. PAGE 30:14 TO 30:15 (RUNNING 00:00:07.066)**

```
14      Q.   And the Model Scale means the scaling
15 parameters that are used in the model, does it not?
```

**13. PAGE 30:17 TO 30:18 (RUNNING 00:00:03.366)**

```
17           THE WITNESS:  I don't know.  I don't know
18 if it includes the parameters.
```

**14. PAGE 30:20 TO 31:08 (RUNNING 00:00:38.067)**

```
20      Q.   Well, look a little bit further down this
21 page, internal page Number 3 on Plaintiff's Exhibit
22 Number 30.  Do you see where Model Scale is defined
23 there?
24      A.   Yes.
00031:01      Q.   And do you see that Model Scale is
02 defined as meaning "the scaling parameters (e.g.,
03 501 through 990) that are used in the model."  Do
04 you see that?
05      A.   Yes.
```

```
            06      Q.   Is it your understanding that
            07   VantageScore, the company, owns the model and that
            08   that model includes the modeling scale?
```

**15. PAGE 31:12 TO 31:12 (RUNNING 00:00:01.567)**

```
            12              THE WITNESS:   Yes.
```

**16. PAGE 31:14 TO 31:15 (RUNNING 00:00:10.567)**

```
            14      Q.   Why would it be important to define what
            15   property the VantageScore company owns?
```

**17. PAGE 31:19 TO 31:19 (RUNNING 00:00:01.300)**

```
            19              THE WITNESS:   I don't know why.
```



## Wiermanski, Chet D. (Vol. 01) - 06/05/2008          1 CLIP  (RUNNING 00:02:15.533)

Good morning. I'm Randy Tietjen, I ...



**WIERMANSKI1**          2 SEGMENTS  (RUNNING 00:02:15.533)

**1. PAGE 5:12 TO 5:20 (RUNNING 00:00:23.333)**

```
            12      Q.   Good morning.   I'm Randy Tietjen, I
            13   represent the Plaintiffs, Fair Isaac Corporation
            14   and MyFICO Consumer Services, Inc.   Would you state
            15   your name, please?
            16      A.   Chet Wiermanski.
            17      Q.   Where are you employed, Mr. Wiermanski?
            18      A.   TransUnion.
            19      Q.   And what's your title?
            20      A.   Group vice-president.
```

**2. PAGE 7:16 TO 8:22 (RUNNING 00:01:52.200)**

```
            16      Q.   Thank you.  Mr. Wiermanski, I'm handing
            17   you what was previously marked in an earlier
            18   deposition as Plaintiff's Exhibit 93.   I'd like you
            19   to take a look at this and just tell me if you've
            20   seen it before?
            21      A.   Yes, I've seen it.
            22      Q.   You understand, Mr. Wiermanski, that
            23   there's a procedure under the rules of the court
            24   that allow a company or an organization to
   00008:01   designate a witness on certain topics.   It's called
            02   a 30(b)(6) deposition ordinarily.   Are you familiar
            03   with that?
            04      A.   Yes.   It's what I've been told that I'm
            05   here for.
            06      Q.   You're a designated witness for the
            07   company that employs you, correct?
            08      A.   Yes.
            09      Q.   And you are designated, are you not, to
            10   testify today on the topics in this deposition
            11   Notice that are listed as 2, 12, 13, 15, 22, 27,
            12   29, 30, 33, 35, 38, 40, 41 and 42?   And if you can
            13   remember all those you have a much better memory
            14   than I do.
            15      A.   I don't remember them all.
            16           MR. BOYLE:   I could just point out that
            17   this -- the original Notice only goes up to 41.
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:56:43 PM

## Fair Isaac v Experian et al

```
18              MR. TIETJEN:  I'm sorry.
19              MR. BOYLE:  But otherwise we'll stipulate
20      that we've designated Mr. Wiermanski for those
21      topics.
22              MR. TIETJEN:  Thank you.
```

 **Wiermanski, Chet D. (Vol. 02) - 06/06/2008**                                    1 CLIP  (RUNNING 00:40:17.300)

And in fact, from a technical standpoint, ...

**WIERMANSKI3**              97 SEGMENTS  (RUNNING 00:40:17.300)                

### 1. PAGE 93:06 TO 94:09  (RUNNING 00:01:14.367)

```
         06        Q.   Good morning, Mr. Wiermanski.  As I
         07   stated on the record, I'm Chris Larus.  I'm one of
         08   the lawyers representing Fair Isaac Corporation and
         09   MyFICO Consumer Services, Inc. in this matter.  I
         10   know that you were deposed yesterday and are
         11   generally familiar with the procedures today.  Do
         12   you understand that your testimony is still under
         13   oath?
         14        A.   Yes.
         15             (Document marked as Plaintiffs' Exhibit
         16             Number 199 for identification.)
         17   BY MR. LARUS:
         18        Q.   I'm going to hand you a document which
         19   has been labeled as Plaintiff's Exhibit 199.  Do
         20   you have that document in front of you, sir?
         21        A.   Yes.
         22        Q.   This is a document that's titled
         23   "Plaintiff Fair Isaac's First Supplemental Notice
         24   of Deposition of Defendant TransUnion, LLC" and
00094:01   then goes on in its title.  Do you see that?
         02        A.   Yes.
         03        Q.   Have you seen this document before, sir?
         04        A.   Yes.
         05        Q.   And do you understand that you've been
         06   designated by TransUnion, LLC to provide testimony
         07   on behalf of that entity with respect to some of
         08   the topics identified on Exhibit 199?
         09        A.   Yes.
```

### 2. PAGE 94:12 TO 94:17  (RUNNING 00:00:17.066)

