Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:56:53 PM

# Fair Isaac v Experian et al

 **Williams, Kerry (Vol. 01) - 06/30/2008**      1 CLIP (RUNNING 00:11:38.035)

 Please state your full name for the record. ...

| WILLIAMS | 29 SEGMENTS (RUNNING 00:11:38.035) |



**1. PAGE 7:18 TO 7:19 (RUNNING 00:00:03.933)**

```
         18     Q    Please state your full name for the record.
         19     A    Kerry Lee Williams.
```

**2. PAGE 8:19 TO 9:02 (RUNNING 00:00:25.467)**

```
         19     Q    Who are you employed by, sir?
         20     A    Experian.
         21     Q    How long has that been?
         22     A    Since January of 2003.
         23     Q    What position do you hold?
         24     A    I'm group president of credit services and
         25  decision analytics in North America.
   00009:01     Q    How long have you held that position?
         02     A    Since the Summer of 2005.
```

**3. PAGE 14:07 TO 14:10 (RUNNING 00:00:14.067)**

```
         07     Q    So in January 2003, what position did you take
         08  on at Experian, sir?
         09     A    I was the national sales manager of the
         10  consumer information services business.
```

**4. PAGE 14:13 TO 15:09 (RUNNING 00:01:10.733)**

```
         13     Q    How long did you hold the national sales
         14  manager position?
         15     A    Uh, I believe I held that until approximately
         16  July or August of 2004.
         17     Q    And since July of 2004, have you been the group
         18  president of Experian then?
         19     A    I have not.
         20     Q    Okay.  What happened in July or August of 2004,
         21  what position did you take?
         22     A    I was promoted to lead the consumer information
         23  services business.
         24     Q    What was your actual position?
         25     A    President.
   00015:01     Q    And how long did you hold that position?
         02     A    Until approximately June of 2005, give or take
         03  a month on either side of that.
         04     Q    What position did you take over in June of
         05  2005?
         06     A    I then was promoted to group president of
         07  credit services and decision analytics.
         08     Q    Your present position?
         09     A    Essentially, yes.
```

**5. PAGE 210:25 TO 212:01 (RUNNING 00:01:31.667)**

```
         25     Q    You mentioned earlier how you met John Dryzyk;
   00211:01  do you recall that?
         02     A    I do.
         03     Q    John Dursek's group at Mercer, Oliver & Wyman
         04  was hired to work on the project Trident development,
         05  correct?
         06     A    I didn't really deal with John Dryzyk on that,
         07  but Mercer, Oliver, Wyman was hired, yes.
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:56:53 PM

## Fair Isaac v Experian et al

```
         08    Q    Weren't you the one to suggest that Mercer,
         09 Oliver, Wyman be hired?
         10    A    Yes.  Yes, absolutely.
         11    Q    And you called John Dryzyk?
         12    A    I did.
         13    Q    And you thought of hiring Mercer, Oliver &
         14 Wyman for what reason?
         15    A    So they would be able to play referee amongst
         16 the three credit bureaus, because we were going to put
         17 some really smart, talented, professorial, analytical
         18 type people together, and they were each going to have
         19 their own preferences on how to build the model.
         20 Because they're all experts in building models, quite
         21 knowledgeable.
         22         And instead of it turning into any type of
         23 rancorous situation, I wanted to make sure there was a
         24 really smart group providing oversight and in a position
         25 to break any ties if the three bureaus couldn't agree on
00212:01 a particular course of action.
```

**6. PAGE 212:02 TO 212:05 (RUNNING 00:00:13.767)**

```
         02    Q    Did you understand that Mercer, Oliver & Wyman
         03 was to be hired to have some documentation role in terms
         04 of documenting what the decision process was during
         05 project Trident?
```

**7. PAGE 212:07 TO 212:09 (RUNNING 00:00:09.166)**

```
         07         THE WITNESS:  My primary reason for wanting
         08 them hired is as I stated, which is to be able to play
         09 referee.
```

**8. PAGE 214:21 TO 214:23 (RUNNING 00:00:13.333)**

```
         21    Q    Now, you spoke in detail with John Dryzyk on
         22 February 28, 2005, on what you were trying to accomplish
         23 with project Trident, right?
```

**9. PAGE 215:04 TO 215:08 (RUNNING 00:00:17.000)**

