# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Fair Isaac Corporation and myFICO     Case No. 06-cv-4112 (ADM-JSM )
Consumer Services, Inc.;

           Plaintiffs,

v.

Experian Information Solutions Inc.;
Trans Union, LLC; VantageScore
Solutions, LLC; and Does I through
X;

           Defendants.

## Fair Isaac's Motion for an Adverse Inference
## Against TransUnion Regarding Actual Confusion

Plaintiffs Fair Isaac Corporation and myFICO Consumer Services, Inc. (together, "Fair Isaac") move this Court for an Adverse Inference Against TransUnion Regarding Actual Confusion. This motion is based on all pleadings, documents, and files in this matter.

Date:  November 16, 2009         **Robins, Kaplan, Miller & Ciresi, L.L.P.**

                                     **By:**    /s/ Laura E. Nelson
                                                  Ronald J. Schutz (130849)
                                                  Randall Tietjen (214474)
                                                  Michael A. Collyard (302569)
                                                  Laura E. Nelson (0342798)
                                                  Mary E. Kiedrowski (0346378)

81119484.1

        2800 LaSalle Plaza  
        800 LaSalle Avenue  
        Minneapolis, MN 55402  
        Tel: (612) 349-8500  
        Fax: (612) 339-4181  

**Attorneys for Plaintiffs**