**Case Clip(s) Detailed Report**
**Tuesday, November 17, 2009, 8:55:48 PM**

---

**Fair Isaac v Experian, et al.**

---

 **Huynh, Frederic (Vol. 01) - 04/18/2008**   1 CLIP  (RUNNING 00:03:30.500)

 Please state and spell your name for the ...

| | |
|---|---|
| **HUYNH** | **10 SEGMENTS  (RUNNING 00:03:30.500)** |



**1. PAGE 5:17 TO 5:20 (RUNNING 00:00:20.700)**

```
     17   Q    Please state and spell your name for the
     18        record.
     19   A    My name is Frederic Huynh.  It is spelled
     20        F-R-E-D-E-R-I-C, H-U-Y-N-H.
```

**2. PAGE 7:10 TO 7:20 (RUNNING 00:00:44.500)**

```
     10   Q    What's your highest level of education?
     11   A    I have a masters degree.
     12   Q    In what field?
     13   A    Operations research.
     14   Q    What is operations research?
     15   A    One way to summarize what operations research
     16        is is it's a synthesis of statistics,
     17        mathematics and computer science.
     18   Q    And is that -- do you hold just one masters
     19        degree?
     20   A    Yes.
```

**3. PAGE 8:07 TO 8:11 (RUNNING 00:00:20.000)**

```
     07   Q    So you work at Fair Isaac now, correct?
     08   A    Yes.
     09   Q    And what is your position?
     10   A    My position at Fair Isaac, my title is I am an
     11        analytic science-principle scientist.
```

**4. PAGE 118:25 TO 119:03 (RUNNING 00:00:17.300)**

```
     25   Q    I'm showing you what's been marked as Exhibit
00119:01        175.  Do you remember that e-mail?
     02   A    Give me a moment to read it.
     03   Q    Sure.
```

**5. PAGE 119:04 TO 119:04 (RUNNING 00:00:04.000)**

```
     04   A    I don't recall this e-mail, no.
```

**6. PAGE 119:05 TO 119:13 (RUNNING 00:00:46.000)**

```
     05   Q    Do you have any reason to doubt that you
     06        sent -- that this is an accurate copy of an
     07        e-mail that you sent on March 16th, 2006?
     08   A    There is no reason to doubt that, no.
     09   Q    Do you remember saying that -- to anyone that
     10        Fair Isaac forced VantageScore to use a scaling
     11        other than 300 to 850?
     12   A    I don't remember that, no.
     13   Q    Do you remember what you meant by this?
```

**7. PAGE 119:15 TO 119:25 (RUNNING 00:00:31.200)**

```
     15   A    I meant by this?  What is your reference to
     16        this again?  Sorry.
     17   BY MR. BOYLE:
     18   Q    Do you see the second sentence in the second
     19        paragraph?  It says, "Along those lines, were
     20        they forced to use the scaling they did because
     21        of our patent on the 300 to 850 scheme?  We did
```

**Case Clip(s) Detailed Report**
**Tuesday, November 17, 2009, 8:55:48 PM**

## Fair Isaac v Experian, et al.

```
    22         patent that, right?"
    23              Do you see that question?
    24  A    I do see that question.
    25  Q    What did you mean by that?
```

**8. PAGE 120:02 TO 120:11  (RUNNING 00:00:30.800)**

```
    02  A    Without being able to put myself into that
    03         particular train of thought when I was
    04         composing that e-mail, I can't recall at this
    05         time.
    06  Q    Do you see the next sentence says, "This is off
    07         the wall idea, but if so, maybe that
    08         illustrates a potential strategy for us to
    09         patent certain features that would add an
    10         additional barrier for entry."
    11              What did you mean by "barrier for
```

**9. PAGE 120:12 TO 120:12  (RUNNING -01:59:46.000)**

```
    12         entry"?
```

**10. PAGE 120:14 TO 120:16  (RUNNING 00:00:10.000)**

```
    14  A    Again, not being able to put myself into the
    15         thought process that I had when I was composing
    16         that e-mail, I can't recall at this time.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:30.500)**