**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Fair Isaac Corporation; and myFICO
Consumer Services, Inc.,

Court File No. 06-cv-04112 (ADM/JSM)

Plaintiffs,

**CERTIFICATE OF SERVICE**

v.

Experian Information Solutions Inc.;
Trans Union, LLC; VantageScore
Solutions, LLC; and Does I through X;

Defendants.

---

I hereby certify that on November 19, 2009, I electronically filed the following:

1.  Excerpts of the Deposition of Frederic Huynh taken 4/18/08 (Docket #950);
2.  Excerpts of the Deposition of Andrew Jolls taken 7/20/08 (Docket #951);
3.  Excerpts of the Deposition of Charles Osborne taken 6/4/08 (Docket #952);
4.  Excerpts of the Deposition of Thomas Quinn taken 5/22/08 (Docket #953);
5.  Excerpts of the Deposition of Cheri St. John taken 6/28/08 (Docket #954);
6.  Excerpts of the Deposition of Darcy Sullivan taken 6/10/08 (Docket #955);
7.  Excerpts of the Deposition of Ronald Totaro taken 6/27/08 (Docket #956);
8.  Placeholder for the Deposition of Frederic Huynh taken 4/18/08 (Docket #957);
9.  Placeholder for the Deposition of Andrew Jolls taken 7/20/08 (Docket #958);
10. Placeholder for the Deposition of Charles Osborne taken 6/4/08 (Docket #959);
11. Placeholder for the Deposition of Thomas Quinn taken 5/22/08 (Docket #960);
12. Placeholder for the Deposition of Cheri St. John taken 6/28/08 (Docket #961);
13. Placeholder for the Deposition of Darcy Sullivan taken 6/10/08 (Docket #962); and
14. Placeholder for the Deposition of Ronald Totaro taken 6/27/08 (Docket #963)

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David W. Beehler
dwbeehler@rkmc.com

John A. Cullis
jcullis@ngelaw.com

Ross E. Elfand
relfand@whitecase.com

Barbara P Berens
bberens@kellyandberens.com

Meghan DePasquale
mdepasquale@whitecase.com

Mary E. Kiedrowski
mekiedrowski@rkmc.com

| | | |
|---|---|---|
| Joseph J. Bial<br>Joseph.bial@cwt.com | Bryan D Gant<br>bgant@whitecase.com | Julia Dayton Klein<br>jmdayton@rkmc.com |
| Sarah G. Malia<br>smalia@ngelaw.com | James K Gardner<br>jgardner@ngelaw.com | John J. Scharkey<br>jscharkey@ngelaw.com |
| Dao L Boyle<br>dboyle@ngelaw.com | Christopher J Glancy<br>cglancy@whitecase.com | Bruce H. Little<br>blittle@lindquist.com |
| Robert E. Browne<br>rbrowne@ngelaw.com | Ngoc Pham Hulbig<br>Ngoc.hulbig@cwt.com | Justi Rae Miller<br>jmiller@kellyandberens.com |
| Heather M. Burke<br>hburke@whitecase.com | Christopher R. Sullivan<br>csullivan@lindquist.com | Robert A Milne<br>rmilne@whitecase.com |
| Michael V Ciresi<br>mvciresi@rkmc.com | M Elaine Johnston<br>mejohnston@ny.whitecase.com | Christopher R Morris<br>chrism@bassford.com |
| Michael A Collyard<br>macollyard@rkmc.com | Meghan McCurdy<br>mmccurdy@whitecase.com | Randall Tietjen<br>rmtietjen@rkmc.com |
| Jack E Pace, III<br>jpace@whitecase.com | Ronald J Schutz<br>rjschutz@rkmc.com | Martin M. Toto<br>mtoto@whitecase.com |
| Lewis A. Remele, Jr.<br>lewr@bassford.com | Martin L. Seidel<br>Martin.seidel@cwt.com | K Craig Wildfang<br>kcwildfang@rkmc.com |
| Charles F Rule<br>rick.rule@cwt.com | David H. Suggs<br>dsuggs@whitecase.com | Mark H Zitzewitz<br>mzitzewitz@lindquist.com |
| Ralph T Russell<br>rrussell@ngelaw.com | Gregory B. Mauldin<br>Greg.mauldin@alston.com | Laura E. Nelson<br>lenelson@rkmc.com |
| Matthew Jones<br>mattj@olson-law.com | Michael P. Kenny<br>Mike.kenny@alston.com | Peter Kontio<br>Peter.kontio@alston.com |
| Teresa Thebaut Bonder<br>Teresa.bonder@alston.com | | |

**LINDQUIST & VENNUM P.L.L.P.**

s/ Mark A. Jacobson
Mark A. Jacobson (MN Bar #188943)
4200 IDS Center / 80 South Eighth Street
Minneapolis, MN 55402
Phone: 612-371-3211
Fax: 612-371-3207
mjacobson@lindquist.com

ATTORNEYS FOR DEFENDANT
EXPERIAN INFORMATION
SOLUTIONS, INC.