# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

| | |
|---|---|
| Fair Isaac Corporation,<br>　　　　　Plaintiff,<br>　v.<br>Experian Information Solutions Inc.; Trans Union, LLC; VantageScore Solutions, LLC,<br>　　　　　Defendant. | **COURT MINUTES**<br>Case Number: 06-4112 ADM/JSM<br><br>Date:　　　　　　　November 20, 2009<br>Court Reporter:　　Tim Willette<br>Time Commenced:　10:45 a.m. - 10:55 a.m.<br>Time in Court:　　　10 Minutes |

Trial before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
　For Plaintiff:　　Ron Schutz; Christopher Larus
　For Defendant:　Robert Milne; Lewis Remele; Barbara Behrens; James Gardner

PROCEEDINGS:
　**Jury returned a verdict in favor of defendant.  Jury trial completed.**

CLERK'S USE ONLY:
　☐　Number of trial days with evidence - .
　☐　Exhibits returned to counsel or parties.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Gertie Simon
　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy