# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation; and myFICO Consumer Services, Inc.;<br><br>    Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc.; Trans Union LLC; VantageScore Solutions, LLC; and Does I through X;<br><br><br><br>    Defendants.<br>_____ | Civil Action No:<br>0:06-cv-04112 (ADM/JSM) |

## DECLARATION OF MARK JACOBSON

Pursuant to 28 U.S.C. § 1746, I, Mark Jacobson, declare and say as follows:

1. I am a partner with Lindquist & Vennum, PLLP ("Lindquist"), counsel for Experian Information Solutions, Inc. ("Experian") in this matter. I submit this declaration in support of Defendants' Motions for Attorneys' Fees Pursuant to Section 35 of the Lanham Act (the "Motion").

2. I am a graduate of the University of Minnesota Law School, and have practiced law for over twenty years. I am a former federal trial court law clerk, current member of this district's Federal Practice Committee, and former chair of the Minnesota State Bar Association's Antitrust Section, and have extensive experience with large and complex commercial litigation in this district – including experience in intellectual property claims.

3. The hourly rates proposed in this Motion are reasonable and consistent with my experience in cases of this size and complexity in this district.

4. The work for which payment is requested in this case on behalf of Experian is similarly reasonable and consistent with my experiences in other cases of similar size and complexity in this district.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2009.

                                                          /s/ Mark Jacobson

                                                            Mark Jacobson