UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fair Isaac Corporation and
myFICO Consumer Services, Inc.,

      Plaintiffs,

  v.                              **ORDER**
                                    Civil No. 06-4112 ADM/JSM

Experian Information Solutions Inc.;
Trans Union, LLC; VantageScore
Solutions, LLC; and Does I through X,

      Defendants.

___

Ronald J. Schutz, Esq., Randall Tietjen, Esq., Michael A. Collyard, Esq., and Laura E. Nelson, Esq., Robins, Kaplan, Miller & Ciresi, LLP, Minneapolis, MN, on behalf of Plaintiffs.

Mark A. Jacobson, Esq., Christopher Sullivan, Esq., Lindquist & Vennum PLLP, Minneapolis, MN, and Robert A. Milne, Esq., Christopher J. Glancy, Esq., and Jack E. Pace, III, Esq., White & Case LLP, New York, NY, on behalf of Experian Information Solutions Inc.

___

      This matter is once again before the Court. On this occasion, the issue is Defendant Experian Information Solutions Inc.'s ("Experian") Motion for Review of Cost Judgment [Docket No. 1057]. In the Cost Judgment [Docket No. 1054], the Clerk of the Court denied $30,437.25 of the costs claimed by Experian. Experian insists that it is entitled to $26,976.50 of those denied costs, consisting of $24,671.25 in costs for video recording depositions; $581.25 in travel expenses for witness John Wilson, $565.06 in airfare for witness Jacob Jacoby; and $1,158.94 in copying costs for providing the Court with a second courtesy copy of the summary judgment motions granted last July. The Court upholds the Clerk's Cost Judgment, with the exception of the denied $24,671.25 in video recording costs. Recovery of costs for both stenographic transcripts and video recording is permissible, see Craftsmen Limousine, Inc. v.

Ford Motor Co., 579 F.3d 894, 898 (8th Cir. 2009); Little v. Mitsubishi Motors N. Am., Inc., 514 F.3d 699, 702 (7th Cir. 2008), and the Court is satisfied that, in this case, obtaining both transcripts and video recordings of the depositions was necessary.

**IT IS HEREBY ORDERED** that:

1. Experian's Motion for Review of Cost Judgment [Docket No. 1057] is **GRANTED** in part;

2. The Cost Judgment [Docket No. 1054] is modified to allow an additional $24,671.25 in costs; and

3. Experian's Motion for Leave to File Reply Memorandum [Docket No. 1075] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: May 21, 2010.