UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------------------------------
                          )
Fair Isaac Corporation and        )   CIVIL ACTION
myFICO Consumer Services, Inc.,   )   NO. 06-4112 (ADM/JSM)
                          )
            Plaintiffs,           )
                          )
        vs.                       )   **Volume XVI**
                          )
Experian Information Solutions,   )
Inc.; TransUnion, LLC;            )
VantageScore Solutions, LLC;      )
and Does I through X,             )   Courtroom 13 West
                          )   Friday, November 20, 2009
            Defendants.           )   Minneapolis, Minnesota
                          )
------------------------------------------------------------


**J U R Y   T R I A L   P R O C E E D I N G S**

**[ VERDICT ]**


BEFORE THE HONORABLE ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE
AND A JURY


**TIMOTHY J. WILLETTE, RDR, CRR, CBC, CCP**
Official Court Reporter – United States District Court
1005 United States Courthouse – 300 South Fourth Street
Minneapolis, Minnesota  55415
612.664.5108

**A P P E A R A N C E S :**


For the Plaintiffs:        **ROBINS, KAPLAN, MILLER & CIRESI, LLP**
                           By:  RONALD J. SCHUTZ, ESQUIRE
                                CHRISTOPHER K. LARUS, ESQUIRE
                                RANDALL M. TIETJEN, ESQUIRE
                                MICHAEL A. COLLYARD, ESQUIRE
                                LAURA E. NELSON, ESQUIRE
                                MARY E. KIEDROWSKI, ESQUIRE
                           800 LaSalle Avenue – Suite 2800
                           Minneapolis, Minnesota  55402-2015



For defendant **Experian**
 **Information Solutions,**
  **Inc.:**                 **WHITE & CASE, LLP**
                           By:  ROBERT A. MILNE, ESQUIRE
                                CHRISTOPHER J. GLANCY, ESQUIRE
                                JACK E. PACE, III, ESQUIRE
                                MEGHAN McCURDY, ESQUIRE
                           1155 Avenue of the Americas
                           New York, New York  10036-2787


                           **LINDQUIST & VENNUM, PLLP**
                           By:  MARK A. JACOBSON, ESQUIRE
                                CHRISTOPHER R. SULLIVAN, ESQ.
                           4200 IDS Center
                           80 South Eighth Street
                           Minneapolis, Minnesota  55402



For defendant
 **TransUnion, LLC:**       **BASSFORD REMELE, P.A.**
                           By:  LEWIS A. REMELE, JR., ESQUIRE
                           33 South Sixth Street – Suite 3800
                           Minneapolis, Minnesota  55402-3707

**A P P E A R A N C E S   (Continued):**

For defendant
 **TransUnion, LLC:**              **NEAL, GERBER & EISENBERG, LLP**
                                  By:  JAMES K. GARDNER, ESQUIRE
                                       RALPH T. RUSSELL, ESQUIRE
                                       DAO L. BOYLE, ESQUIRE
                                  Two North LaSalle Street
                                  Suite 2200
                                  Chicago, Illinois  60602-3801


For defendant
 **VantageScore Solutions,**
  **Inc.:**                        **KELLY & BERENS, P.A.**
                                  By:  BARBARA PODLUCKY BERENS, ESQ.
                                       JUSTI RAE MILLER, ESQUIRE
                                       CATHERINE A. McENROE, ESQUIRE
                                  3720 IDS Center
                                  80 South Eighth Street
                                  Minneapolis, Minnesota  55402


                        *  *  *  *  *

1      (10:50 a.m.)

2                      **P R O C E E D I N G S**

3                        **IN OPEN COURT**

4      (Jury enters)

5              THE COURT:  Good morning.  Please be seated.

6              Members of the jury, have you reached your verdict

7      in this case?

8              THE FOREPERSON:  Yes.

9              THE COURT:  Would you hand it to the court security

10     officer, please.

11     (Verdict handed to the Court via the court security

12      officer)

13     (Pause – Court is reading)

14             THE COURT:  Members of the jury, listen to your

15     verdict as it will be recorded in the official files of

16     United States District Court.

17             THE CLERK:  "United States District Court, District

18     of Minnesota.

19             "Fair Isaac Corporation and myFICO Consumer

20     Services, Incorporated, Plaintiffs, versus Experian

21     Information Solutions, Incorporated; Trans Union, LLC;

22     VantageScore Solutions, LLC; and Does I through X,

23     Defendants.

24             "Special Verdict.

25             "We, the jury in the above-titled matter, find the

1    following answers to the following questions submitted to us

2    by the Court:

3              "QUESTION NO. 1:  Has '300-850' acquired secondary

4    meaning?"

5              Answer is:  "No.

6              "If your answer to Question No. 1 is 'No,'...