```
         12             Is it your understanding that with
         13   respect to the topics identified on this Notice,
         14   you have been designated to provide testimony with
         15   respect to topics 42 and 51?
         16        A.   Yes, those are -- I presume.
         17             MR. BOYLE:  We'll stipulate to that.
```

### 3. PAGE 95:14 TO 96:02  (RUNNING 00:00:26.367)

```
         14        Q.   I'll hand this to you.  You can pass it
         15   around.  Mr. Wiermanski, I'm also going to hand you
         16   document which has been labeled as Plaintiff's
         17   Exhibit Number 200.  Do you have that document in
         18   front of you?
         19        A.   Yes.
         20        Q.   And this is a document that bears the
         21   title "Plaintiff Fair Isaac's Second Supplemental
```

```
         22  Notice of Deposition of Defendant TransUnion, LLC"
         23  and then goes on in its title.
         24       A.   Yes, I see that.
  00096:01       Q.   Have you reviewed this document before?
         02       A.   Yes.
```

### 4. PAGE 96:06 TO 96:11 (RUNNING 00:00:16.400)

```
         06            I understand that you've been designated
         07  to provide testimony on behalf of TransUnion, LLC
         08  with respect to topics 81, 82, 84, 87, 91 and 95 of
         09  this Notice, is that correct?
         10       A.   Is that correct, Dao?
         11            MR. BOYLE:  We'll stipulate to that.
```

### 5. PAGE 98:02 TO 98:06 (RUNNING 00:00:19.234)

```
         02       Q.   Okay.  As you sought to prepare for your
         03  testimony today on the topics within Exhibit 199
         04  for which you have been designated, did you come to
         05  any conclusion as to whether you had firsthand
         06  knowledge of any of those topics?
```

### 6. PAGE 98:08 TO 98:15 (RUNNING 00:00:22.300)

```
         08            THE WITNESS:  Yes.
         09  BY MR. LARUS:
         10       Q.   And yes, you do?
         11       A.   Yes, I do.
         12       Q.   Was -- is there anyone within TransUnion
         13  whom you believe is more knowledgeable with respect
         14  to the subject matters identified in topics 42 and
         15  51 than you are?
```

### 7. PAGE 98:17 TO 99:09 (RUNNING 00:00:54.500)

```
         17            THE WITNESS:  Can you tell me -- let me
         18  read which ones they are?
         19  BY MR. LARUS:
         20       Q.   Absolutely.  Why don't we kind of break
         21  them down by topic and let's start with topic
         22  Number 42 which begins on page 4 of Exhibit 199.
         23  And please take whatever time you need to review
         24  that topic in its entirety and let me know when
  00099:01  you've done so.
         02       A.   I can speak on behalf of TransUnion for
         03  42.
         04       Q.   Okay.  And my question was slightly
         05  different.  I was wondering if based upon your
         06  review of that topic if there was anyone within
         07  TransUnion whom you believe to be more
         08  knowledgeable than you are about that -- the topics
         09  identified within topic Number 42?
```

### 8. PAGE 99:11 TO 99:21 (RUNNING 00:00:40.333)

```
         11            THE WITNESS:  No.
         12  BY MR. LARUS:
         13       Q.   Now, let me direct your attention to
         14  topic Number 51, which is the other topic within
         15  this Notice for which you've been designated and
         16  that's found on page 8 of the document.
         17       A.   I'm knowledgeable on 51.
         18       Q.   Is there anyone within TransUnion whom
         19  you understand to be more knowledgeable than you
         20  are with respect to the topics identified within
         21  topic 51?
```

**9. PAGE 99:23 TO 99:23  (RUNNING 00:00:01.034)**

```
        23             THE WITNESS:  No.
```

**10. PAGE 100:17 TO 101:03  (RUNNING 00:00:52.500)**

```
        17        Q.   Let me direct your attention first to
        18   topic 81 within Exhibit 200.  It starts on page 4
        19   and continues on to page 5.  Please take whatever
        20   time you need to review that topic and let me know
        21   when you've done so.
        22        A.   I can answer to these questions.
        23        Q.   Okay.  Is there anyone within TransUnion
        24   whom you understand to be more knowledgeable with
 00101:01   respect to the topics identified within topic
        02   Number 81 than you are?
        03        A.   No.
```

**11. PAGE 101:07 TO 101:16  (RUNNING 00:00:26.300)**

```
        07        Q.   Okay.  Let me direct your attention to
        08   topic Number 82.  Please take whatever time you
        09   need to review that and let me know when you've
        10   done so.
        11        A.   I reviewed it.  And I can answer any
        12   questions regarding it.
        13        Q.   Okay.  And is there anyone within
        14   TransUnion whom you believe is more knowledgeable
        15   with respect to the topics contained within --
        16   within topic 82 than you are?
```

**12. PAGE 101:18 TO 102:01  (RUNNING 00:00:21.500)**

```
        18             THE WITNESS:  No.
        19   BY MR. LARUS:
        20        Q.   Let's go to 84 which is the next topic on
        21   which you've been designated.  Please take whatever
        22   time you need to review that and I'll ask you the
        23   same question which is whether there's anybody
        24   within TransUnion whom you believe is more
 00102:01   knowledgeable about those topics than you are?
```

**13. PAGE 102:03 TO 102:09  (RUNNING 00:00:13.333)**

```
        03             THE WITNESS:  I can answer the questions
        04   and I don't believe there's anybody at TransUnion
        05   more knowledgeable.
        06   BY MR. LARUS:
        07        Q.   Okay.  Great.  Let's go on to topic
        08   Number 87, the next topic on this Notice for which
        09   you've been designated.
```

**14. PAGE 102:12 TO 102:18  (RUNNING 00:00:15.433)**