```
         04    A    I remember my phone conversation lasting, you
         05 know, a couple of minutes with John explaining what we
         06 were trying to do and him saying yeah, Oliver, Wyman
         07 should be able to help us and referring me over to
         08 Peter.
```

**10. PAGE 217:19 TO 218:02 (RUNNING 00:00:23.733)**

```
         19         MR. BEEHLER:  I'm done with that exhibit.  I'm
         20 handing you what's been previously marked as Exhibit 70,
         21 Mr. Williams.
         22 BY MR. BEEHLER:
         23    Q    Do you see the front page of that document is
         24 dated March 31, 2005, and it says it's a proposal to
         25 help the three major US credit bureaus develop a tri
00218:01 bureau score card; do you see that?
         02    A    I do.
```

**11. PAGE 218:04 TO 218:08 (RUNNING 00:00:10.000)**

```
         04         Do you see that is a redlined version of the
         05 proposal?
         06    A    Uh-huh.
         07    Q    Correct?  I need audible.
         08    A    Yes.  Sorry.
```

**12. PAGE 219:19 TO 220:05 (RUNNING 00:00:39.000)**

```
         19    Q    And there's an Experian comment in terms of
```

Case Clip(s) Detailed Report
Tuesday, November 10, 2009, 5:56:53 PM

## Fair Isaac v Experian et al

```
          20   what the tri bureau score could be developed as in terms
          21   of what it was going to predict; do you see the Experian
          22   comment there?
          23      A    I do.
          24      Q    In reading over to the next page, 237, on
          25   Exhibit 70, it says simplify wording, mirror FICO for
00220:01   ease of adoption or as agreed by team; do you see that,
       02   sir?
       03      A    I do.
       04      Q    What did mirror FICO for ease of adoption mean?
       05      A    I'm not sure.  I didn't write that.
```

**13. PAGE 220:06 TO 220:13 (RUNNING 00:00:23.267)**

```
       06      Q    Were you part of putting these comments
       07   together from Experian's standpoint?
       08      A    No.  As I said earlier, I contributed my 2
       09   cents worth, but I did not compile all of the comments
       10   and send them back to Oliver, Wyman.
       11      Q    You were at a meeting where this document was
       12   discussed between the three credit bureaus on Oliver,
       13   Wyman; is that true?
```

**14. PAGE 220:15 TO 220:18 (RUNNING 00:00:10.200)**

```
       15           THE WITNESS:  I can't recall if it was a
       16   meeting or a phone call.  Or if this document was
       17   actually discussed even in its current form in a
       18   meeting.
```

**15. PAGE 220:20 TO 220:21 (RUNNING 00:00:11.967)**

```
       20      Q    Who gave approval for the document to be sent
       21   out with Experian's comments as such, from Experian?
```

**16. PAGE 220:25 TO 221:11 (RUNNING 00:00:32.200)**

```
       25           THE WITNESS:  Jason would have given an
00221:01   approval.
       02   BY MR. BEEHLER:
       03      Q    Okay.  Do you see the reference to calibrate to
       04   FICO on that same page 237 of Exhibit 70?
       05      A    As a question I see it, yes, calibrate to FICO
       06   question mark.
       07      Q    And Experian's comment, you see where it says
       08   while it would not be precisely aligned to the FICO
       09   score, it would be similar to promote acceptance and
       10   ease of use; do you see that, sir?
       11      A    I do see that.
```

**17. PAGE 221:18 TO 221:23 (RUNNING 00:00:19.033)**

```
       18      Q    Do you have an understanding of what this
       19   meant?
       20      A    I actually, at that time, would not have been
       21   able to tell you what the FICO score range was.  So I
       22   would say I was not an expert in that and I couldn't
       23   give you a good understanding of it.
```

**18. PAGE 223:14 TO 223:21 (RUNNING 00:00:21.800)**

```
       14      Q    Turn to page 242, sir.  Do you see the heading
       15   methodology plan?
       16      A    I do.
       17      Q    There's a reference to defining the dependent
       18   variable; do you see that, sir?
       19      A    I do.
       20      Q    Do you know what that refers to, generally?
       21      A    I do not.
```

**19. PAGE 223:22 TO 224:06 (RUNNING 00:00:36.000)**