7    proceed to Question No." --

8              THE COURT:  9.

9              THE CLERK:  -- "9.

10             "QUESTION NO. 9:  Did Fair Isaac make a false

11   representation of fact during the application process to the

12   United States Patent and Trademark Office for registrations

13   of the '300-850' trademarks?"

14             Answer:  "Yes.

15             "If your answer to Question No. 9 is 'Yes,'

16   continue to Question No. 10.

17             "QUESTION NO. 10:  Did Fair Isaac know the

18   representation to be false when it was made and intend to

19   deceive the United States Patent and Trademark Office?"

20             The answer is:  "Yes.

21             "If your answer to Question No. 10 is 'Yes,'

22   continue to Question No. 11.

23             "QUESTION NO. 11:  Did the United States Patent and

24   Trademark Office rely on the false representation in deciding

25   to issue the registrations?"

1          The answer is:  "Yes."

2          It is dated November 20th, 2009 and signed by the

3      presiding juror.

4          THE COURT:  The jury will be polled.

5          THE CLERK:  Members of the jury, please answer

6      "Yes" or "No" as I call your name.

7          Amy Weis, is this your verdict?

8          THE JUROR:  Yes.

9          THE CLERK:  Ms. Strand, is this your verdict?

10         THE JUROR:  Yes.

11         THE CLERK:  Ms. Hoffman, is this your verdict?

12         THE JUROR:  Yes.

13         THE CLERK:  Ms. Dop, is this your verdict?

14         THE JUROR:  Yes.

15         THE CLERK:  Ms. Dupree, is this your verdict?

16         THE JUROR:  Yes.

17         THE CLERK:  Ms. Rudd, is this your verdict?

18         THE JUROR:  Yes.

19         THE CLERK:  Mr. Burmeister, is this your verdict?

20         THE JUROR:  Yes.

21         THE CLERK:  Mr. Nygord, is this your verdict?

22         THE JUROR:  Yes.

23         THE CLERK:  Ms. Longen, is this your verdict?

24         THE JUROR:  Yes.

25         THE CLERK:  Ms. Talbot, is this your verdict?

```
 1                    THE JUROR:  Yes.

 2                    THE CLERK:  Ms. Rackliffe-Lopresti, is this your

 3      verdict?

 4                    THE JUROR:  Yes.

 5                    THE CLERK:  And Ms. Mueller, is this your verdict?

 6                    THE JUROR:  Yes.

 7                    THE CLERK:  Your Honor, the jury has been polled

 8      and they all concur.

 9                    THE COURT:  Members of the jury, thank you very

10      much for your participation in this case.  I'm sure all of

11      the attorneys and parties would thank you if they were given

12      an opportunity to do so for your careful listening throughout

13      the entire trial and your attendance here on time through

14      what was a lengthy trial.

15                    At this point you are excused.  The court security

16      officer will take you back to the jury deliberation room and

17      then later bring you to my chambers, if you would like, and

18      I'll give you a certificate that proves that you served in

19      this case as well as the photo that we took earlier.

20                    All rise for the jury.

21           (Jury excused)

22                    THE COURT:  Please be seated.  We are outside the

23      presence of the jury.

24                    I want to remind counsel that the local rules

25      provide no contact with the jurors while they are still
```

1    subject to their subpoena.  If any party intends to contact

2    them afterwards, a letter to the Court advising me of that

3    request is the appropriate procedure.

4            Court is in recess.

5            MR. GARDNER:  Your Honor?

6            THE COURT:  Yes?

7            MR. GARDNER:  Can I raise one point?

8            THE COURT:  Sure.

9            MR. GARDNER:  There is one matter that needs to be

10   resolved.  We filed a petition for attorneys' fees with

11   respect to the contract count and that was deferred until

12   this point, so I guess we're waiting for an order from your

13   Honor as to how you want us to proceed on that.  It was -- we

14   filed a petition under the local rules and then it was

15   deferred till today.

16           THE COURT:  All right.  I'd like you to make a

17   letter request of that and then I'll take a look at it and

18   review those.

19           MR. GARDNER:  Okay.  Thank you.

20           THE COURT:  All right.  Court is in recess.

21       (Proceedings concluded at 10:57 a.m.)

22                       * * * * *

23

24

25

# C E R T I F I C A T E

I, **TIMOTHY J. WILLETTE**, Official Court Reporter

for the United States District Court, do hereby

certify that the foregoing pages are a true and

accurate transcription of my shorthand notes,

taken in the aforementioned matter, to the best

of my skill and ability.

### */s/ Timothy J. Willette*

**TIMOTHY J. WILLETTE, RDR, CRR, CBC, CCP**
Official Court Reporter – U.S. District Court
1005 United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota  55415-2247
612.664.5108