```
        12        Q.   Please let me know when you've had a
        13   chance to review that.
        14        A.   I've reviewed it.
        15        Q.   Okay.  Is there anyone within TransUnion
        16   whom you believe is more knowledgeable with respect
        17   to the subjects identified within topic Number 87
        18   than you are?
```

**15. PAGE 102:20 TO 103:08  (RUNNING 00:00:43.633)**

```
        20             THE WITNESS:  No.
        21   BY MR. LARUS:
        22        Q.   91 is the next topic for which you've
        23   been designated, is that correct?
        24        A.   I've reviewed 91.
 00103:01        Q.   This is the next topic for which you've
```

```
           02   been designated to provide testimony?
           03             MR. BOYLE:  We'll stipulate to that.
           04   BY MR. LARUS:
           05        Q.   Is there anyone, Mr. Wiermanski, whom you
           06   believe is more knowledgeable within TransUnion
           07   with respect to the matters contained within
           08   topic 91 than you are?
```

**16. PAGE 103:10 TO 103:13 (RUNNING 00:00:06.433)**

```
           10             THE WITNESS:  No.
           11   BY MR. LARUS:
           12        Q.   Okay.  We're almost done.  95 is the last
           13   topic for which you've been designated.
```

**17. PAGE 103:19 TO 103:24 (RUNNING 00:00:11.534)**

```
           19        Q.   I didn't mean to imply that you're the
           20   only one who has been designated for this topic but
           21   you have been designated to provide testimony with
           22   respect to topic 95?
           23             MR. BOYLE:  We'll stipulate to that.
           24             THE WITNESS:  Yes.
```

**18. PAGE 104:02 TO 104:04 (RUNNING 00:00:07.767)**

```
           02        Q.   Is there anyone within TransUnion whom
           03   you believe is more knowledgeable with respect to
           04   the subject matter of 95 than you are?
```

**19. PAGE 104:06 TO 104:06 (RUNNING 00:00:01.334)**

```
           06             THE WITNESS:  No.
```

**20. PAGE 105:09 TO 105:12 (RUNNING 00:00:14.967)**

```
           09             Sitting here today, are you aware of any
           10   instance in which Fair Isaac has used the numeric
           11   range 300 to 850 in connection with credit scores
           12   in any way?
```

**21. PAGE 105:14 TO 105:15 (RUNNING 00:00:05.966)**

```
           14             THE WITNESS:  I've seen that on slide
           15   presentations to customers.
```

**22. PAGE 107:02 TO 107:12 (RUNNING 00:00:46.067)**

```
           02        Q.   Sitting here today, do you know when
           03   TransUnion first learned of the slide presentations
           04   generated by Fair Isaac that made use of the
           05   numbers 300 to 850 in any way?
           06        A.   I don't recall when exactly.  It would be
           07   in the -- it would be at the beginning -- in the
           08   mid 1990's.
           09        Q.   Okay.  Sitting here today, do you know
           10   when TransUnion first learned of the Fair Isaac
           11   brochures that made use of the numbers 300 to 850
           12   in any way?
```

**23. PAGE 107:14 TO 107:15 (RUNNING 00:00:03.200)**

```
           14             THE WITNESS:  It would be the same time
           15   frame.
```

**24. PAGE 128:17 TO 129:03 (RUNNING 00:00:37.167)**

```
           17        Q.   Okay.  So your recollection of having
           18   seen any documents that contain the numbers 300 to
           19   850 in connection with credit scores generated
           20   using Fair Isaac models is limited only to
```

```
           21  recollection of such documents generated by Fair
           22  Isaac, is that correct?
           23      A.  No.
           24      Q.  Okay.  What other documents are you aware
    00129:01  of that use the term -- or strike that -- use the
           02  numbers 300 to 850 in connection with credit scores
           03  generated using Fair Isaac models?
```

**25. PAGE 129:05 TO 129:18 (RUNNING 00:01:01.000)**

```
           05          THE WITNESS:  These would be slide
           06  presentations that TransUnion prepared with the
           07  assistance of Fair Isaac that we had in our
           08  possession that TransUnion prepared using the
           09  approved let's say text or terminology from Fair
           10  Isaac that would then be distributed to TransUnion
           11  sales associates to promote Fair Isaac score.
           12  BY MR. LARUS:
           13      Q.  Okay.  At any time have you seen any
           14  slide presentations or other materials which use
           15  the term or numbers 300 to 850 in connection with
           16  credit scores generated using Fair Isaac models
           17  that were not generated at least in part by
           18  TransUnion?
```

**26. PAGE 129:20 TO 130:04 (RUNNING 00:00:23.133)**

```
           20          THE WITNESS:  No.
           21  BY MR. LARUS:
           22      Q.  Okay.  So when you testified having a
           23  recollection of having seen some slide
           24  presentations and brochures that make use of the
    00130:01  numbers 300 to 850 in connection with credit scores
           02  generated using Fair Isaac models, you're talking
           03  about materials that were jointly prepared by
           04  TransUnion and Fair Isaac?
```

**27. PAGE 130:06 TO 130:11 (RUNNING 00:00:14.633)**

```
           06          THE WITNESS:  Yes.
           07  BY MR. LARUS:
           08      Q.  Okay.  And to your recollection, these
           09  were materials that were jointly prepared by
           10  TransUnion and Fair Isaac at some point in the mid
           11  to late 1990's?
```

**28. PAGE 130:13 TO 130:13 (RUNNING 00:00:00.800)**