```
       22     Q    Do you see the Experian comment to that first
       23  bullet point down on the bottom of page 242 where it
       24  says bullet one is done if we are mimicking FICO, but
       25  need to discuss issues with trade level dependent flags;
00224:01  do you see that sir?
       02     A    I see that.
       03     Q    Do you know whether, in fact, the dependent
       04  variable was -- did mimic FICO as it came out?
       05     A    I don't know what a dependent variable is.  I
       06  did flunk statistics once.  Honest.
```

**20. PAGE 242:21 TO 243:09 (RUNNING 00:00:35.300)**

```
       21     Q    Handing you what's been marked as Exhibit 399,
       22  do you see that's an e-mail from you to others dated
       23  October 20, 2005?
       24     A    Yes.
       25     Q    And you state here that the three credit
00243:01  bureaus agree to a 001 to 999 normally distributed
       02  scale, don't you?
       03     A    Yeah.
       04     Q    Is that your recollection that that had
       05  occurred as of October 20, 2005?
       06     A    Yes.
       07     Q    Ultimately, a normally distributed scale was
       08  not what VantageScore used, correct?
       09     A    Correct.
```

**21. PAGE 243:12 TO 243:16 (RUNNING 00:00:14.167)**

```
       12     Q    Use a log odd scale, didn't you?
       13     A    I'm not sure exactly what the scale is.
       14     Q    And it certainly didn't use a 001 to 999 score
       15  range, did it?
       16     A    It did not use that score range.
```

**22. PAGE 243:22 TO 243:25 (RUNNING 00:00:10.934)**

```
       22     Q    What was the final score range that
       23  VantageScore ultimately uses?
       24     A    It's a good question.  I couldn't tell you
       25  without going to the website and looking it up.
```

**23. PAGE 244:13 TO 245:01 (RUNNING 00:00:48.667)**

```
       13     Q    Handing you what's been marked as Exhibit 400.
       14  Do you see that it's entitled Potentially Interesting
       15  VantageScore Development Notes; do you see that, sir?
       16     A    Oh, yes, I do.  Sorry.
       17     Q    You were the custodian of this document.  You
       18  want to take moment and look for it?  I'm just
       19  wondering, is this from Matt Schwab?
       20     A    I can't just take a single page and tell you
       21  who the author is from.
       22     Q    Okay.  Do you see on the -- about the middle of
       23  the page there's a reference to a debate on the two
       24  ranges between 401 to 990 and 501 to 990 and ultimately
       25  they had to flip a coin?
00245:01     A    I see that.
```

**24. PAGE 245:02 TO 245:05 (RUNNING 00:00:10.133)**

```
       02     Q    Does that bring back any resemblance of a
       03  memory on that occurring?
       04     A    It doesn't.  I wasn't -- I wasn't in
       05  attendance, if this is what happened.
```

## Fair Isaac v Experian et al

**25. PAGE 245:06 TO 245:09 (RUNNING 00:00:18.300)**

```
06    Q    How did it happen, sir, that the score went
07  from where you said it was agreed to from a 1 to 990
08  normally distributed scale, that's what it ultimately
09  arrived at, how did that change occur?
```

**26. PAGE 245:11 TO 245:22 (RUNNING 00:00:40.667)**

```
11         THE WITNESS:  The -- you know, the analytical
12  team that continued to work on the project started --
13  tried to take that guidance to do it from 1 to 999 and
14  make it work in terms of the distributions.  And they
15  found that to be a little unwieldy.  And they wanted to
16  be able to use a different score range.  And so they --
17  they went with something that worked better for the
18  VantageScore algorithm.
19  BY MR. BEEHLER:
20    Q    I take you at your word that you're not a
21  statistics expert.
22    A    I am not.
```

**27. PAGE 246:02 TO 246:04 (RUNNING 00:00:08.167)**

```
02         Is it your understanding a score range is
03  completely cosmetic, it can be drawn to any range in
04  terms of an algorithm?
```

**28. PAGE 246:06 TO 246:11 (RUNNING 00:00:16.233)**

```
06         THE WITNESS:  It would seem that you could
07  create a score range in a variety of ways.
08  BY MR. BEEHLER:
09    Q    Can you explain for us, then, your
10  understanding of what was unwieldy such that the 1 to
11  999 range was rejected?
```

**29. PAGE 246:19 TO 246:20 (RUNNING 00:00:09.134)**

```
19         THE WITNESS:  I couldn't tell you why they were
20  so disenchanted with a 1 to 990.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:11:38.035)