```
           13          THE WITNESS:  Yes.
```

**29. PAGE 130:20 TO 130:21 (RUNNING 00:00:05.933)**

```
           20      Q.  Who within TransUnion was involved in
           21  preparing those materials?
```

**30. PAGE 130:23 TO 130:23 (RUNNING 00:00:01.733)**

```
           23          THE WITNESS:  Which -- what materials?
```

**31. PAGE 131:02 TO 131:04 (RUNNING 00:00:07.600)**

```
           02      Q.  The materials to which you just testified
           03  having -- you're aware of that were jointly created
           04  by Fair Isaac and TransUnion?
```

**32. PAGE 131:06 TO 131:10 (RUNNING 00:00:15.867)**

```
           06          THE WITNESS:  Various members of my
           07  business unit or team.  I don't recall the specific
           08  names of the individuals.  There are probably five
           09  or six different people that may have been involved
```

```
      10  in that.
```

**33. PAGE 137:05 TO 137:08 (RUNNING 00:00:11.466)**

```
      05      Q.   Mr. Wiermanski, do you have any knowledge
      06  at all about what use Fair Isaac Corporation has
      07  made of the term 300 to 850 in advertising and
      08  promotional materials?
```

**34. PAGE 137:10 TO 137:18 (RUNNING 00:00:18.067)**

```
      10           THE WITNESS:  Yes.
      11  BY MR. LARUS:
      12      Q.   Okay.  What information do you have in
      13  that regard?
      14      A.   They claim that the models that the Fair
      15  Isaac score uses a range of 300 to 850.
      16      Q.   On what do you base that understanding?
      17      A.   I base that understanding on what they
      18  put in the press.
```

**35. PAGE 138:01 TO 138:16 (RUNNING 00:01:14.900)**

```
   00138:01     Q.   The press reporting on topics regarding
      02  financial topics?
      03      A.   I base it on what Fair Isaac has asked us
      04  to put in our presentation material, in the
      05  brochures and what they -- what I've read in press
      06  releases, either provided by Fair Isaac or quotes
      07  by -- you know, I'll use the word either industry
      08  publications or general publications.
      09      Q.   Okay.  One of the things that you just
      10  identified as a basis for your statement is what
      11  Fair Isaac has asked us, which I assume to mean
      12  TransUnion, to put in presentation materials?
      13      A.   Yes.
      14      Q.   What has Fair Isaac requested that
      15  TransUnion put in presentation materials with
      16  respect to the term 300 to 850?
```

**36. PAGE 138:19 TO 138:20 (RUNNING 00:00:08.733)**

```
      19           THE WITNESS:  The materials that I've --
      20  that I saw from the mid '90's said 300 to 850.
```

**37. PAGE 139:10 TO 139:17 (RUNNING 00:00:36.200)**

```
      10      Q.   How do you know that references to 300 to
      11  850 were included within those materials at the
      12  request of Fair Isaac?
      13      A.   We worked closely with Fair Isaac to make
      14  sure that we properly represented their product and
      15  I don't believe that members of my team would just
      16  put any score range in.  That would come from Fair
      17  Isaac.
```

**38. PAGE 140:16 TO 141:06 (RUNNING 00:00:52.833)**

```
      16      Q.   And it's your understanding that if it
      17  showed up in slide presentations that were jointly
      18  created by Fair Isaac and TransUnion, the
      19  references to 300 to 850 were at the request of
      20  Fair Isaac, is that correct?
      21      A.   Yes.
      22      Q.   And these were materials dating back to
      23  the mid to late 1990's?
      24      A.   Uh-huh.
   00141:01     Q.   If you could answer yes or no?
      02      A.   Yes.  I'm sorry.
```

```
        03      Q.   That's okay. Thank you. Are you aware
        04 of any time when Fair Isaac changed its practices
        05 with respect to requesting that the term 300 to 850
        06 be included in marketing or promotional materials?
```

**39. PAGE 141:08 TO 141:13 (RUNNING 00:00:20.200)**

```
        08           THE WITNESS: No, I'm not aware of any
        09 changes, other than any change that might have been
        10 in something with NextGen because I don't believe
        11 that NextGen uses that same range. So I think
        12 there might be materials where it shows a different
        13 range, but that's conjecture on my part.
```

**40. PAGE 143:07 TO 143:15 (RUNNING 00:00:45.000)**

```
        07      Q.   When did TransUnion first become aware
        08 that Fair Isaac claimed trademark rights in the
        09 term 300 to 850?
        10      A.   I guess that would be April of 2006 when
        11 they sent a letter to us to that effect.
        12      Q.   Prior to that time, did TransUnion have
        13 any knowledge whatsoever that Fair Isaac claimed
        14 trademark rights to the term 300 to 850?
        15      A.   We saw that in their materials, yes.
```

**41. PAGE 144:04 TO 144:12 (RUNNING 00:00:28.567)**

```
        04      Q.   Aside from any conversations you may have
        05 had with counsel, which I'm not going to ask you
        06 about, have you ever inquired of anybody when
        07 TransUnion first became aware of materials in which
        08 Fair Isaac indicated they claimed trademark rights
        09 to the term 300 to 850?
        10      A.   Yes.
        11      Q.   And of whom did you inquire?
        12      A.   Gary Friedlander.
```

**42. PAGE 144:15 TO 144:22 (RUNNING 00:00:16.433)**

```
        15      Q.   And when did you make this inquiry of
        16 Mr. Friedlander?
        17      A.   I don't recall.
        18      Q.   Do you recall the year?
        19      A.   No.
        20      Q.   Do you recall if it was before or after
        21 the lawsuit was filed?
        22      A.   Before.
```

**43. PAGE 145:03 TO 145:10 (RUNNING 00:00:22.600)**

```
        03      Q.   Now -- and who is Mr. Friedlander?
        04      A.   He's an attorney at TransUnion.
        05      Q.   Obviously before you made this inquiry of
        06 Mr. Friedlander, you personally must have seen some
        07 materials or had some information that led you to
        08 believe that Fair Isaac was actually claiming
        09 trademark rights in the numbers 300 to 850,
        10 correct?
```

**44. PAGE 145:12 TO 145:12 (RUNNING 00:00:00.867)**

```
        12           THE WITNESS: Yes.
```

**45. PAGE 146:18 TO 147:17 (RUNNING 00:01:01.834)**

```
        18      Q.   Sure. What was it about the materials
        19 that you had seen that caused you to contact
        20 Mr. Friedlander?
        21      A.   It was a trademark note on the score
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:56:43 PM

## Fair Isaac v Experian et al

```
            22   range.
            23        Q.   And when you say a trademark note, what
            24   do you mean?
   00147:01       A.   A little TM.
         02       Q.   A TM, okay.  Now, this was before the
         03   lawsuit was filed, correct?
         04       A.   Yes.
         05       Q.   And this was in materials that were
         06   jointly created by Fair Isaac and TransUnion,
         07   correct?
         08       A.   Yes.
         09       Q.   And had been finalized when you made this
         10   observation that caused you to contact
         11   Mr. Friedlander, correct?
         12       A.   Yes.
         13       Q.   In what year did this take place?
         14       A.   I don't remember what year.  It was after
         15   the time period we talked about the first
         16   generation of materials were prepared, so it was
         17   after the mid '90's.
```

**46. PAGE 147:18 TO 148:12 (RUNNING 00:01:27.233)**

```
         18       Q.   All right.  And I'm going to -- I guess
         19   throw out some events that may demark certain
         20   points in time to help refresh your recollection.
         21   Was it before VantageScore had been introduced?
         22       A.   Yes.
         23       Q.   Do you recall the title of the materials
         24   that led you to contact Mr. Friedlander?
   00148:01       A.   No.
         02       Q.   Do you recall to whom the materials were
         03   directed?
         04       A.   No.  Other than lenders.
         05       Q.   Do you recall the form of the materials?
         06       A.   No.
         07       Q.   Was it a slide show?
         08       A.   I don't recall.
         09       Q.   Do you recall who the president of the
         10   United States was at the time that this happened?
         11       A.   It was either Ronald Reagan -- no, George
         12   Bush.  I don't remember, no.
```

**47. PAGE 149:18 TO 149:23 (RUNNING 00:00:23.934)**

```
         18       Q.   After having your communication with
         19   Mr. Friedlander, were you -- are you aware of any
         20   other materials generated jointly by TransUnion and
         21   Fair Isaac that made use of the term TM in
         22   connection with the term 300 to 850?
         23       A.   No, I don't recall any.
```

**48. PAGE 150:05 TO 150:18 (RUNNING 00:01:05.800)**

```
         05       Q.   When did TransUnion first become aware
         06   that Fair Isaac had filed an application to
         07   register the term 300 to 850 with the United States
         08   Patent and Trademark Office?
         09       A.   That would be in a correspondence that I
         10   saw with -- on April of 2006 to Jason Wright saying
         11   that we were infringing on their trademark.
         12       Q.   So it's your understanding that
         13   TransUnion's receipt of that letter was the first
         14   instance in which it learned that Fair Isaac had
         15   filed an application to register the term 300 to
         16   850 with the United States Patent and Trademark
         17   Office, is that right?
         18       A.   That's my understanding, yes.
```

**49. PAGE 157:14 TO 158:04 (RUNNING 00:01:06.000)**

```
       14        Q.   Would you please describe for the record
       15   the process by which the credit scoring range for
       16   the VantageScore credit score was decided?
       17        A.   We received initial direction from the
       18   three -- I'll use the term loosely -- three
       19   executive members, the three people who made the
       20   decision and at various conversations about the
       21   importance to have the score range reflect some
       22   type of academic score range.  So we looked at
       23   somewhere in the neighborhood of 900 or above as
       24   being the high end of the ceiling of the score
00158:01   range, down to somewhere 500 to 600 as the
       02   potential end of the score range and were given
       03   just general direction as to kind of how we should
       04   head.
```

**50. PAGE 159:07 TO 159:09 (RUNNING 00:00:09.400)**

```
       07        Q.   Are there certain numerical ranges within
       08   which you could not have scaled the VantageScore
       09   credit score?
```

**51. PAGE 159:11 TO 159:15 (RUNNING 00:00:06.233)**

```
       11             THE WITNESS:  Yes.
       12   BY MR. LARUS:
       13        Q.   And what numerical ranges are those?
       14        A.   Ranges that involve four digits or two
       15   digits, with scores of four digits or two digits.
```

**52. PAGE 159:22 TO 159:24 (RUNNING 00:00:12.800)**

```
       22        Q.   Now, why is it that you could not have
       23   scaled the VantageScore credit score to a numerical
       24   range that consisted of four digits?
```

**53. PAGE 160:02 TO 160:04 (RUNNING 00:00:04.500)**

```
       02             THE WITNESS:  We didn't believe that
       03   customers would be willing to accept a four-digit
       04   score.
```

**54. PAGE 162:05 TO 162:07 (RUNNING 00:00:05.633)**

```
       05        Q.   And in fact, from a technical standpoint,
       06   you could have done it to any number of digits you
       07   wanted, correct?
```

**55. PAGE 162:09 TO 162:09 (RUNNING 00:00:01.034)**

```
       09             THE WITNESS:  Yes.
```

**56. PAGE 163:02 TO 163:12 (RUNNING 00:00:48.100)**

```
       02        Q.   Sure.  Was it your testimony that you did
       03   not believe it was feasible to scale the
       04   VantageScore credit score using a four-digit range
       05   because of market acceptance reasons?
       06        A.   Yes.
       07        Q.   Okay.  And on what do you base that
       08   belief?
       09        A.   Most of the application -- excuse me --
       10   account management platforms that are provided by a
       11   variety of entities for lenders to use only a
       12   three-digit field to take a credit bureau score.
```

**57. PAGE 165:13 TO 165:24 (RUNNING 00:00:39.300)**

```
       13        Q.   Let me try to break it down.  You
```

```
        14    testified on the record that you've had some
        15    dialogue at some point in time with customers which
        16    led you to the belief that a four-digit scoring
        17    range would not meet with credit -- with customer
        18    acceptance, correct?
        19         A.   Yes.
        20         Q.   And you said that that dialogue with
        21    which -- in which you were involved took place
        22    between 1987 and 1993 in connection with the Delphi
        23    score, correct?
        24         A.   Yes.
```

### 58. PAGE 168:02 TO 168:23 (RUNNING 00:01:34.933)

```
        02         Q.   You also testified that you did not
        03    believe that a two-digit credit score was feasible
        04    because it would not meet market acceptance,
        05    correct?
        06         A.   Yes.
        07         Q.   And on what do you base that statement?
        08         A.   Didn't -- it wouldn't give lenders enough
        09    definition as to the -- how a consumer will
        10    perform.  It's not granular enough to allow them to
        11    execute the variety of different lending strategies
        12    that they have by using a two-digit score.  It
        13    would be too restrictive.
        14         Q.   And how did you come to the belief that a
        15    two-digit score was not granular enough to meet
        16    market acceptance?
        17         A.   By working with different lenders who
        18    have a variety of different strategies where they
        19    use three-digit scores to detail what the strategy
        20    is.
        21         Q.   How many numbers within a range are
        22    necessary in order to provide the granularity that
        23    would allow for market acceptance?
```

### 59. PAGE 169:03 TO 169:11 (RUNNING 00:00:16.667)

```
        03         Q.   Three?
        04         A.   Three digits.
        05         Q.   Okay.  And my question was slightly
        06    different.
        07         A.   Okay.
        08         Q.   How many numbers within a range are
        09    necessary to provide the granularity that you
        10    believe is necessary to allow for market acceptance
        11    of a credit score?
```

### 60. PAGE 169:14 TO 169:14 (RUNNING 00:00:01.933)

```
        14              THE WITNESS:  999.
```

### 61. PAGE 190:10 TO 190:20 (RUNNING 00:00:27.334)

```
        10         Q.   Do you recall a discussion at this
        11    meeting about whether the adoption of a particular
        12    scale for what would become the VantageScore credit
        13    score would be a topic of discussion with senior
        14    management?
        15         A.   Yes.
        16         Q.   What do you recall of that discussion?
        17         A.   Just that there were some strong feelings
        18    for an academic scale, that the team was really
        19    unclear what that meant, and it would be brought up
        20    at the next meeting with senior management.
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:56:43 PM

## Fair Isaac v Experian et al

**62. PAGE 199:11 TO 200:04 (RUNNING 00:01:58.700)**

```
11        Q.   Mr. Wiermanski, I'm going to hand you a
12   document which was previously labeled as
13   Plaintiff's Exhibit 44 which is a multi-page
14   document bearing the Bates numbers
15   MOW-FICO-00000118 through 137.  Please take
16   whatever time you need to review that document in
17   order to tell me whether you recognize that
18   document?
19        A.   Yes, I'm familiar with it.
20        Q.   Okay.  And would you describe for the
21   record what this document is?
22        A.   This document reflects the status of
23   Project Trident as of October 18th, 2005 and was
24   presented to the team involved in forming
00200:01  VantageScore, the VantageScore product.
02        Q.   And Project Trident was the term that was
03   used for the project that resulted in VantageScore?
04        A.   Yes.
```

**63. PAGE 205:17 TO 205:18 (RUNNING 00:00:07.533)**

```
17        Q.   Have you ever used the term industry
18   standard to refer to the FICO score?
```

**64. PAGE 205:20 TO 205:23 (RUNNING 00:00:03.833)**

```
20             THE WITNESS:  Me, ever?
21   BY MR. LARUS:
22        Q.   Yes, sir.
23        A.   Yes.
```

**65. PAGE 206:23 TO 207:15 (RUNNING 00:00:48.533)**

```
23        Q.   Directing your attention back to
24   Exhibit 44, let me direct your attention to the
00207:01  bottom of page 10 of that document which has the
02   Bates number ending in the three digits 127.  Do
03   you see that?
04        A.   Yes.
05        Q.   Do you recall there being a
06   recommendation made at the meeting in which this
07   presentation was made regarding the adoption of a
08   scale for what would become the VantageScore of
09   1 to 100?
10        A.   Yes.
11        Q.   Who made that recommendation?
12        A.   The development team for VantageScore on
13   Project Trident.
14        Q.   The entire team?
15        A.   That's my understanding, yes.
```

**66. PAGE 208:16 TO 208:21 (RUNNING 00:00:13.233)**

```
16   this to be a memory test.  Let me direct your
17   attention to Exhibit -- or the next page of the
18   exhibit.  The first line of text underneath that
19   heading states, "Results of consumer Gallup poll."
20   Do you see that?
21        A.   Yes.
```

**67. PAGE 214:24 TO 215:02 (RUNNING 00:00:15.500)**

```
24        Q.   Sitting here today, are you aware of any
00215:01  other survey that was ever conducted with respect
02   to any potential scale for VantageScore?
```

```
68. PAGE 215:04 TO 215:09 (RUNNING 00:00:16.400)
         04              THE WITNESS:  No.
         05   BY MR. LARUS:
         06        Q.   Sitting here today, are you aware of any
         07   other study of any kind that has ever been
         08   conducted regarding perceptions of any actual or
         09   potential scale for VantageScore?

69. PAGE 215:11 TO 215:11 (RUNNING 00:00:01.067)
         11              THE WITNESS:  No.

70. PAGE 216:18 TO 216:23 (RUNNING 00:00:13.367)
         18        Q.   Okay.  Was there a probabilistic score
         19   range considered for VantageScore?
         20        A.   Yes.
         21        Q.   And what was the numeric range for that
         22   potential score range option?
         23        A.   001 to 100.

71. PAGE 218:09 TO 218:15 (RUNNING 00:00:22.267)
         09        Q.   Mr. Wiermanski, the court reporter's
         10   handed you a document which has been labeled as
         11   Plaintiff's Exhibit 204 which is a multi-page
         12   document bearing the Bates numbers TU-FI 0424501
         13   through 569.  Do you have that document in front of
         14   you?
         15        A.   Yes.

72. PAGE 218:21 TO 219:01 (RUNNING 00:00:14.700)
         21        Q.   The first page of Exhibit 204 which bears
         22   the Bates number ending in the digits 501 appears
         23   to be an email from Jason Wright to you dated
         24   March 2nd, 2006.  Do you see that, sir?
    00219:01        A.   Yes.

73. PAGE 221:08 TO 221:13 (RUNNING 00:00:16.167)
         08        Q.   Let me rephrase that.  Was Mr. Wright
         09   involved in any way in Project Trident?
         10        A.   Yes.
         11        Q.   What was his involvement, sir?
         12        A.   He was involved in preparing the
         13   marketing materials for TransUnion.

74. PAGE 223:14 TO 223:17 (RUNNING 00:00:09.900)
         14        Q.   Do you have any reason to think that you
         15   would not have reviewed this document when you
         16   received it?
         17        A.   No.

75. PAGE 224:21 TO 225:09 (RUNNING 00:01:02.133)
         21        Q.   Let me direct your attention to the page
         22   of this document that bears the Bates numbers
         23   ending in the last three digits 542.
         24        A.   Oops, 543, sorry.
    00225:01        Q.   Do you have that page?
         02        A.   Yes.
         03        Q.   Do you see the heading on the top of that
         04   page titled "Scaling"?
         05        A.   Yes.
         06        Q.   Under that heading immediately above the
         07   bullet point options, the document states, "Several
         08   issues were raised which led to these choices being
```

```
        09   made."  Do you see that?
```

**76. PAGE 225:14 TO 225:14 (RUNNING 00:00:00.633)**

```
        14        A.   I see it, yes.
```

**77. PAGE 231:05 TO 231:07 (RUNNING 00:00:09.100)**

```
        05        Q.   Did you ever tell Mr. Wright that you
        06   believed that this document, Exhibit 204, was
        07   inaccurate in any way?
```

**78. PAGE 231:10 TO 231:15 (RUNNING 00:00:10.600)**

```
        10             THE WITNESS:  I don't recall doing so.
        11   BY MR. LARUS:
        12        Q.   Do you recall anyone within TU ever
        13   informing Mr. Wright that this document was
        14   inaccurate in any way?
        15        A.   No, I do not.
```

**79. PAGE 232:08 TO 232:15 (RUNNING 00:00:20.233)**

```
        08        Q.   I appreciate it.  The fourth bullet point
        09   identifies as one of the issues cannot mimic
        10   competitors' scores exactly, correct?
        11        A.   Yes.
        12        Q.   Do you recall any consideration of that
        13   issue in connection with the decision to adopt a
        14   score range for VantageScore?
        15        A.   Yes.
```

**80. PAGE 233:07 TO 233:09 (RUNNING 00:00:06.467)**

```
        07        Q.   What was discussed with respect to
        08   whether it was permissible to mimic competitor
        09   scores exactly?
```

**81. PAGE 233:11 TO 233:19 (RUNNING 00:00:35.300)**

```
        11             THE WITNESS:  We wanted our own unique
        12   score range and so the team was asked to come up
        13   with a score range that would be unique and that
        14   would help to identify the concept of academic
        15   scaling.  And to any discussion about what scores
        16   might fall into there, I don't know what we
        17   covered, but that was the focus that we didn't want
        18   it to -- wanted to have its own unique score
        19   distribution.
```

**82. PAGE 236:07 TO 236:14 (RUNNING 00:00:21.267)**

```
        07        Q.   Okay.  The next bullet point indicates
        08   that among the issues raised was the concept of
        09   setting a new standard.  Do you see that?
        10        A.   Yes.
        11        Q.   And this states, "concept of setting a
        12   new standard is valuable, but too many hurdles."
        13   Do you see that, sir?
        14        A.   Yes.
```

**83. PAGE 237:21 TO 237:23 (RUNNING 00:00:07.100)**

```
        21             Sitting here today, do you know what the
        22   too many hurdles referenced in this document are?
        23        A.   No.
```

**84. PAGE 238:20 TO 239:07 (RUNNING 00:00:53.466)**

```
        20        Q.   And what do you recall being discussed
        21   about the positive marketing perception that would
```

```
         22  result from having a greater range and
         23  differentiation on the high quality end?
         24       A.   Again, it would be that consumers could
00239:01  better identify what their -- how they rate with a
         02  credit score to an academic scale, again referring
         03  to the concept or notion that scores between 990
         04  and 901 or 900 were A quality, and then between 899
         05  and 800 would be like a B.  So it would be easier
         06  for consumers to identify with what the score
         07  meant.
```

### 85. PAGE 241:04 TO 241:06 (RUNNING 00:00:08.333)

```
         04       Q.   You said that Mr. Wright had been
         05  involved in generating marketing materials for the
         06  rollout of VantageScore, correct?
```

### 86. PAGE 241:12 TO 241:12 (RUNNING 00:00:00.767)

```
         12            THE WITNESS:  Yes.
```

### 87. PAGE 242:06 TO 242:08 (RUNNING 00:00:04.800)

```
         06       Q.   Did you provide him direction in that
         07  regard?
         08       A.   Yes.
```

### 88. PAGE 242:12 TO 242:20 (RUNNING 00:00:26.400)

```
         12       Q.   Was it your understanding that other
         13  employees of TU who had participated in Project
         14  Trident provided Mr. Wright with information
         15  regarding the development process for VantageScore?
         16       A.   Yes.
         17       Q.   And was it your understanding then that
         18  he would use that information in educating himself
         19  in order to prepare the marketing materials he was
         20  tasked to prepare?
```

### 89. PAGE 242:23 TO 242:23 (RUNNING 00:00:00.867)

```
         23            THE WITNESS:  Yes.
```

### 90. PAGE 244:06 TO 244:17 (RUNNING 00:00:41.967)

```
         06       Q.   Mr. Wiermanski, the court reporter has
         07  handed you a document which has been labeled as
         08  Exhibit 205 which is a multi-page document bearing
         09  the Bates numbers TU-FI 1019485 through 9508.  Do
         10  you have that document in front of you?
         11       A.   Yes.
         12       Q.   Do you recognize this document?
         13       A.   Yes.
         14       Q.   Would you describe for the record what it
         15  is?
         16       A.   It is the marketing plan for
         17  VantageScore.
```

### 91. PAGE 247:18 TO 248:07 (RUNNING 00:00:47.000)

```
         18       Q.   Now, directing your attention to
         19  Exhibit 205, you indicated that it's your
         20  understanding that this particular document was
         21  created by either Mr. Powers, Mr. Crowe or both, is
         22  that correct?
         23       A.   That's correct.
         24       Q.   And what leads you to that understanding?
00248:01       A.   As part of the product management
         02  function, they would be responsible for the
         03  ultimate preparation and writing of this document.
```

```
            04       Q.   Okay.  And is it your testimony that you
            05  just don't know one way or another whether
            06  Mr. Wright similarly played some role in the
            07  creation of this document?
```

**92. PAGE 248:09 TO 249:02 (RUNNING 00:00:46.633)**

```
            09            THE WITNESS:  Mr. Wright contributed,
            10  probably reviewed the document and offered his
            11  suggestions or clarified anything that was
            12  inappropriately or inaccurately mentioned or
            13  listed.
            14  BY MR. LARUS:
            15       Q.   Now, you also indicated that you reviewed
            16  TransUnion's marketing materials relating to the
            17  rollout of VantageScore, correct?
            18       A.   Yes.
            19       Q.   Is Exhibit 205 one of the documents that
            20  you reviewed?
            21       A.   It looks very familiar.  I don't know if
            22  this is the exact document, but the content here is
            23  what I would have -- I recall reviewing.
            24       Q.   Is it your understanding that you would
      00249:01  have reviewed this final version or some prior
            02  draft?
```

**93. PAGE 249:04 TO 249:04 (RUNNING 00:00:01.000)**

```
            04            THE WITNESS:  Yes.
```

**94. PAGE 269:14 TO 270:08 (RUNNING 00:00:54.333)**

```
            14       Q.   Mr. Wiermanski, the court reporter has
            15  handed you a document which has been labeled as
            16  Plaintiff's Exhibit 206 which is a two-page
            17  document bearing the Bates numbers TU-FI 0410870 to
            18  71.  Do you have that document in front of you?
            19       A.   Yes.
            20       Q.   Do you recognize this document?
            21       A.   Yes.
            22       Q.   Would you describe for the record what it
            23  is?
            24       A.   It's a summary of a meeting conducted by
      00270:01  a TransUnion sales associate that was conducted
            02  with the HSBC mortgage team and their reactions to
            03  VantageScore.
            04       Q.   And when you refer to the HSBC mortgage
            05  team, are you talking about people associated with
            06  TU?
            07       A.   No, I'm referring to employees of HSB
            08  mortgage -- the mortgage group.
```

**95. PAGE 272:15 TO 272:22 (RUNNING 00:00:22.766)**

```
            15       Q.   Let me direct your attention to kind of
            16  -- I'll call them the sub bullet points that are
            17  white and indented, states "If we wanted a grading
            18  system, why didn't we choose an entirely different
            19  scale (maybe a two- or four-digit scale that looks
            20  nothing like what lenders use today to grade
            21  paper)?"  Do you see that?
            22       A.   Yes.
```

**96. PAGE 273:03 TO 273:06 (RUNNING 00:00:16.200)**

```
            03       Q.   Was it your understanding upon reviewing
            04  this document that the text that I read next to
            05  that bullet point was intended to reflect a comment
            06  received from HSBC?
```

## Fair Isaac v Experian et al

**97. PAGE 273:10 TO 273:10 (RUNNING 00:00:00.767)**

    10                THE WITNESS:  Yes.

> TOTAL: 3 CLIPS FROM 3 DEPOSITIONS (RUNNING 00:48:37.132)